**Exhibit 2**
**October 2 email from Malcolm Jarry to Council President**

From: **The Satanic Temple** <satanictempleorg@gmail.com>
Date: Tuesday, October 2, 2018
Subject: Invocation Request
To: ANDREA.CAMPBELL@boston.gov
Cc: michelle.wu@boston.gov

Dear Council President Campbell,

I am reaching out on behalf of The Satanic Temple, a religious organization whose mission is to encourage benevolence and empathy among all people, reject tyrannical authority, and undertake noble pursuits. I am writing to request the opportunity for someone from my organization to deliver an invocation at an upcoming Boston city council meeting.

A request had been made previously by a member of our Boston Chapter of The Satanic Temple on October 11, 2016, and Councilor Michelle Wu replied the following day to inform us that each city council member is given the opportunity select who they want to invite to speak. Please understand that by willfully preventing The Satanic Temple from having the opportunity to deliver an invocation while permitting other religious organizations this opportunity, the City Council is engaging in religious discrimination.

Since the time the initial request was made two years ago, no council member has reached out to us and there has been no communication to suggest that an invitation is forthcoming.

I hope a date can be promptly provided and I look forward to your response.

Very truly yours,

Malcolm Jarry
Co-founder, The Satanic Temple