**Exhibit 3**
**October 9 email from O'Donnell to Jarry**

From: **Christine O'Donnell** <christine.odonnell@boston.gov>
Date: Tue, Oct 9, 2018 at 1:05 PM
Subject: City Council Invocation Process
To: The Satanic Temple <satanictemple.org@gmail.com>
Cc: Andrea Campbell <andrea.campbell@boston.gov>, Elizabeth Pimentel <elizabeth.pimentel@boston.gov>, Yuleidy Valdez <yuleidy.valdez@boston.gov>

Dear Mr. Jarry:

The purpose of this email is to explain the Boston City Council's process for selecting individuals to give invocations prior to the start of City Council meetings. Each City Councilor has the opportunity to invite an individual from the community either clergy or laypeople to give the invocation. The Councilors themselves do not offer the Invocation. We do not agree with your interpretation of the relevant case law including Lund and for the foregoing reasons believe the Boston City Council's invocation practice does not violate the Establishment Clause.

Respectfully,
Christine O'Donnell

--

Christine O'Donnell, Esq.

Compliance Director & Staff Counsel

Boston City Council


Boston City Hall

Boston City Council, 5th Floor

Tel: 617-635-1185

Fax: 617-635-4203

christine.odonnell@boston.gov