**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| **THE SATANIC TEMPLE, INC.** | **CASE NO.** 21-CV-10102 |
| PLAINTIFF, | |
| *V.* | **CORPORATE DISCLOSURE STATEMENT** |
| **CITY OF BOSTON, MA** | |
| DEFENDANT. | |

**COMES NOW** Plaintiff, by and through counsel of record, with a Rule 7.1 corporate disclosure statement.

1. Plaintiff The Satanic Temple, Inc. is a nonprofit religious corporation with no parent corporations and no publicly held corporations own 10% or more of Plaintiff's stock.

2. As a nonprofit religious corporation, Plaintiff has neither stock nor owners.

Respectfully submitted on February 18, 2021,
on behalf of The Satanic Temple, Inc.

By: /s/ Brendan Durrigan
Brendan Durrigan BBO # 668680
Address: 169 North Franklin St., Suite 7
Holbrook, MA  02343
phone: (781) 726-0763
email: bdurrigan@gmail.com

And: /s/ Matthew A. Kezhaya
Matthew A. Kezhaya, AR # 2014161, *pro hac vice* pending
KEZHAYA LAW PLC
100 S. Fifth Street, 19th Floor
Minneapolis, MN 55402
phone: (479) 431-6112
facsimile: (479) 282-2892
email: matt@kezhaya.law
