**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **THE SATANIC TEMPLE, INC.** | **CASE NO.** 21-CV-10102 |
| PLAINTIFF, | |
| V. | **MOTION FOR DEFAULT JUDGMENT** |
| **CITY OF BOSTON, MA** | |
| DEFENDANT. | |

**COMES NOW** Plaintiff The Satanic Temple ("**TST**"), by and through counsel of record, on motion for default judgment pursuant to FRCP 55(b)(2).

1. On January 24, 2021, TST filed a complaint which asserted that Boston's legislative prayer policy is unconstitutional. Doc 2. TST demanded a judgment as follows:

    (a) Find that Boston's legislative prayer scheme is unconstitutional as an affront to the Establishment Clause, the Free Speech and Free Exercise Clauses, and the Equal Protection Clause.

    (b) Order Boston to afford TST an opportunity to bless the Council's meeting within two weeks following entry of the order.

    (c) Issue a permanent injunction that Boston shall not exclude TST or any other religious groups from an equal opportunity to bless the Council's meetings.

    (d) Issue a permanent injunction that Boston shall create a mechanism for interested religious groups to obtain an equal opportunity to bless the Council's meetings.

    (e) Order Boston to compensate TST for costs and attorney's fees pursuant to FRCP 54 and 42 USC § 1988.

   Doc. 2 at pp. 18-19.

2. Defendant agreed to accept service of process by email on January 26, 2021.  Doc. 8.

3. Defendant's deadline to answer or otherwise defend was 21 days later, on February 16, 2021. FRCP 12(a); see also Doc. 5 (the Summons apprised Defendant of the 21-day deadline).

4. Defendant did not request or secure an extended deadline to answer or otherwise defend.

5. February 16, 2021 came and went without an answer or a defensive motion.

6. For the reasons stated in the complaint, doc. 2 at pp. 11-18, TST is entitled to the judgment prayed for in the complaint and copied under ¶ 1 above.  FRCP 55(a) and FRCP 54(c).

**WHEREFORE** Plaintiff prays this Court enter the order prayed for in the complaint, and copied under ¶ 1 above, for failure to plead or otherwise defend and, following entry of the judgment, entertain a motion for attorney's fees.

|        | Respectfully submitted on February 19, 2021, on behalf of The Satanic Temple, Inc. |
|---:|:---|
| By: | /s/ Brendan Durrigan |
|    | Brendan Durrigan BBO # 668680 |
| Address: | 169 North Franklin St., Suite 7 |
|    | Holbrook, MA  02343 |
| phone: | (781) 726-0763 |
| email: | bdurrigan@gmail.com |
| And: | /s/ Matthew A. Kezhaya |
|    | Matthew A. Kezhaya, AR # 2014161, *pro hac vice* pending |
|    | **KEZHAYA LAW PLC** |
|    | 100 S. Fifth Street, 19th Floor |
|    | Minneapolis, MN 55402 |
| phone: | (479) 431-6112 |
| facsimile: | (479) 282-2892 |
| email: | matt@kezhaya.law |

### CERTIFICATE AND NOTICE OF SERVICE

**NOTICE IS GIVEN** that I, Matthew A. Kezhaya, will serve a paper copy of the foregoing document by regular mail to Defendant's counsel, Ms. Nailah Freeman, at Boston City Hall ATTN: Ms. Nailah Freeman, 1 City Hall Square, Boston, MA 02201 with a courtesy email copy to nailah.freeman1@boston.gov.  /s/ Matthew A. Kezhaya