**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **THE SATANIC TEMPLE, INC.** | **CASE NO.** 1:21-CV-10102 |
| PLAINTIFF, | |
| v. | |
| **CITY OF BOSTON, MA** | |
| DEFENDANT. | |

## DEFENDANT CITY OF BOSTON'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT

COME NOW Defendant City of Boston ("Defendant City" or "City Council"), by and through the undersigned counsel, pursuant to Federal Rules of Procedure 12(b)(1) and 12(b)(6), and move for dismissal on all claims of Plaintiff Satanic Temple, Inc. ("Plaintiff" or "TST"). As grounds for this Motion, Defendant City submits the following:

i. Plaintiff cannot establish that it has suffered an injury in fact or that a favorable decision by this Court can redress its alleged harms;

ii. Plaintiff lacks standing to bring its claims and, as a result, this Court lacks subject matter jurisdiction to hear them;

iii. Plaintiff's claims under the Establishment clause are barred by controlling Supreme Court precedent; and

iv. Plaintiff's Complaint fails to plausibly state claims for relief under the Establishment Clause, the Free Speech and Free Exercise Clause of the First Amendment, and the Equal Protection Clause of the Fourteenth Amendment.

In further support of this Motion, Defendant incorporates its Memorandum of Law in Support of Defendant's Motion to Dismiss. Defendant's Motion and accompanying Memorandum of Law are supported by the Complaint and the attachments annexed to the Complaint which are incorporated in this Motion as if fully contained herein.

WHEREFORE, Defendant City respectfully requests that this Court:

i. Grant its Motion to Dismiss all claims of Plaintiff's Complaint;

ii. Dismiss Plaintiff's claims with prejudice; and

iii. Award Defendant City its reasonable attorneys' fees and costs and other just and equitable relief as the Court deems appropriate.

Respectfully submitted,

DEFENDANT,

CITY OF BOSTON,

By its attorney,
Henry Luthin,
Corporation Counsel

/s/ Nailah A. Freema_____
Robert Arcangeli (BBO #689034)
Nailah A. Freeman (BBO #695910)
City of Boston Law Department
One City Hall Square, Room 615
Boston, MA 02201
Telephone: (617) 635-4064
Facsimile: (617) 635-2012
Robert.arcangeli@boston.gov
nailah.freeman@boston.gov

Dated: April 5, 2021

## CERTIFICATE OF SERVICE

I hereby certify that, on April 5, 2021, this document was served on Plaintiff by electronic mail as follows:

Matthew A. Kezhaya
Kezhaya Law PLC
333 S. 7th St., Suite 2450
Minneapolis, MN 55402
matt@kezhaya.law

/s/ Nailah A. Freeman
Nailah A. Freeman