**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **THE SATANIC TEMPLE, INC.** | **CASE NO.** 21-CV-10102 |
| PLAINTIFF, | |
| V. | **DECLARATION IN SUPPORT OF CLERK'S ENTRY OF DEFAULT** |
| **CITY OF BOSTON, MA** | |
| DEFENDANT. | |

**COMES NOW** Matthew A. Kezhaya with a declaration in support of the Clerk's entry of default.

1. **Identification and competency as witness**. I am Matthew A. Kezhaya, attorney of record for Plaintiff. I am an adult of sound mind with no felonies. I make these statements under the penalty of perjury and based on my own personal knowledge. More particularly, I reviewed the timing of automated emails from the Court's CM/ECF System to determine the timing of the order denying Defendant's motion to dismiss, I reviewed the Federal Rules of Civil Procedure to determine the deadline for Defendant's answer, and I reviewed the docket sheet on PACER to confirm that Defendant has not timely filed an answer.

2. **Purpose of declaration**. The purpose of this declaration is to direct the Clerk's attention to the docket and to enter a notice of default. See FRCP 55(a)("When a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise, the clerk must enter the party's default.")

3. **Defendant is in default**. Defendant is in default. When a defendant unsuccessfully moves for dismissal, the deadline for an answer is 14 days after notice of the Court's action unless the order provides a different deadline. FRCP 12(a)(4)(A). On July 21, 2021, the Court entered an order denying Defendant's motion to dismiss as to Counts 1 and 4. See **Exhibit 1**

(notice of order). The order did not provide an alternative deadline, see [ECF No. [21]], so the deadline for Defendant to file an answer was 14 days later, on **August 4, 2021**. Defendant did not file an answer by August 4. Defendant is therefore in default.

4. **No 3-day grace period**. There is no three-day grace period after receiving a document through the CM/ECF system. See FRCP 6, 2016 amendment to the reporter's notes. Defendant received notice of the denying its motion to dismiss in part through the CM/ECF system. **Exhibit 1**.

**FURTHER AFFIANT SAYETH NOT**.

## Acknowledgment

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 9, 2021 by /s/ Matthew A. Kezhaya

|  | Respectfully submitted on August 9, 2021, |
|---:|:---|
| By: | /s/ Matthew A. Kezhaya |
|  | Matthew A. Kezhaya, ABA# 2014161 (*phv*) |
|  | **KEZHAYA LAW PLC** |
|  | 333 S. Fifth St., Suite 2450 |
|  | Minneapolis, MN  55402 |
| phone: | (479) 431-6112 |
| facsimile: | (479) 282-2892 |
| email: | matt@kezhaya.law |

## CERTIFICATE AND NOTICE OF SERVICE

**NOTICE IS GIVEN** that I, Matthew A. Kezhaya, efiled the foregoing document by uploading it to the Court's CM/ECF system on August 9, 2021 which sends service to registered users, including all other counsel of record in this cause.  /s/ Matthew A. Kezhaya

# Exhibit 1

Notice of order

 

Matthew A. Kezhaya <matt@kezhaya.law>

---

## Activity in Case 1:21-cv-10102-ADB The Satanic Temple, Inc. v. City of Boston, Memorandum & ORDER

---

**ECFnotice@mad.uscourts.gov** <ECFnotice@mad.uscourts.gov>  Wed, Jul 21, 2021 at 8:20 AM
To: CourtCopy@mad.uscourts.gov

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

***NOTE TO PUBLIC ACCESS USERS*** There is no charge for viewing opinions.

United States District Court

District of Massachusetts

### Notice of Electronic Filing

The following transaction was entered on 7/21/2021 at 9:20 AM EDT and filed on 7/21/2021
**Case Name:**       The Satanic Temple, Inc. v. City of Boston,
**Case Number:**     1:21-cv-10102-ADB
**Filer:**
**Document Number:** 21

**Docket Text:**
**Judge Allison D. Burroughs: MEMORANDUM AND ORDER entered. Defendant's Amended Motion to Dismiss, [ECF No. [17]], is GRANTED as to Counts II and III and otherwise DENIED. Specifically, Count II is dismissed for lack of standing, and Count III is dismissed for failure to state a claim. SO ORDERED. (McDonagh, Christina)**

**1:21-cv-10102-ADB Notice has been electronically mailed to:**

Nailah A. Freeman     nailah.freeman@boston.gov

Brendan Durrigan     brendandurriganesq@gmail.com

Matthew A. Kezhaya     matt@kezhaya.law

**1:21-cv-10102-ADB Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** yes
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1029851931 [Date=7/21/2021] [FileNumber=9403987-0
] [4b5759e990d620d220a296eef6f3e02e61e4c0bdd14267cc15827305b5266040210
26fb5645d4d37dfb17ca40b18064ea14a303efeef4291f8516ffc006c482d]]