# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE SATANIC TEMPLE, INC., *Plaintiff*, v. CITY OF BOSTON, *Defendant*. | Civil Action No. 1:21-cv-10102-ADB |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Marc J. Randazza, Esq., of Randazza Legal Group, PLLC hereby enters his appearance on behalf of Plaintiff THE SATANIC TEMPLE, INC., in the above-captioned proceeding. It is respectfully requested that copies of all future pleadings and papers relevant to this matter be served upon the undersigned counsel of record.

Dated: September 1, 2021.

Respectfully submitted,

/s/ Marc J. Randazza

Marc J. Randazza, BBO # 651477
RANDAZZA LEGAL GROUP, PLLC
30 Western Avenue, Harbor Room
Gloucester, Massachusetts 01930
Tel: 702-420-2001
ecf@randazza.com

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that, on this 1st day of September, 2021, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

/s/ Marc J. Randazza
Marc J. Randazza