UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE SATANIC TEMPLE, INC.,<br>    Plaintiff,<br><br>v.<br><br>CITY OF BOSTON,<br>    Defendant. | CIVIL ACTION NO.<br>1:21-CV-10102 |

## NOTICE OF APPEARANCE

In accordance with L.R. 83.5.2, please enter the appearance of Robert S. Arcangeli as counsel of record for Defendant City of Boston.

Respectfully submitted,

DEFENDANT CITY OF BOSTON,

Henry C. Luthin
Corporation Counsel

*/s/ Robert S. Arcangeli*
Robert S. Arcangeli, BBO#689034
Assistant Corporation Counsel
City of Boston Law Department
City Hall, Room 615
Boston, MA 02201
(617) 635-4044
robert.arcangeli@boston.gov

Dated:  October 26, 2021

## Certificate of Service

  I hereby certify that on October 26, 2021 a true and accurate copy of the foregoing document was served upon the attorney of record for the Plaintiff through the Court's CM/ECF system and that paper copies will be sent to any parties identified as non-registered participants.

                   */s/ Robert S. Arcangeli*
                   Robert S. Arcangeli