**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **THE SATANIC TEMPLE, INC.** | **CASE NO.** 1:21-CV-10102-AK |
| PLAINTIFF, | |
| v. | |
| **CITY OF BOSTON, MA** | |
| DEFENDANT. | |

## DEFENDANT CITY OF BOSTON'S EMERGENCY MOTION FOR PROTECTIVE ORDER AND MOTION TO QUASH REGARDING THE DEPOSITION OF CITY COUNCILOR AT LARGE MICHELLE WU

NOW COMES the Defendant City of Boston, by and through its undersigned counsel, and pursuant to Fed. R. Civ. P. 26(c)(1), hereby moves this Honorable Court to quash the deposition of Michelle Wu and to enter a protective order prohibiting the deposition of Michelle Wu ("Ms. Wu"), which is currently noticed by Plaintiff The Satanic Temple Inc. ("Plaintiff") for Tuesday, November 2, 2021. *See* Notice for Deposition attached as Exhibit 1. In support of this Motion, Defendant incorporates its Memorandum of Law in Support of Defendant's Motion for Protective Order Regarding the Deposition of City Councilor At Large Michelle Wu.

Defendant's Motion and accompanying Memorandum of Law are supported by the Amended Complaint and the attachments annexed to the Memorandum which are incorporated in this Motion as if fully contained herein.

WHEREFORE, Defendant City respectfully requests that this Court:

i.   Grant its Motion For Protective Order to Quash the Deposition of Michelle Wu; and

ii.  Grant Defendant City its reasonable attorneys' fees and costs and other just and equitable relief as the Court deems appropriate.

1

Respectfully submitted,

DEFENDANT,

CITY OF BOSTON,

By its attorney,
Henry Luthin,
Corporation Counsel

/s/ Nailah A. Freeman_____
Robert Arcangeli (BBO #689034)
Nailah A. Freeman (BBO #695910)
City of Boston Law Department
One City Hall Square, Room 615
Boston, MA 02201
Telephone: (617) 635-4064
Facsimile: (617) 635-2012
Robert.arcangeli@boston.gov
nailah.freeman@boston.gov

Dated: October 27, 2021

## LOCAL RULE 7.1 CERTIFICATION

Pursuant to L.R. 7.1, I hereby certify that I have conferred in good faith with the Plaintiff on October 27, 2021 in an effort to resolve the dispute without court action and have been unable to resolve the dispute or narrow the issues.

Date:  October 27, 2021                                       s/ Nailah A. Freeman

## **CERTIFICATE OF SERVICE**

I hereby certify that, on October 27, 2021, this document was served on Plaintiff by electronic mail as follows:

/s/ Nailah A. Freeman
Nailah A. Freeman