

# Kezhaya Law PLC

Matthew A. Kezhaya
1202 NE McClain Rd
Bentonville, AR 72712

P: (479) 431-6112
F: (479) 282-2892
matt@kezhaya.law

October 28, 2021

Hon. Angel Kelley (or such other Miscellaneous Business Docket ("**MBD**") Judge)
  **By ECF only**

Re: <u>Satanic Temple v. Boston</u> (21-cv-10102) – request for briefing schedule

Dear Judge,

 I write on behalf of The Satanic Temple ("**TST**") to request a specific briefing schedule on the City's "emergency" motion for protective order (doc. 33). Local Rule 40.4 addresses emergencies. Rule 40.4(a)(1) explains that an MBD judge resolves emergency matters requiring immediate attention if the assigned district judge is unavailable. Rule 40.4(b) explains that MBD judges only dispose of these matters to the extent necessary to meet the emergency.

 A threshold issue is whether there is actually an emergency. Yesterday, the parties met and conferred through counsel to limit the issues in the then-forthcoming motion for protective order. The City proposed to alleviate the emergency by rescheduling the deposition sufficiently into the future to allow briefing this issue in the ordinary course of time. TST accepted the offer by email. **Exhibit 1** (the time is in Central Time). About two hours later, the City reneged (**Exhibit 2**) and filed its motion (doc. 33).

 This "emergency" is one of the City's own making. The Court should decline to dispose of this matter on an emergency basis. I ask for the full 14-day response time afforded by Rule 7.1(b)(2). Or, if the Court desires an expedited briefing schedule, I ask for a specific briefing schedule.

Sincerely,

*/s/ Matthew A. Kezhaya*

Matthew A. Kezhaya

CC:

City of Boston (**by ECF only**)

# Exhibit 1

TST's email accepting the City's offer to reschedule



Matthew A. Kezhaya <matt@kezhaya.law>

---

## TST v. Boston (21-cv-10102) -- Michelle Wu deposition

**Matthew A. Kezhaya** <matt@kezhaya.law>     Wed, Oct 27, 2021 at 2:11 PM
To: Robert Arcangeli <robert.arcangeli@boston.gov>
Cc: Nailah Freeman <nailah.freeman@boston.gov>, "Brendan Durrigan, Esq." <bdurrigan@gmail.com>, "Sonia A. Kezhaya" <sonia@kezhaya.law>, Marc Randazza <mjr@randazza.com>, Cassidy Curran <csc@randazza.com>

On our phone call earlier today, the City offered a counter-proposal with the intention of removing the emergency of having Michelle Wu's deposition scheduled for Tuesday.  The counter-proposal was that the City would come up with an alternative date, scheduled sufficiently into the future to allow briefing on whether Michelle Wu is a "high ranking government official" such that a protective order should issue to prevent her deposition at this stage of the proceedings.  I have taken the counter-proposal to my client and my client accepts, on the condition that the alternative date is mutually agreeable.  If you let me know some good dates at least one month out, but no more than four months out, I think we can have a more orderly briefing schedule.

Please call if you'd like to discuss further: 479-431-6112.


Matthew A. Kezhaya

Arkansas office:
Kezhaya Law PLC
1202 NE McClain Rd
Bentonville, AR 72712
p: (479) 431-6112
f: (479) 282-2892
e: matt@kezhaya.law

Minnesota office:
Kezhaya Law PLC
333 N Washington Ave, #300
Minneapolis, MN 55401
p: (479) 431-6112
f: (479) 282-2892
e: matt@kezhaya.law

This message may contain confidential or privileged information and was intended for a particular recipient.  If it appears that I sent this to you in error, please inform me and delete this message.

[Quoted text hidden]

# E<span style="font-variant:small-caps">xhibit</span> 2

The City's email reneging on the rescheduling



Matthew A. Kezhaya <matt@kezhaya.law>

# TST v. Boston (21-cv-10102) -- Michelle Wu deposition

**Robert Arcangeli** <robert.arcangeli@boston.gov>  Wed, Oct 27, 2021 at 3:47 PM
To: "Matthew A. Kezhaya" <matt@kezhaya.law>
Cc: Nailah Freeman <nailah.freeman@boston.gov>, "Brendan Durrigan, Esq." <bdurrigan@gmail.com>, "Sonia A. Kezhaya" <sonia@kezhaya.law>, Marc Randazza <mjr@randazza.com>, Cassidy Curran <csc@randazza.com>

Matt,

I am unable to offer an alternative date for a deposition.  The City maintains that it will not produce Ms. Wu to testify without a court order in this matter.  Where we have a subpoena in hand for next Tuesday, we intend to serve our emergency motion to ensure that Ms. Wu will not be subject to deposition absent an order of the Court..

If you would like additional time to respond to the motion, please let me know and we can discuss but I cannot not provide additional dates unless ordered by the Court to do so.

Best,

[Quoted text hidden]