UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION
No. 1:21-cv-10102-AK

THE SATANIC TEMPLE, INC.,
    Plaintiff

v.

CITY OF BOSTON
    Defendant

## NOTICE OF APPEARANCE

Please enter the appearance of Nicole M. O'Connor on behalf of Defendant, City of Boston, in the above-referenced matter.

Respectfully submitted:

**DEFENDANT CITY OF BOSTON**

By its attorneys:

Henry C. Luthin
Corporation Counsel

/s/ Nicole M. O'Connor
Nicole M. O'Connor (BBO#675535)
Senior Assistant Corporation Counsel
City of Boston Law Department
City Hall, Room 615
Boston, MA 02201
(617) 635-4039
Nicole.OConnor@boston.gov

1

## **CERTIFICATE OF SERVICE**

  I, Nicole M. O'Connor, hereby certify that on October 29, 2021, a copy of this document, filed through the CM/ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants.

                /s/ Nicole M. O'Connor
                Nicole M. O'Connor