# EXHIBIT 2

City's privilege log

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

**CIVIL ACTION NO. 21-cv-10102**

**THE SATANIC TEMPLE, INC,**
                                        **Plaintiff,**
**v.**

**CITY OF BOSTON**
                          **Defendants.**

PRIVILEGE LOG ASSOCIATED WITH CITY OF BOSTON'S RESPONSES TO PLAINTIFF'S FIRST REQUEST FOR
THE PRODUCTION OF DOCUMENTS

| Bates No. | Date of Document | Author | Recipient | Subject matter | Category of Privilege |
|---|---|---|---|---|---|
| DEF0002012, DEF0002014, DEF0002015 | 3/6/19 | Christine O'Donnell | Caroline Kimball-Katz | Legal advice regarding press calls | Attorney/client |
| | 8/28/17 - 8/29/17 | Adam Cederbaum Sammy Nabulsi Michelle Wu | Adam Cederbaum Sammy Nabulsi Michelle Wu | Invocation | Attorney/client |
| | 12/8/16 | Michelle Wu | Sammy Nabulsi Christine O'Donnell | Requests re Invocation | Attorney/Client |
| | 12/8/16 | Adam Cederbaum Sammy Nabulsi | Adam Cederbaum | Invocation | Attorney/client |

| | | Michelle Wu | Sammy Nabulsi<br>Michelle Wu | | |
|---|---|---|---|---|---|
| | | | | | |

Respectfully submitted,

DEFENDANT,

CITY OF BOSTON,

By its attorney,
Henry C. Luthin,
Corporation Counsel

/s/ Nailah A. Freeman
Nicole O'Connor (BBO #675535)
Nailah A. Freeman (BBO #695910)
City of Boston Law Department
One City Hall Square, Room 615
Boston, MA 02201
Telephone: (617) 635-4064
Facsimile: (617) 635-2012
Nicole.oconnor@boston.gov
nailah.freeman@boston.gov

## CERTIFICATE OF SERVICE

I, Nailah A. Freeman, hereby certify that a true copy of the above document was served upon all parties of record via email on November 8, 2021.


/s/ Nailah A. Freeman
Nailah A. Freeman