# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE SATANIC TEMPLE, INC.,      ) <br>      ) <br> *Plaintiff*,      ) <br>      ) <br> v.      ) <br>      ) <br> CITY OF BOSTON,      ) <br>      ) <br> *Defendant*.      ) | Civil Action No. 1:21-cv-10102-ADB |

## NOTICE OF WITHDRAWAL

PLEASE TAKE NOTICE that, pursuant to Local Rule 83.5.2(c)(1), Marc J. Randazza, of Randazza Legal Group, PLLC, hereby withdraws his appearance on behalf of Plaintiff THE SATANIC TEMPLE, INC., in the above-captioned proceeding. Attorneys Brendan Durrigan of Durrigan Law and Matthew A. Kezhaya of Kezhaya Law PLC previously entered their appearances for Plaintiff and remain counsel of record. No motion is pending in the case. No trial date has been set. No evidentiary hearing has been set. And, no reports, written or oral, are due.

This Notice is being served on Plaintiff and all other parties. Plaintiff and all other parties are hereby informed that, pursuant to Local Rule 83.5.2(d), any objections shall be filed within 14 days after service hereof.

Dated: April 7, 2022.

Respectfully submitted,

/s/ Marc J. Randazza

Marc J. Randazza, BBO # 651477
RANDAZZA LEGAL GROUP, PLLC
30 Western Avenue, Harbor Room
Gloucester, Massachusetts 01930
Tel: 702-420-2001
ecf@randazza.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on this 7th day of April, 2022, a copy of the foregoing was filed electronically.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the court's CM/ECF System.

Further, a copy of this Notice was served this day on Plaintiff through its remaining counsel of record through the CM/ECF System and by First class mail, postage prepaid, to:

The Satanic Temple, Inc.
64 Bridge Street
Salem, MA 01970

/s/ Marc J. Randazza
Marc J. Randazza

- 2 -