In the United States District Court
For The District of Massachusetts

| | |
|---|---|
| The Satanic Temple, Inc.<br>Plaintiff,<br>v.<br>City of Boston, MA<br>Defendant. | Case no. 1:21-cv-10102-AK |

### AFFIDAVIT OF ROBERT S. ARCANGELI IN SUPPORT OF DEFENDANT'S SUBMISSION IN RESPONSE TO APRIL 6, 2022 AWARD OF ATTORNEYS' FEES & REQUEST FOR ATTORNEYS' FEES

I, Robert S. Arcangeli, hereby depose and state as follows:

1. I am a member of the bar in good standing in Massachusetts.

2. I am employed as a Senior Assistant Corporation Counsel for Defendant City of Boston ("Defendant" or the "City"). I make this affidavit in support of Defendant's Submission in Response to April 6th Award of Attorneys' Fees & Request For Attorneys' Fees ("Defendant's Submission for Fees").

3. I have four (4) years of experience as a litigator with the City of Boston's Law Department. Prior to joining the City of Boston, I was a prosecutor for the Suffolk County District Attorney's Office for over two (2) years. Prior to my work with the Suffolk County DA's office, I was a litigator for two (2) years at the Law Office of Paul J. Gannon, P.C.

4. Attached as Exhibit A to Defendant's Submission for Fees is a true and accurate copy of the hours I expended in the making of Defendant's Emergency Motion for Protective Order and Motion to Quash Regarding the Deposition of City Councilor At Large Michelle Wu ("Motion for a Protective Order") (ECF Nos. 33, 34, & 43).

5. Specifically, the time entries included in Exhibit A that are immediately preceded by the label "**Robert Arcangeli Hours**" are traceable to my efforts related to Defendant's Motion for a Protective Order.

6. I have maintained contemporaneous time records in this matter. Based on those records, I have expended 7.1 hours in connection with the making of Defendant's Motion for a Protective Order.

Subscribed to and sworn under the penalties of perjury this __ day of April, 2022.

/s/ *Robert S. Arcangeli*
Robert S. Arcangeli