IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

THE SATANIC TEMPLE, INC.

PLAINTIFF,

v.

CITY OF BOSTON, MA

DEFENDANT.

CASE NO. 1:21-CV-10102-AK

## AFFIDAVIT OF SUSAN WEISE IN SUPPORT OF DEFENDANT'S SUBMISSION IN RESPONSE TO APRIL 6, 2022 AWARD OF ATTORNEYS' FEES & REQUEST FOR ATTORNEYS' FEES

I, Susan Weise, hereby depose and state as follows:

1. I am a member of the bar in good standing in Massachusetts.

2. I am employed as the First Assistant Corporation Counsel for Defendant City of Boston ("Defendant" or the "City"). I make this affidavit in support of Defendant's Submission in Response to April 6th Award of Attorneys' Fees & Request For Attorneys' Fees ("Defendant's Submission for Fees").

3. I have 36 years of experience as a litigator and oversee all litigation for the City of Boston's Law Department.

4. Attached as Exhibit A to Defendant's Submission for Fees is a true and accurate copy of the hours I expended in the making of Defendant's Emergency Motion for Protective Order and Motion to Quash Regarding the Deposition of City Councilor At Large Michelle Wu ("Motion for a Protective Order") (ECF Nos. 33, 34, & 43).

5. Specifically, the time entries included in Exhibit A that are immediately preceded by the label "**Susan Weise Hours**" are traceable to my efforts related to Defendant's Motion for a Protective Order.

6. I have maintained contemporaneous time records in this matter. Based on those records, I have expended 2.8 hours in connection with the making of Defendant's Motion for a Protective Order.

Subscribed to and sworn under the penalties of perjury this 13th day of April, 2022.

/s/ Susan M Weise
Susan Weise, Esq.
BBO # 545455