UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 21-cv-10102

THE SATANIC TEMPLE, INC.

      Plaintiff,

v.

CITY OF BOSTON
          Defendant.

## JOINT STIPULATION OF THE PARTIES REGARDING PROTECTIVE ORDER

Pursuant to Rule 26 of the Federal Rules of Civil Procedure, all parties to this action hereby stipulate that they have agreed to the terms of the Protective Order attached hereto, and they hereby submit said Protective Order to the Court for endorsement and docketing.

| | |
|---|---|
| Respectfully submitted:<br>Plaintiff, The Satanic Temple, Inc. | Respectfully submitted:<br>Defendant, City of Boston |
| By its attorneys: | By its attorneys: |
| /s/ Matthew A. Kezhaya<br>Matthew A. Kezhaya (ABA#2014161)<br>Kezhaya Law PLC<br>1202 NE McClain Rd<br>Bentonville, AR 72712<br>(479) 431-6112<br>matt@kezhaya.law | /s/ Nicole M. O'Connor<br>Nicole M. O'Connor (BBO#675535)<br>Senior Assistant Corporation Counsel<br>City of Boston Law Department<br>City Hall, Room 615<br>Boston, MA 02201<br>(617) 635-4039<br>Nicole.OConnor@boston.gov |

## CERTIFICATE OF SERVICE

      I hereby certify that on May 31, 2022, I served a true copy of the above document upon all counsel of record via this court's electronic filing system and upon those non-registered participants via first class mail.

/s/ Nicole M. O'Connor
Nicole M. O'Connor