UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE SATANIC TEMPLE, INC., <br>     Plaintiff, <br><br> v. <br><br> CITY OF BOSTON, <br><br>     Defendant. | **CIVIL ACTION NO.** <br> 1:21-CV-10102 |

## NOTICE OF APPEARANCE

In accordance with L.R. 83.5.2, please enter the appearance of Robert S. Arcangeli as counsel of record for Defendant City of Boston.

    Respectfully submitted,

    DEFENDANT CITY OF BOSTON,

    Adam N Cederbaum
    Corporation Counsel


    */s/ Robert S. Arcangeli*
    Robert S. Arcangeli, BBO#689034
    Assistant Corporation Counsel
    City of Boston Law Department
    City Hall, Room 615
    Boston, MA 02201
    (617) 635-4044
    robert.arcangeli@boston.gov

Dated: June 15, 2022

## **Certificate of Service**

      I hereby certify that on June 15, 2022 a true and accurate copy of the foregoing document was served upon the attorney of record for the Plaintiff through the Court's CM/ECF system and that paper copies will be sent to any parties identified as non-registered participants.

                                                                              */s/ Robert S. Arcangeli*
                                                                               Robert S. Arcangeli