# 1:21-cv-10102

In the United States District Court
For the District of Massachusetts

**The Satanic Temple**, Inc.
*Plaintiff*

*v.*

City of **Boston**
*Defendant.*

## Notice of deposition



**Matt Kezhaya**
Ark. # 2014161
Minn. # 0403196

matt@crown.law
direct: (479) 431-6112
general: (612) 349-2216

333 N. Washington Ave # 300, Minneapolis, MN 55415

**To**: Boston and its counsel of record.

**LET IT BE KNOWN** that pursuant to FCRP 26 and 30, TST will take the deposition of **Michelle Wu** by oral examination, before a person authorized to administer oaths and take testimony, and recorded by stenographic, audiographic, and videographic means. The deposition will take place in-person at the headquarters for The Satanic Temple, **64 Bridge St., Salem, MA 01970** on **September 12, 2022** beginning at **9:30 am** and continuing thereafter until complete.

Propounded on **August 31, 2022**.

### CERTIFICATE OF SERVICE

I, Matt Kezhaya, emailed a copy of this document to Nicole O'Connor at nicole.oconnor@boston.gov and Robert Arcangeli at robert.arcangeli@boston.gov on August 31, 2022. */s/ Matt Kezhaya*