The information contained in this electronic transmission ("e-mail"), including any attachment (the "Information"), may be confidential or otherwise exempt from disclosure. It is for the addressee only. **This information may be privileged and confidential attorney work-product or a privileged and confidential attorney-client communication.** The Information may also be deliberative and pre-decisional in nature. As such, it is for internal use only. The Information may not be disclosed without the prior written consent of the Corporation Counsel of the City of Boston. If you have received this e-mail by mistake, please notify the sender and delete it from your system. Please do not copy or forward it. Thank you for your cooperation.

On Thu, Sep 1, 2022 at 12:10 PM Matt Kezhaya <matt@crown.law> wrote:

> I don't understand the confusion. I sent you a clear letter that informs you that if Wu fails to make her deposition, I will seek a bench warrant and I will move for contempt. Wu's attendance will be secured by the subpoena, not by her stipulation.
>
> Do whatever you want with this information, we will see how the cards turn.