**From:** Matt Kezhaya
**Sent:** Thursday, September 1, 2022 11:34:31 AM
**To:** Nicole O'Connor <nicole.oconnor@boston.gov>
**Cc:** robert.arcangeli@boston.gov <robert.arcangeli@boston.gov>; Sonia Kezhaya <sonia@crown.law>; Nick Henry <nick@crown.law>; John Hayden <john@crown.law>
**Subject:** RE: Satanic Temple v. Boston - notices of deposition

Supplement: you lost your phone privileges when we took materially different understandings from our last conversation. All of ours conversations will take place in writing or in front of a court reporter.

>
> **From:** Nicole O'Connor <nicole.oconnor@boston.gov>
> **Sent:** Thursday, September 1, 2022 11:27 AM
> **To:** Matt Kezhaya <matt@crown.law>
> **Cc:** robert.arcangeli@boston.gov; Sonia Kezhaya <sonia@crown.law>; Nick Henry <nick@crown.law>; John Hayden <john@crown.law>
> **Subject:** Re: Satanic Temple v. Boston - notices of deposition
>
>
> We will proceed with the motion to quash. We will also seek sanctions and attorney's fees for requiring the City to file this motion. Does it make sense to set up a phone conference to discuss, or may the City represent that its 7.1 obligations have been satisfied?
>
> Nicole
>
> 
> **Nicole M. O'Connor**
> Senior Assistant Corporation Counsel
> City of Boston Law Department
> City Hall, Room 615
> Boston, MA 02201
> (617) 635-4039
> Nicole.OConnor@boston.gov