

Nicole O'Connor <nicole.oconnor@boston.gov>

---

### RE: Satanic Temple v. Boston - notices of deposition
1 message

**Matt Kezhaya** <matt@crown.law>      Thu, Sep 1, 2022 at 12:33 PM
To: Nicole O'Connor <nicole.oconnor@boston.gov>
Cc: "robert.arcangeli@boston.gov" <robert.arcangeli@boston.gov>, Sonia Kezhaya <sonia@crown.law>, Nick Henry <nick@crown.law>, John Hayden <john@crown.law>

> The motion is not yet ripe because I have not yet prepared or served the subpoena on the non-party witness. Also, I question the City's standing to intervene on behalf of Wu (who is being deposed in her personal capacity, not as "Mayor.")
>
>
> Speaking as a reasonable third-party observer, it feels an awful lot like public funds are being abused to inure to Wu's private benefit. Something smells fishy. Please tell me, lawyer-to-lawyer, if there is any form of official corruption going on between the City of Boston and U.S.D.J. Kelley, D. Mass.
>
>
> Please also be honest, because when my curiosity is piqued I tend to start demanding evidence.