9/2/22, 2:02 PM    Case 1:21-cv-10102-AK   Document 57-6   Filed 09/02/22   Page 1 of 1

City of Boston Mail - Re: Satanic Temple v. Boston - notices of deposition



Nicole O'Connor <nicole.oconnor@boston.gov>

## Re: Satanic Temple v. Boston - notices of deposition
1 message

**Matt Kezhaya** <matt@crown.law>    Thu, Sep 1, 2022 at 1:11 PM
To: Nicole O'Connor <nicole.oconnor@boston.gov>
Cc: "robert.arcangeli@boston.gov" <robert.arcangeli@boston.gov>, Sonia Kezhaya <sonia@crown.law>, Nick Henry <nick@crown.law>, John Hayden <john@crown.law>

Time's up, I take your failure to satisfy my curiosity to be an invitation to investigate.

Sent via the Samsung Galaxy S22+ 5G, an AT&T 5G smartphone
Get Outlook for Android

https    553101%7Cmsg-f%3A1742788119727...   1/3