# 1:21-cv-10102

---

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

---

The Satanic Temple, Inc. ("**TST**"),
*Plaintiff*

*v.*

City of **Boston**, Massachusetts
*Defendant*.

---

## 2017 STATEMENT FROM ENSAIBI-GEORGE

---



| | |
|---|---|
| **Matt Kezhaya** | matt@crown.law |
| Ark. # 2014161 | direct: (479) 431-6112 |
| Minn. # 0403196 | general: (612) 349-2216 |

100 S. Fifth St., 19th Fl., Minneapolis, MN 55402

**From:** Alana Olsen <alana.olsen@boston.gov>
**Sent:** Thursday, October 19, 2017 3:17 PM EDT
**To:** Annissa Essaibi-George <annissa.essaibi-george@boston.gov>
**Subject:** Statement on Satanic Temple

"It is absurd that this group feels entitled to being invited to give remarks at the beginning of the Council Meeting, and frankly its insulting to all of the amazing religious and secular leaders who are invited. They are invited because of all of the incredible work that they do across the City, work to end youth violence, work to provide shelter and stability to the homeless, or compassion and support for people in recovery. I will not give up the opportunity to highlight one of these amazing leaders who I am privileged to work with for the Satantic Temple. The City Council does important, serious work for the people of Boston and when we invite someone to participate in our meeting it is out of a profound respect, not a sense of obligation."

--

**Alana Olsen**
Chief of Staff
Office of Boston City Councilor Annissa Essaibi-George
1 City Hall Plaza 5th Floor
Boston, MA  02201

phone 617.635.4376
direct line 617.635.3716
fax 617.635.4203

**Please remember this is a City of Boston email account and the content is a matter of public record.**