# 1:21-cv-10102

---

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

---

The Satanic Temple, Inc. ("**TST**"),
*Plaintiff*

*v.*

City of **Boston**, Massachusetts
*Defendant*.

---

## OPPOSITION TO [57]

---



**Matt Kezhaya**                    **matt@crown.law**
Ark. # 2014161          direct: (479) 431-6112
Minn. # 0403196       general: (612) 349-2216

1202 NE McClain Rd. Bentonville, AR 72712



# Opposition

COMES NOW TST, by and through counsel of record, with a response in opposition to Boston's motion. ECF 57. Boston's motion is predicated on an order which this Court unequivocally explained does not exist. ECF 51. The rest merits no response.

WHEREFORE the Court should deny the motion to quash [57].

Respectfully submitted on September 11, 2022 by:



| Matt Kezhaya | matt@crown.law |
|---|---|
| Ark. # 2014161 | direct: (479) 431-6112 |
| Minn. # 0403196 | general: (612) 349-2216 |

1202 NE McClain Rd., Bentonville, AR 72712

## CERTIFICATE OF SERVICE

**NOTICE IS GIVEN** that I, Matt Kezhaya, efiled the foregoing document by uploading it to the Court's eFlex system on September 11, 2022, which sends service to registered users, including all other counsel of record in this cause. *Matt Kezhaya*