

Nicole O'Connor <nicole.oconnor@boston.gov>

## Re: TST v. Boston (21-cv-10102) -- deficiency letter; second discovery requests
1 message

**Nicole O'Connor** <nicole.oconnor@boston.gov>  Mon, Jul 18, 2022 at 11:18 AM
To: "Matthew A. Kezhaya" <matt@kezhaya.law>
Cc: "Sonia A. Kezhaya" <sonia@kezhaya.law>, "Brendan Durrigan, Esq." <bdurrigan@gmail.com>, Robert Arcangeli <robert.arcangeli@boston.gov>

Matthew:

Following up on our phone call, I wanted to let you know that we are confirmed for August 25th. The deponent that day will be Christine O'Donnell. She will be designated on the following topics: 1, 2, 3, 4, 5, 6, 7, 9, 11, 13, 14, 15, 16, 23, 24, 25, 26, 27, 28, 29, and 30.

While we appreciate the research you did on the 7-hour issue, we'll be maintaining our position that the 30(b)(6) deposition is limited to 7 hours in total, regardless of the number of designees. In recent history I've had at least one judge in the District of Massachusetts agree with this position.

Thanks,
Nicole



**Nicole M. O'Connor**
Senior Assistant Corporation Counsel
City of Boston Law Department
City Hall, Room 615
Boston, MA 02201
(617) 635-4039
Nicole.OConnor@boston.gov

The information contained in this electronic transmission ("e-mail"), including any attachment (the "Information"), may be confidential or otherwise exempt from disclosure. It is for the addressee only. *This information may be privileged and confidential attorney work-product or a privileged and confidential attorney-client communication.* The Information may also be deliberative and pre-decisional in nature. As such, it is for internal use only. The Information may not be disclosed without the prior written consent of the Corporation Counsel of the City of Boston. If you have received this e-mail by mistake, please notify the sender and delete it from your system. Please do not copy or forward it. Thank you for your cooperation.