

Nicole O'Connor <nicole.oconnor@boston.gov>

## Re: TST v. Boston (21-cv-10102) -- deficiency letter; second discovery requests
1 message

**Nicole O'Connor** <nicole.oconnor@boston.gov>  Fri, Jul 29, 2022 at 9:05 AM
To: "Matthew A. Kezhaya" <matt@kezhaya.law>
Cc: "Sonia A. Kezhaya" <sonia@kezhaya.law>, "Brendan Durrigan, Esq." <bdurrigan@gmail.com>, Robert Arcangeli <robert.arcangeli@boston.gov>

Matthew:

The City designates the chiefs of staff for Councilors Flynn, Flaherty, and Baker, as well as the former chief of staff for Mayor Wu, to testify regarding topics 8, 10, 12, 17, 18, 29, 20, 21, and and 22 on their behalf.  These folks will testify on one of the dates we put on hold in September (9/12-9/14, I believe).  The remaining Councilors who were on the Council at the time relevant to Plaintiff's complaint (as well as their chiefs of staff) are no longer employees of the City and therefore are not within the our "control", so to speak.  There are no current City employees who can testify regarding the "subjective intent" of these Councilors.  From a practical standpoint (at least from my view), it does not make much sense to insist on moving forward with these "subjective intent" questions via a 30(b)(6) deposition, particularly where you can get this testimony via other means (like issuing individual deposition subpoenas).  Of course, you're free to proceed how you see fit, but we'll oppose any motion to compel on these grounds.

Nicole



**Nicole M. O'Connor**
Senior Assistant Corporation Counsel
City of Boston Law Department
City Hall, Room 615
Boston, MA 02201
(617) 635-4039
Nicole.OConnor@boston.gov

The information contained in this electronic transmission ("e-mail"), including any attachment (the "Information"), may be confidential or otherwise exempt from disclosure. It is for the addressee only. *This information may be privileged and confidential attorney work-product or a privileged and confidential attorney-client communication.* The Information may also be deliberative and pre-decisional in nature. As such, it is for internal use only. The Information may not be disclosed without the prior written consent of the Corporation Counsel of the City of Boston. If you have received this e-mail by mistake, please notify the sender and delete it from your system. Please do not copy or forward it. Thank you for your cooperation.