use only. The Information may not be disclosed without the prior written consent of the Corporation Counsel of the City of Boston. If you have received this e-mail by mistake, please notify the sender and delete it from your system. Please do not copy or forward it. Thank you for your cooperation.

On Tue, Sep 6, 2022 at 2:58 PM Bill Rohla <bill@crown.law> wrote:
> Hi Nicole,
>
> We'd like to coordinate schedules for 9/12-14 for the backup 30(b)(6) designees as well as the City Clerk. Please let us know who will appear at which dates and times.
>
> Additionally, if you'd like your schedule taken into consideration for the depositions of Mayor Wu and Annissa Essaibi-George, please let us know what dates work for you in September.
>
> Thank you,
>
> Bill Rohla
>
> Paralegal
>
> Arkansas office:
>
> Crown Law
>
> 1202 NE McClain Rd
>
> Bentonville, AR 72712
>
> p: (479) 431-6112
>
> f: (612) 349-2760
>
> e: bill@crown.law
>
>
> Minnesota office:
>
> Crown Law
>
> 333 N. Washington Ave., Suite 300
>
> Minneapolis, MN 55401
>
> p: (612) 276-2216
>
> f: (612) 349-2760
>
> e: bill@crown.law