

Nicole O'Connor <nicole.oconnor@boston.gov>

## Re: Deposition schedule
1 message

**Nicole O'Connor** <nicole.oconnor@boston.gov>                    Wed, Sep 7, 2022 at 7:39 PM
To: Bill Rohla <bill@crown.law>
Cc: "robert.arcangeli@boston.gov" <robert.arcangeli@boston.gov>, Matt Kezhaya <matt@crown.law>, Sonia Kezhaya
<sonia@crown.law>, John Hayden <john@crown.law>, Nick Henry <nick@crown.law>

Hi Bill:

We're aiming to have chiefs of staff for Councilors Flynn, Baker, Flaherty and Mayor Wu available on September 12 and
13. Ideally, we'd like to schedule two depositions per day. We're coordinating schedules with these folks and will circle
back as soon as possible as to who is available on which date. I want to flag, however, that since we did not have
confirmation that Plaintiff intended to move forward with these depositions until yesterday, some chiefs of staff may no
longer be available. In the event that happens, we'll propose alternative dates for their depositions.

The chiefs of staff are being designated to testify on behalf of their respective councilors on the following topics of
Plaintiff's 30(b)(6) deposition notice: 8, 10, 12, 17, 18, 19, 20, 21. To be clear, these are not "back up" 30(b)(6)
designees; these are the designees the City originally designated to testify regarding these topics on July 29, 2022.

It is the City's position that there is an order prohibiting the Plaintiff from taking Mayor Wu's deposition. Given that, as well
as the pending motion to quash, we're not going to coordinate dates for Mayor Wu's deposition at this time.

Regarding the City Clerk, we have not yet received a deposition notice or subpoena for him (yesterday was the first time
we heard that Plaintiff intended to depose the City Clerk). Given that short notice, the deposition cannot take place next
week.

Thanks,
Nicole



**Nicole M. O'Connor**
Senior Assistant Corporation Counsel
City of Boston Law Department
City Hall, Room 615
Boston, MA 02201
(617) 635-4039
Nicole.OConnor@boston.gov