**From:** Nicole O'Connor <nicole.oconnor@boston.gov>
**Sent:** Thursday, September 8, 2022 10:25 AM
**To:** Matt Kezhaya <matt@crown.law>
**Cc:** Bill Rohla <bill@crown.law>; John Hayden <john@crown.law>; Nick Henry <nick@crown.law>; Sonia Kezhaya <sonia@crown.law>; robert.arcangeli@boston.gov
**Subject:** Re: Deposition schedule

Matt:

Chiefs of staff for Mayor Wu (David Vittorini), Councilor Baker (Amanda Curley), and Councilor Flynn (Charles Levin) will appear on Tuesday, September 13 to testify as I've explained below. Please let me know what time each of them should arrive.

The deposition for the designee for Councilor Flaherty will need to be on a different date. We're happy to work with your schedule to come up with a date that works for all parties.

Thanks,

Nicole