On Thu, Sep 8, 2022 at 7:47 PM Matt Kezhaya <matt@crown.law> wrote:

> Time's up. I consider our preexisting "September 12-14" agreement, which Nicole helpfully recited on the record, to be broken. That will give me more time to work up the motion for sanctions, anyway.
>
> I look forward to seeing y'all on **September 20**, at **9:30 am** for the deposition of **Mayor Wu** at **TST HQ**, as previously noticed.
>
> Ensaibi-George may or may not happen on the date previously noticed. I will confer with her separately and will let you know the product of her and my mutual agreement.