9/13/22, 12:11 PM                                     City of Boston Mail - Re: Deposition schedule



Nicole O'Connor <nicole.oconnor@boston.gov>

## Re: Deposition schedule
1 message

Fri, Sep 9, 2022 at 7:53 AM

**Nicole O'Connor** <nicole.oconnor@boston.gov>
To: Matt Kezhaya <matt@crown.law>
Cc: "robert.arcangeli@boston.gov" <robert.arcangeli@boston.gov>, Bill Rohla <bill@crown.law>, John Hayden <john@crown.law>, Nick Henry <nick@crown.law>, Sonia Kezhaya <sonia@crown.law>

Matt:

As I understand you're no longer going forward with the depositions on September 12/13, I'll let the deponents know they do not need to appear.

Thanks.



**Nicole M. O'Connor**
Senior Assistant Corporation Counsel
City of Boston Law Department
City Hall, Room 615
Boston, MA 02201
(617) 635-4039
Nicole.OConnor@boston.gov