UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION
No. 1:21-cv-10102-AK

THE SATANIC TEMPLE, INC.,
    Plaintiff

v.

CITY OF BOSTON
    Defendant

### CITY OF BOSTON'S EMERGENCY RENEWED MOTION TO QUASH

The City of Boston filed a Motion to Quash and Request for Sanctions [ECF No. 57] on September 2, 2022 upon receiving a notice of deposition for Mayor Michelle Wu, scheduling her deposition for September 20, 2022. Yesterday, Mayor Wu was served with a deposition subpoena, scheduling her deposition for September 20, 2022. See Exhibit 1.

Undersigned counsel has informed the Satanic Temple repeatedly that Mayor Wu will not be appearing for the deposition because it is the City's position that there is a protective order that precludes her from being deposed in this case. The Satanic Temple has indicated that it will seek a bench warrant for Mayor Wu if she does not appear on Tuesday, September 20, 2022. In light of this, the City files the instant motion on an emergency basis to quash Mayor Wu's deposition that is scheduled for next Tuesday.

In further support of this Motion, the City respectfully refers the Court to its previously-filed Motion to Quash and Request for Sanctions [ECF No 57].

1

Respectfully submitted:

**DEFENDANT CITY OF BOSTON**

By its attorneys:

Adam N. Cederbaum
Corporation Counsel


*/s/ Nicole M. O'Connor*
Nicole M. O'Connor (BBO#675535)
Senior Assistant Corporation Counsel
City of Boston Law Department
City Hall, Room 615
Boston, MA 02201
(617) 635-4039
Nicole.OConnor@boston.gov

## CERTIFICATE OF SERVICE

I, Nicole M. O'Connor, hereby certify that on September 15, 2022, a copy of this document, filed through the CM/ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants.

*/s/ Nicole M. O'Connor*
Nicole M. O'Connor

## 7.1 CERTIFICATION

I, Nicole M. O'Connor, hereby certify that I attempted to confer with Plaintiff's counsel, Mr. Kezhaya, in a good faith effort to resolve the issues raised in this motion on September 1, 2022. First, I emailed Mr. Kezhaya and stated that Mayor Wu would not be appearing for a deposition in accordance with the protective order in this case. In that same e-mail, I explained that the Satanic Temple could obtain the discovery it seeks from Mayor Wu from a less high-ranking government official, which the City would agree to produce on either September 12 or 13. When Mr. Kezhaya insisted on moving forward with the deposition of Mayor Wu, I suggested that we arrange a telephone conference to discuss the City's impending motion to quash. In response, Mr. Kezhaya stated that I had "lost [my] phone privileges". Accordingly, I was unable to confer further regarding the issues raised in this motion.

Dated:  September 15, 2022                     */s/ Nicole M. O'Connor*
                                               Nicole M. O'Connor