UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION No. 1:21-cv-10102-AK

THE SATANIC TEMPLE, INC.,
Plaintiff

v.

CITY OF BOSTON
Defendant

## NOTICE OF APPEARANCE

Please enter the appearance of Elizabeth L. Bostwick on behalf of Defendant, City of Boston, in the above-referenced matter.

Respectfully submitted:

**DEFENDANT CITY OF BOSTON**

By its attorneys:

Adam N. Cederbaum
Corporation Counsel

_/s/ E. Bostwick_
Elizabeth L. Bostwick (BBO#644498)
Senior Assistant Corporation Counsel
City of Boston Law Department
City Hall - Room 615
Boston, MA 02201
(617) 635-4031

1

## CERTIFICATE OF SERVICE

I, Elizabeth L. Bostwick, hereby certify that on September 24th, 2022 a copy of this document, filed through the CM/ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants.

_____
Elizabeth L. Bostwick