IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE SATANIC TEMPLE, INC.<br><br>PLAINTIFF,<br><br>V.<br><br>CITY OF BOSTON, MA<br><br>DEFENDANT. | CASE NO. 21-CV-10102<br><br><br>NOTICE OF MOTION AND<br>MOTION TO EXTEND DISCOVERY |

COMES NOW TST, by and through counsel, on motion to extend discovery.

1. The discovery deadline for this case is October 26, 2022. ECF 25.

2. The dispute over the deposition of Michelle Wu delayed discovery.

3. TST requires additional time to engage in discovery.

4. TST believes such discovery can be completed in an additional 30 days.

5. Boston has stipulated to a 30-day extension.

WHEREFORE, TST requests discovery be extended to November 25, 2022.

Respectfully submitted on October 18, 2022 by:



| | |
|---|---|
| **Matt Kezhaya** | **matt@crown.law** |
| Ark. # 2014161 | direct: **(479) 431-6112** |
| Minn. # 0403196 | general: **(612) 349-2216** |
| 100 South Fifth Street, 19th Floor, Minneapolis, MN 55402 | |

## CERTIFICATE AND NOTICE OF SERVICE

**NOTICE IS GIVEN** that I, Matthew A. Kezhaya, efiled the foregoing document by uploading it to the Court's CM/ECF system on October 18, 2022 which sends service to registered users, including all other counsel of record in this cause. s/ Matthew A. Kezhaya