## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **THE SATANIC TEMPLE, INC.** | **CASE NO.** 21-CV-10102 |
| PLAINTIFF, | |
| V. | **PROPOSED ORDER GRANTING DISCOVERY EXTENSION** |
| **CITY OF BOSTON, MA** | |
| DEFENDANT. | |

**COMES NOW** TST, by and through counsel, on motion to extend discovery by 30 days, as stipulated with Boston.

1. Motion to extend discovery is **GRANTED**.

2. The new discovery deadline for this case is set for **November 25, 2022**.

**IT IS SO ORDERED.**

_____        _____
**DATE**                                    **HON. ANGEL KELLEY**