UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. No. 1:21-cv-10102-AK

THE SATANIC TEMPLE, INC.,
      Plaintiff,

v.

CITY OF BOSTON,
        Defendant.

## NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE-NAMED COURT:

    Please enter the appearance of attorney Edward F. Whitesell, Jr. in the above-captioned matter as counsel for the defendant, City of Boston.

| | |
|---|---|
| Dated: November 10, 2022 | Respectfully submitted,<br>**CITY OF BOSTON**,<br><br>By its attorney:<br><br>ADAM CEDERBAUM<br>Corporation Counsel<br><br>/s/ Edward F. Whitesell, Jr.<br>Edward F. Whitesell, Jr. (BBO#644331)<br>Assistant Corporation Counsel<br>City of Boston Law Department<br>Room 615, City Hall<br>Boston, MA 02201<br>(617) 635-4045<br>edward.whitesell@boston.gov |

**Certificate of Service**

      I, Edward F. Whitesell, Jr., hereby certify that on November 10, 2022, a true and correct copy of this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and that paper copies will be sent to those indicated as non-registered participants.

                                                                        /s/ Edward F. Whitesell, Jr.
                                                                  Edward F. Whitesell, Jr.