## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

THE SATANIC TEMPLE, INC.,
    Plaintiff,

v.

CITY OF BOSTON
,
    Defendant.

**CIVIL ACTION NO.**
1:21-CV-10102

## <u>NOTICE OF WITHDRAWAL</u>

In accordance with L.R. 83.5.2, the undersigned Counsel hereby withdraws as Counsel for the Defendant City of Boston.

Respectfully submitted,

DEFENDANT CITY OF BOSTON,

Adam N. Cederbaum
Corporation Counsel

*/s/ Robert S. Arcangeli*
Robert S. Arcangeli, BBO#689034
Assistant Corporation Counsel
City of Boston Law Department
City Hall, Room 615
Boston, MA 02201
(617) 635-4044
robert.arcangeli@boston.gov

Dated: December 13, 2022

**<u>Certificate of Service</u>**

I hereby certify that on December 13, 2022 a true and accurate copy of the foregoing document was served upon the attorney of record for the Plaintiff through the Court's CM/ECF system and that paper copies will be sent to any parties identified as non-registered participants.

<u>    */s/ Robert S. Arcangeli*    </u>
Robert S. Arcangeli