# Exhibit A

# City of Boston Attorneys' Itemized Fees

**Robert Arcangeli Hours**

| DATE | ACTIVITY | TIME (hrs) |
|---|---|---|
| 10/25/21 | Review Notice of Wu Deposition & Subpoena | .1 |
| 10/25/21 | Consider Response to Wu Subpoena | .2 |
| 10/25/21 | Strategize with Co-Counsel re Response to Wu Subpoena | .3 |
| 10/25/21 | Research F.R.C.P. | .3 |
| 10/25/21 | Review 10/25/21 Kezhaya email correspondence | .2 |
| 10/25/21 | Strategize response to above w/ Freeman | .5 |
| 10/25/21 | Respond to 10/25/21 Kezahaya email | .2 |
| 10/25/21 | Coordinate 9(c) meeting with Kezahaya | .3 |
| 10/26/21 | Research re Protective Orders | 1.5 |
| 10/26/21 | Draft Memorandum for Mtn for Protective Order | 2.0 |
| 10/27/21 | Rule 7.1 Teleconference re Mtn for Protective Order/Mtn to Quash | .5 |
| 10/27/21 | Debrief Cederbaum and Weise on 9c Conference. | .4 |
| 10/27/21 | Review & consider 10/27/21 Kezhaya email correspondence | .4 |
| 10/27/21 | Respond to 10/27/21 Kezhaya email correspondence | .2 |
| 10/29/21 | Review Kezhaya correspondence to Court | .4 |
| | | **Total: 7.1** |
| | | |

**Susan Weise Hours**

| DATE | ACTIVITY | TIME (hrs) |
|---|---|---|
| 10/25/21 | Discuss strategy with N. Freeman | .4 |
| 10/26/21 | Discuss strategy with N. Freeman with A. Cederbaum & R. Arcangeli | .4 |
| 10/27 | Research case law on | 1 |

| | protective orders | |
|---|---|---|
| 10/27 | Review and edit Mtn for Protective Order | 1 |

**Nailah A. Freeman Hours**

| DATE | ACTIVITY | TIME (hrs) |
|---|---|---|
| 10/22/21 | Review Notice of Wu Deposition & Subpoena | .1 |
| 10/25/21 | Consider Response to Wu Subpoena | .2 |
| 10/25/21 | Strategize with Co-Counsel re Response to Wu Subpoena | .3 |
| 10/25/21 | Prepare email correspondence to Kezhaya re Wu Subpoena | .2 |
| 10/25/21 | Review & consider 10/25/21 Kezhaya email correspondence | .5 |
| 10/25/21 | Strategize response to above w/ Arcangeli | .5 |
| 10/25/21 | Consider 10/25/21 Kezhaya email & next steps w/ Weise | .4 |
| 10/25/21 | Review & coordinate t/c conference re Wu Subpoena Notice | .2 |
| 10/26/21 | Research re Protective Orders | 1.5 |
| 10/26/21 | Draft Memorandum for Mtn for Protective Order | 2.5 |
| 10/27/21 | Rule 7.1 Teleconference re Mtn for Protective Order/Mtn to Quash | .5 |
| 10/27/21 | Draft Motion for Protective Order | .75 |
| 10/27/21 | Review & consider 10/27/21 Kezhaya email correspondence | .5 |
| 10/27/21 | Incorporate Cederbaum & Weise proposed edits to Mtn, Finalize, File, & Serve Mtn for Protective Order | 1.7 |
| 10/29/21 | Preliminary Review of 10/29/21 Ct Order | .1 |
| 10/30/21 | Docket 10/29 Ct Order due dates & consider next steps | .5 |
| 11/12-11/13 | Preliminarily Review TST Reply & Prepare Internal Correspondence re same | .5 |
| 11/16 | Strategize Reply w/ O'Connor | .5 |
| 11/16 | Research & brief relevant case law | 2 |
| 11/17-11/26 | Draft Reply ISO Mtn for Protective Order | 3.5 |
| 11/23/21 | Review O'Connor comments & edits | .5 |
| 11/24/21 | Finalize Reply ISO Mtn for Protective Order | 1 |
| 11/26/21 | File & Serve COB Reply | .3 |

| | | |
|---|---|---|
| 11/26/21 | Preliminarily Review TST Sur-Reply | .3 |
| 11/28/21 | Consider Sur-Reply & Prepare Internal Correspondence re same | .2 |
| 12/2/21 | Review & Consider 12/2/21 Ct Order | .1 |
| 12/10/21 | Review & Consider 12/10 Ct Notice | .1 |
| 12/10-12/14 | Coordinate Preparation & Submission of Courtesy Copies of COB's papers | .2 |
| 4/6/22 | Review 4/6/22 Court Order & Memorandum | .3 |

**Nicole M. O'Connor Hours**

| DATE | ACTIVITY | TIME (hrs) |
|---|---|---|
| 11/12/22 | Review TST response to COB motion for protective order | .2 |
| 11/16/22 | Meet with N. Freeman to discuss and strategize COB reply to TST response | .5 |
| 11/26/22 | Review and edit N. Freeman's draft reply to TST response | .5 |
| 11/26/22 | Review TST sur-reply | .2 |
| 4/6/22 | Review court's Memorandum & Order re: COB motion for protective order | .2 |
| | | |

**COMBINED TOTAL: 31.45**