**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **THE SATANIC TEMPLE, INC.** | **CASE NO.** 21-CV-10102 |
| PLAINTIFF, | |
| v. | **MOTION TO EXCUSE** |
| **CITY OF BOSTON, MA** | **APPEARANCE OF COUNSEL** |
| DEFENDANT. | |

**COMES NOW** Brendan Durrigan, pro hac vice sponsoring attorney of Matthew A. Kezhaya, who is requesting that this Honorable Court excuse his attendance at the case status conference scheduled for March 15, 2023 at 11:30am. As reasons for such request, I state the following:

1. That I have an important and unavoidable family commitment which will occupy my time on March 15, 2023.

2. I have conferred with Matt Kezhaya, and he will appear in person at the appointed time fully capable of addressing all issues that may arise.

Therefore, I ask that the Court excuse me from attending the

scheduled conference.

Respectfully submitted on
March 14, 2023,

By:  Brendan Durrigan, MA BBO#668680

169 North Franklin Street, Suite 7
Holbrook, MA 02343

phone:  (781) 726-0763

email:  brendandurriganesq@gmail.com

## CERTIFICATE AND NOTICE OF SERVICE

**NOTICE IS GIVEN** that I, Brendan Durrigan, efiled the foregoing document by uploading it to the Court's CM/ECF system on March 14, 2023 which sends service to registered users, including all other counsel of record in this cause.