UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE SATANIC TEMPLE, INC., <br><br> Plaintiff, <br><br> v. <br><br> CITY OF BOSTON, <br><br> Defendant. | Civil Action No. 1:21-cv-10102-AK |

## THE CITY OF BOSTON'S MOTION FOR SUMMARY JUDGMENT

The City of Boston (the "City") moves, pursuant to Fed. R. Civ. P. 56, for summary judgment in its favor dismissing on the two remaining counts – Counts I and IV - of the First Amended Complaint of plaintiff The Satanic Temple, Inc. ("TST"). In Count I, TST alleges violations of the U.S. Constitution's Establishment Clause. In Count IV, TST alleges violations of the Massachusetts Constitution's Free Exercise Clause. TST failed to present any evidence that would raise a genuine issue of material fact on the issue of whether the Boston City Council's invocation invitation process is constitutionally sound under either of these two provisions. The claims fail as a matter of law. The grounds for this motion, which are incorporated by reference herein in their entirety, are set forth in the accompanying memorandum of law and Local Rule 56.1 Statement of Material Undisputed Facts. Briefly stated, however, TST's remaining claims fail for the following reasons:

*First*, the City Council's invocation invitation process falls squarely within the constitutional parameters established by the Supreme Court in *Marsh v. Chambers*, 463 U.S. 783 (1983) and *Town of Greece v. Galloway*, 572 U.S. 565, 575 (2014). No reasonable observer

viewing the Council's invocation process in light of the long history of legislative prayer both at the Council and nationally would conclude that the legislative prayer here has been exploited to proselytize or to advance or disparage any religion.  There is no evidence of any discriminatory intent on the part of any City Councilor.  The legislative prayer here does not violate the Establishment Clause.

*Second*, like the analogous federal free exercise claim that was dismissed for lack of standing, the state free exercise claim fails as a matter of law.  There are no cases indicating that Massachusetts courts would depart from federal free exercise jurisprudence and allow for a free exercise claim based on government speech in a nonpublic forum. The invocation process simply did not interfere with TST's right to freely exercise its beliefs.

**WHEREFORE**, the City respectfully requests that this Honorable Court grant its motion, enter judgment in its favor dismissing the two remaining counts of Plaintiffs' Amended Complaint – Counts I and IV – and grant such other and further relief as it deems just and proper.

### REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(d), the City hereby requests that this motion be set down for a hearing at such time as the Court determines.

Dated:  May 1, 2023                                  Respectfully submitted,
                                                     **CITY OF BOSTON**,

                                                     By its attorney:

                                                     ADAM CEDERBAUM
                                                     Corporation Counsel


                                                     /s/ Edward F. Whitesell, Jr.
                                                     Edward F. Whitesell, Jr. (BBO#644331)
                                                     Senior Assistant Corporation Counsel
                                                     Elizabeth L. Bostwick (BBO #644498)
                                                     Senior Assistant Corporation Counsel
                                                     City of Boston Law Department
                                                     Room 615, City Hall
                                                     Boston, MA 02201
                                                     (617) 635-4045 (EFW)
                                                     (617) 635-4031 (ELB)
                                                     edward.whitesell@boston.gov
                                                     elizabeth.bostwick@boston.gov


**Certificate of Compliance with Local Rule 7.1(a)(2)**

I, Edward F. Whitesell, Jr., hereby certify that, in accordance with Local Rule 7.1(a)(2), counsel for the parties met and conferred in person at the City of Boston Law Department on April 28, 2023 at 2:00 p.m. and attempted in good faith to resolve or narrow the issues raised by this motion but were unable to do so.


                                                     /s/ Edward F. Whitesell, Jr.
                                                     Edward F. Whitesell, Jr.


**Certificate of Service**

I, Edward F. Whitesell, Jr., hereby certify that on May 1, 2023, a true and correct copy of this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and that paper copies will be sent to those indicated as non-registered participants.


                                                     /s/ Edward F. Whitesell, Jr.
                                                     Edward F. Whitesell, Jr.