# EXHIBIT 2

9/6/2017

Case 1:21-cv-10102-AK   Document 100-2   Filed 05/01/23   Page 2 of 4
City of Boston Mail - Boston Metro request for comment -- Satanic Temple letter



Michelle Wu <michelle.wu@boston.gov>

## Boston Metro request for comment -- Satanic Temple letter
6 messages

**Kristin Toussaint** <kristin.toussaint@metro.us>  Mon, Aug 21, 2017 at 10:34 AM
To: Michelle Wu <Michelle.Wu@boston.gov>

Hi Michelle,
This is Kristin Toussaint from the Boston Metro, how are you?
I'm reaching out to follow up on a post I saw from the Satanic Temple Boston Chapter shared on their Facebook at the end of last week.
The post said that a Chapter Head of the Satanic Temple here reached out to you and the Boston City Council about allowing a member to present an invocation.
Are you able to comment on that request, as well as explaining what the invocations are in your meetings and the rules around that?
Please let me know. I can be reached here or at 215-717-2696.
Thank you,
Kristin


Kristin Toussaint
News Reporter
P: (215) 717-2696 |  | F:

metro.us<http://www.metro.us>
234 Congress St, Boston, MA 02210

[Facebook]<https://www.facebook.com/MetroBoston> [Twitter] <https://twitter.com/MetroBOS>  [Linkedin] <https://www.linkedin.com/company/metro-us>  [Instagram] <https://instagram.com/metroboston/>
[MetroMedia]<http://media.metro.us>


**Michelle Wu** <michelle.wu@boston.gov>  Mon, Aug 21, 2017 at 12:55 PM
To: Andrea Patton <andrea.patton@boston.gov>

Interview request

SW

--
Michelle Wu
Boston City Councilor At-Large
One City Hall Square, 5th floor
Boston, MA 02201

Office: 617.635.3115
Fax: 617.635.4203
michelle.wu@boston.gov
[Quoted text hidden]


**Andrea Patton** <andrea.patton@boston.gov>  Mon, Aug 21, 2017 at 2:15 PM
To: kristin.toussaint@metro.us
Cc: Michelle Wu <michelle.wu@boston.gov>

Hi Kristin,

My name is Andrea and I am Councilor Wu's Director of Communications. Thanks so much for reaching out to our office! We will get back to you as soon as we can regarding this story. Do you have a deadline for the piece?

DEF0000228

Thanks,
Andrea

---

---------- Forwarded message ----------
From: **Kristin Toussaint** <kristin.toussaint@metro.us>
Date: Mon, Aug 21, 2017 at 10:34 AM
Subject: Boston Metro request for comment -- Satanic Temple letter
To: Michelle Wu <Michelle.Wu@boston.gov>

Hi Michelle,
This is Kristin Toussaint from the Boston Metro, how are you?
I'm reaching out to follow up on a post I saw from the Satanic Temple Boston Chapter shared on their Facebook at the end of last week.
The post said that a Chapter Head of the Satanic Temple here reached out to you and the Boston City Council about allowing a member to present an invocation.
Are you able to comment on that request, as well as explaining what the invocations are in your meetings and the rules around that?
Please let me know. I can be reached here or at 215-717-2696.
Thank you,
Kristin

---

Kristin Toussaint
News Reporter
P: (215) 717-2696 |   | F:

metro.us<http://www.metro.us>
234 Congress St, Boston, MA 02210

[Facebook]<https://www.facebook.com/MetroBoston> [Twitter] <https://twitter.com/MetroBOS>  [Linkedin] <https://www.linkedin.com/company/metro-us>  [Instagram] <https://instagram.com/metroboston/>
[MetroMedia]<http://media.metro.us>

--
**Andrea Sarah Patton**
Director of Communications and Engagement

Office of Michelle Wu
Boston City Council President
One City Hall Square, 5th Floor
Boston, MA 02201
P: 617-635-3115

---

**Kristin Toussaint** <kristin.toussaint@metro.us>                                           Mon, Aug 21, 2017 at 2:17 PM
To: Andrea Patton <andrea.patton@boston.gov>
Cc: Michelle Wu <michelle.wu@boston.gov>

Hi Andrea,
Thanks so much. Yes, I'd love a response as soon as possible of course but the latest I can get this to my editor is 5 p.m., so they can plan the print pages.
Please let me know.
Thanks,
Kristin
[Quoted text hidden]

---

**Andrea Patton** <andrea.patton@boston.gov>                                                 Mon, Aug 21, 2017 at 4:40 PM

DEF0000229
https://mail.google.com/mail/u/2/?ui=2&ik=5a0cbcfe42&jsver=EfWGX3tyASk.en.&view=pt&q=satan&qs=true&search=query&th=15e0687b876a4cfe&si...   2/3

To: Kristin Toussaint <kristin.toussaint@metro.us>
Cc: Michelle Wu <michelle.wu@boston.gov>

Hi Kristin,

Regarding your questions about what the invocations are and how clergy members are chosen:

There is time at the beginning of each Council meeting for an invited member of the clergy to say a few words before Council business begins. At the beginning of the legislative year meetings are assigned to Councilors. Councilors decide which clergy they wish to invite to speak. There are no rules for this selection. Traditionally, Councilors have invited members from their district (or in the case of at-large councilors, members from anywhere in the City of Boston) who are active in their neighborhood and engaged community members in addition to being members of the clergy.

Please let me know if you have any further questions.

Best,
Andrea

[Quoted text hidden]

---

**Kristin Toussaint** <kristin.toussaint@metro.us>  Mon, Aug 21, 2017 at 4:41 PM
To: Andrea Patton <andrea.patton@boston.gov>
Cc: Michelle Wu <michelle.wu@boston.gov>

Thank you Andrea,
Is there a comment directly on the Satanic Temples request that they be allowed to give an invocation? Has Michelle or any other council member responded to their letter?

Best
Kristin
[Quoted text hidden]