# EXHIBIT 3

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| THE SATANIC TEMPLE, INC. | CASE NO. 1:21-CV-10102-AK |
| PLAINTIFF, | |
| v. | |
| CITY OF BOSTON, MA | |
| DEFENDANT. | |

## DEFENDANT CITY OF BOSTON'S RESPONSES TO PLAINTIFF'S FIRST SET OF INTERROGATORIES

Pursuant to Federal Rules of Civil Procedure 26 and 33 and Local Rule 33.1, Defendant City of Boston ("Defendant" or the "City") hereby responds to Plaintiff The Satanic Temple, Inc.'s ("Plaintiff" or "TST") First Set of Interrogatories as follows:

### Introduction

Defendant will respond to the Interrogatories as required by the applicable rules, including Fed. R. Civ. P. 26 and 33.  The Responses provided below are based upon the information now available to Defendant after having made reasonable and diligent efforts to ascertain information responsive to the Interrogatories.  Defendant may, in the future, identify or discover additional information responsive to the Interrogatories or relative to its Responses to them.  Defendant reserves the right to revise, correct, add to, supplement, modify, or clarify the Responses set forth below or the information contained therein at any time – although Defendant does not hereby undertake to do so except to the extent required by the Federal Rules of Civil Procedure.

Defendant reserves the right to object to the competence, relevance, materiality, and admissibility of the information disclosed pursuant to its responses to Plaintiff's Interrogatories. By responding to any Interrogatory, Defendant does not concede, agree, or admit that any

**INTERROGATORY NO. 3**
What is the City's process for distributing limited invitation rights among the Councilors? For example: in 2018, Councilor Ciommo had the right to determine the invocator for January 1; what was the process that determined Ciommo goes first? Similarly, in the same year, Councilors Zakim and Edwards only had two rights to invite, and Campbell only had one, but everyone else got three; what was the process that resulted in this distribution of invites?

**RESPONSE TO INTERROGATORY NO. 3**

Defendant objects to Interrogatory No. 3 as it is vague and ambiguous in the use of the phrase "limited invitation rights." Defendant further objects to Interrogatory No. 3 because it contains discrete subparts, or compound, conjunctive, or disjunctive questions attempting to combine multiple interrogatories into a singular request.

Subject to and without waiving its objections, Defendant states that at the beginning of each calendar year, Council Staff assigns for the Council President meeting dates for each City Councilor which the designated City Councilor is responsible for coordinating the invocation, which includes inviting a guest to deliver it. The Council staff endeavors to assign each councilor the same number of dates to invite speakers, however, due to anticipated scheduling conflicts or limited availability, councilors may be assigned themselves fewer or more dates. Defendant further refers Plaintiff to the documents Bates stamped DEF0003407-DEF0003438.

**INTERROGATORY NO. 4**
Identify, in chronological order, each Council invocation for the period beginning January 2011 and ending on the discovery cutoff. For each invocation, provide the following:
  a) date of the invocation,
  b) the full name of the invocator,
  c) the name of the invocator's organization at the time of the invocation (if applicable),
  d) the address for the invocator's organization at the time of the invocation (or, if not from an organization, the invocator's residential mailing address at the time of the invocation),
  e) the faith tradition of the invocator's organization (or, if different, the faith tradition invoked by the invocator),
  f) the invocator's sponsoring Councilor; and
  g) Why that invocator received sponsorship.

CITY OF BOSTON,

*Signed as to responses,*

The information contained in these Responses to Interrogatories has been assembled by authorized employees and agents of the City of Boston, and I am informed and believe that the facts stated in the Responses to Interrogatories are true and accurate to the best of my knowledge and belief.

SIGNED UNDER THE PENALTIES OF PERJURY THIS  8  DAY OF NOVEMBER, 2021.

_____
Christine O'Donnell

Respectfully submitted,

DEFENDANT,

CITY OF BOSTON,

By its attorney,
Henry C. Luthin,
Corporation Counsel

/s/ Nailah A. Freeman
Nicole O'Connor (BBO #675535)
Nailah A. Freeman (BBO #695910)
City of Boston Law Department
One City Hall Square, Room 615
Boston, MA 02201
Telephone: (617) 635-4064
Facsimile: (617) 635-2012
Nicole.oconnor@boston.gov
nailah.freeman@boston.gov

Dated: November 8, 2021

Dated: November 8, 2021

## **CERTIFICATE OF SERVICE**

I hereby certify that, on November 8, 2021, this document was served on Plaintiff by electronic mail as follows:


/s/ Nailah A. Freeman
Nailah A. Freeman