# EXHIBIT 9

**From:** Nad ne Jean <nad ne.jean@boston.gov>
**Sent:** Monday, September 11, 2017 4:35 PM EDT
**To:** A ana O sen <a ana.o sen@boston.gov>
**Subject:** Fwd: For Wednesday

---------- Forwarded message ----------
From: **Melissa Carp** <mcarp@t srae .org>
Date: Mon, Sep 11, 2017 at 1:36 PM
Subject: For Wednesday
To: nad ne. ean@boston.gov

Hi Nadine,

I hope you are well. I am just realizing I never sent you Rabbi Soffer's proper bio, is it too late? If not, here it is below:

Rabbi Matthew V. Soffer has served as a rabbi at Temple Israel of Boston since his ordination from the New York Campus of the Hebrew Union College - Jewish Institute of Religion in 2010. At Temple Israel, Rabbi Soffer leads social justice initiatives and works closely with the Families with Young Children Program. He is an active member on the boards of the Jewish Alliance for Social Action, the Massachusetts Board of Rabbis, and the Pluralism Project at Harvard.

He was also wondering if there is something in particular that this meeting is dealing with, and he would love to cater his invocation to that issue or message.

Lastly, any update on parking?

Thanks so much for your help and I look forward to hearing from you.

Best,

Melissa

--

**Melissa Carp**, Executive Assistant to Rabbis Soffer and Gubitz and Riverway Project Coordinator
Temple Israel
477 Longwood Avenue
Boston, MA 02215
617 487 4407

mcarp@tisrael.org


 Please consider the environment before printing this e-mail

**CONFIDENTIALITY NOTICE:** This e-mail message, including any attachments, is for the sole use of the intended recipient's and may contain confidential or proprietary information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, immediately contact the sender by reply e-mail and destroy all copies of the original message.


--
**Nadine Jean**
Leg slat ve A de
Off ce of Boston C ty Counc lor Ann ssa Essa b  George
1 C ty Hall Plaza 5th Floor
Boston  MA  02201

Phone  617 635 4376
D rect L ne  617 635 3753
Fax  617 635 4203

Invocation FY16

| Name | Title | Church | Address | Vendor ID | Date of invocation | Councilor |
|---|---|---|---|---|---|---|
| Cornel Miller | | Waymark Seventh Day Advestist Churc | | ███ | 7/15/2015 | Baker |
| Daniel Rogers | Reverend | Christ the King Church | | | 7/22/2015 | Baker |
| Ron Coyne | | Saint Piux Church | | | 8/12/2015 | Murphy |
| Kim Odom | Pastor | True Vine Church | | | 9/16/2015 | Pressley |
| Conley Hughes, Jr | Reverend | Concord Baptist Church | ███ | ███ | 9/23/2015 | Pressley |
| Omar Jarvis | Pastor | Berea Seventh Day Adventist Church | | | 9/30/2015 | Pressley |
| Linda Wood-Boyle | Reverend | United Methodist Church | ███ | ███ | 10/7/2015 | O'Malley |
| Annie Rouseau | Reverend | Hope Central | ███ | | 10/21/2015 | O'Malley |
| William Helmick | Monsigneur | St Theresa of Avila Parish | | | 10/28/2015 | O'Malley |
| Patricia Andrews | | Sisters of St. Joseph Boston | ███ | ███ | 11/4/2015 | Ciommo |
| Jack Fagan | Father | Jesuits of Maine | | | 11/18/2015 | Ciommo |
| Mary Margaret Earl | Reverend | Uniterian Universalist Urban Ministry | | | 12/2/2015 | Jackson |
| Willie Brodrick | Reverend | Twelth Baptist Church | | | 12/9/2015 | Jackson |
| Steven Lopes | Major | Salvation Army | | | 12/16/2015 | Jackson |
| Sam Acevedo | Pastor | Leon de Judas Church | | | 1/4/2016 | |
| Mimiard Culpepper | Reverend | Pleasant Hill Baptist Church | | | 1/13/2016 | |
| Daniel Klein | Rabbi | Boston Synagogue | | | 1/27/2016 | |
| Charles Stith | Reverend | | | | 2/3/2016 | |
| Lynda Banzi Sponholtz | Clerk | Friends of Beacon Hill Meeting | | | 2/10/2016 | |
| Joe white | Father | | | | 2/24/2016 | |
| Michael Drea | Father | St. Brendan's - St. Ann Collaborative | | | 3/2/2016 | |
| Maureen Feeney | City Clerk | | ███ | ███ | 3/9/2016 | |
| Bill Shaw | Reverend | Presbyterian Church | | | 3/16/2016 | |
| Gustav Miracle | Reverend | St. Gregory / St. Angela / St. Matthew | | | 3/23/2016 | |
| Patrick Universal | Father | St. James Mission Society | | | 3/30/2016 | |
| Laura Ahart | Reverend | United Baptist Church | ███ | ███ | 4/6/2016 | |
| Francis Kelly | Monsigneur | Sacred Heart | | | 4/13/2016 | |
| Vinnie Leo | Deacon | St. John the Evangelist | | | 4/27/2016 | |
| Barbara Penzner | Rabbi | Temple Hillel B'Nai Torah | | | 5/4/2016 | |
| Laura Everett | Reverend | MA Council of Churches | | | 5/11/2016 | |
| Jhon Carroll | Reverend | St. John Chrysoston | | | 5/18/2016 | |
| John Nazzaro | Father | Salesian Boys & Girls Club of East Boston | | | 5/25/2016 | |
| william Dickerson II | Reverend | Greater Love Tabernacle | ███ | | 6/8/2016 | |
| Steven Chin | | Boston Evangelical Church | | | 6/22/2016 | |

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 39 | Tom Conway | Father | Arch Street St. Anthony Shrine | | | 6/29/2016 | |

|   | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 1 | Invocation FY17 | | | | | | |
| 2 | | | | | | | |
| 3 | Name | Title | Church | Address | Vendor ID | Date of invocation | Councilor |
| 4 | | | | | | | |
| 5 | Denton Lotz | Reverend | Tremont Temple Batist Church | | | 7/13/2016 | Linehan |
| 6 | Darryl Elow | Reverend | Morning Baptist Church | | | 8/3/2016 | Campbell |
| 7 | Virginia Ward | Pastor | Abudant Life Church | ■■■■ | ■ | 8/24/2016 | Campbell |
| 8 | Toba Spitzer / Dorshei Tzedek | Rabbi | | | | 9/14/2016 | E-George |
| 9 | Katherine O'Leary | Sister | Sister of Charity | | | 9/21/2016 | E-George |
| 10 | Alicia Adamson | | Boston Debate League | ■■■■ | ■ | 9/28/2016 | Pressley |
| 11 | Davie Hernandez | Pastor | Defenders Boston Church | ■■■■ | ■ | 10/5/2016 | Pressley |
| 12 | | | | | | | |
| 13 | Naftoly Bier | Rabbi | | ■■■■ | ■ | 10/26/2016 | Ciommo |