# EXHIBIT 10



Christine O'Donnell <christine.odonnell@boston.gov>

## Fwd: Invocation Request
1 message

**Mark Ciommo** <mark.ciommo@boston.gov>      Fri, Sep 29, 2017 at 12:27 PM
To: Christine O'Donnell <christine.odonnell@boston.gov>

---------- Forwarded message ----------
From: <travis@thesatanictempleboston.com>
Date: Thu, Oct 6, 2016 at 3:18 PM
Subject: Invocation Request
To: Mark.Ciommo@boston.gov

Good afternoon Councilor Ciommo,

My name is Travis LeSaffre and I am the Chapter Head of The Satanic Temple – Boston. We're a group of politically aware, non-theistic Satanists active within your community. The mission of The Satanic Temple is to encourage benevolence and empathy among all people, reject tyrannical authority, advocate practical common sense and justice, and be directed by the human conscience to undertake noble pursuits guided by the individual will.

It has come to my attention that you have some upcoming slots for clergy to perform an invocation during Boston City Council meetings. Over the past year, the invited clergy performing these actions have been overwhelmingly Christian. As a member of a religious minority, I plead with you to consider appointing myself as your invited clergy member to perform an invocation.

The religious oppression felt by those outside the Christian community in Boston is a blight on an otherwise liberal state. Consider what your actions could do to increase the diversity of the city council's current invocation schedule and the light it can shine on religious plurality within the great Commonwealth of Massachusetts.

Regards,

**Travis LeSaffre | Chapter Head**
The Satanic Temple - Boston Chapter
P: 781-854-1265 | E: travis@thesatanictemple.com


--
Mark Ciommo
Boston City Council, District 9
Boston City Hall
One City Hall Plaza, 5th Floor
Boston, MA 02201
Phone: (617) 635-3113
Fax:     (617) 635-4203
Email: Mark.Ciommo@cityofboston.gov



TST-Letter-Ciommo.pdf
221K

DEF0000187