# EXHIBIT 11



Michelle Wu <michelle.wu@boston.gov>

## Invocation Request
9 messages

---

**travis@thesatanictempleboston.com** <travis@thesatanictempleboston.com>  Tue, Oct 11, 2016 at 3:52 PM
To: MICHELLE.WU@boston.gov

Good afternoon Councilor Wu,

My name is Travis LeSaffre and I am the Chapter Head of The Satanic Temple –Boston. We're a group of politically aware, non-theistic Satanists active within your community. The mission of The Satanic Temple is to encourage benevolence and empathy among all people, reject tyrannical authority, advocate practical common sense and justice, and be directed by the human conscience to undertake noble pursuits guided by the individual will.

I spoke to a representative of your office named David, and I was informed that the Boston City Council's invocation slots are invitation based. Over the past year, the invited clergy performing these actions have been overwhelmingly Christian. As a member of a religious minority, I plead with you to consider allowing me to perform an invocation. I was told by David that I would need to personally request a spot from a councilor. I've reached out to Mark Ciommo last week, but I haven't received a reply just yet. I have also sent an email to Tito Jackson in an attempt to be heard by someone who still has slots open for invocations during this calendar year.

While requiring some variety of sponsorship is understandable, it would be shocking if I am to be turned away due to my faith while other religions are allowed to hold prayers in a government building. In fact, I would say that it would be a breach of the first amendment.

The religious oppression felt by those outside the Christian community in Boston is a blight on an otherwise liberal state. Consider what your actions could do to increase the diversity of the city council's current invocation schedule and the light it can shine on religious plurality within the great Commonwealth of Massachusetts.

Regards,

**Travis LeSaffre | Chapter Head**
The Satanic Temple - Boston Chapter
P: 781-854-1265 | E: travis@thesatanictemple.com

📎 **Invocation-Request-to-Councilor-Wu.pdf**
237K

---

**Michelle Wu** <michelle.wu@boston.gov>  Wed, Oct 12, 2016 at 2:51 PM
To: travis@thesatanictempleboston.com

Travis,

Thank you very much for taking the time to reach out. As my staff mentioned, each Councilor has the chance to invite 2-3 faith leaders per year to deliver the opening invocation at one of our Council meetings. The invitations are often used to recognize faith leaders who are active in the community and organizations that are representative of their districts. There is no restriction or criteria based on any Councilors' religious preferences. Many of us have a long list of folks we'd like to invite but haven't been able to accommodate. Everyone is welcome to attend the weekly City Council session, to testify at any City Council hearing, and to get involved in our policy work.

Michelle

--

Michelle Wu
Boston City Councilor At-Large
One City Hall Square, 5th floor
Boston, MA 02201

Office: 617.635.3115
Fax: 617.635.4203
michelle.wu@boston.gov
[Quoted text hidden]

---

**travis@thesatanictempleboston.com** <travis@thesatanictempleboston.com>     Wed, Oct 12, 2016 at 4:24 PM
To: Michelle Wu <michelle.wu@boston.gov>

Good afternoon Michelle,

The system you're describing is the hand-picking of councilor-approved clergy members to perform a prayer that commences a government meeting. This sets up the precedent that prayer can be regulated and approved for consumption before public hearings. Whether you're accepting of this notion or not, you are discriminating by not allowing all faith's to participate.

We've reviewed the list of those who have been invited to perform invocations over the last year. Out of the 28 invocations given to the Boston City Council in 2016, 22 were made by Christian clergy, 4 were made by Rabbi's, and 2 presenters were not affiliated directly with a religious organization.

I would like to see the safeguards you have in place to ensure that a plurality of voices are heard from your community. Additionally, you say there is no discrimination, but can you be absolutely certain that your fellow councilors would approve of other faith's participating? Can you read what is in their hearts, or are you hiding behind a system which is built to prevent the separation of Church and State.

How would this look if only Christians were chosen? What about only white pastors? Would you then see the inherent flaw in your system then?

I will be sending out formal requests to the 9 council members which I have not contacted as of yet within the next few days. I'm certain that I will receive no reply from them either, as it seems that Councilor Jackson and Ciommo were both too busy to respond to my inquiries.

I'm certain we'll be speaking more often in the coming months, and I look forward to requesting to testify in future meetings regarding your policy.

Best,

**Travis LeSaffre | Chapter Head**
The Satanic Temple - Boston Chapter
*P: 781-854-1265 | E: travis@thesatanictemple.com*

[Quoted text hidden]

---

**Michelle Wu** <michelle.wu@boston.gov>     Wed, Oct 12, 2016 at 8:05 PM
To: Dan Atkinson <dan.atkinson@bostonherald.com>

[Quoted text hidden]
--
[Quoted text hidden]

📎 **Invocation-Request-to-Councilor-Wu.pdf**
237K

---

**Michelle Wu** <michelle.wu@boston.gov>     Wed, Oct 12, 2016 at 10:18 PM
To: Dan Atkinson <dan.atkinson@bostonherald.com>

---------- Forwarded message ----------
From: **Michelle Wu** <michelle.wu@boston.gov>

DEF0000245