IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE SATANIC TEMPLE, INC. <br><br> PLAINTIFF, <br><br> V. <br><br> CITY OF BOSTON, MA <br><br> DEFENDANT. | CASE NO. 21-CV-10102 <br><br><br> MOTION FOR SUMMARY JUDGMENT <br><br> ORAL ARGUMENT REQUESTED |

COMES NOW TST, by and through counsel of record, on motion for summary judgment. FRCP 56.

1.   There is no genuine issue of material fact requiring a trial.

2.   TST is entitled to judgment as a matter of law on the Establishment Clause issue. The City's prayer selection policy is determined by councilor fiat, based on political whim, which results in a quid pro quo benefits in return for access to congregations for politicking. The Establishment Clause bars this scheme to preclude the merger of politics and religion.

3.   The Founders separated religion and government to preserve each from the corrupting influence of the other. James Madison, *Memorial and Remonstrance against Religious Assessments* (1785)

("[E]xperience witnesseth that ecclesiastical establishments, instead of maintaining the purity and efficacy of Religion, have had a contrary operation … [and] have been seen to erect a spiritual tyranny on the ruins of the Civil authority; in many instances they have been seen upholding the thrones of political tyranny: in no instance have they been seen the guardians of the liberties of the people").

4. Yet Boston has conflated polity with piety, lighting a signal of inevitable persecution against "all those whose opinions in Religion do not bend to the Legislative authority." *Id.*

5. Equity demands that Boston hand out its governmental endorsement equally to all religions, irrespective of the opinions of these petty government officials who purport to prescribe what shall be orthodox in matters of religion or force citizens to act in conformity with governmentally preferred faiths.

**WHEREFORE** the Court should enter judgment in favor of TST as prayed for in the first amended complaint (ECF 16).

Respectfully submitted on May 1, 2023 by:



**Matt Kezhaya**　　　　　　　matt@crown.law
Ark. # 2014161　　　　　　　direct: (479) 431-6112
Minn. # 0402193　　　　　　general: (612) 276-2216

100 S. Fifth St., Ste. 1900, Minneapolis, MN 55402

### LR 7.1 CERTIFICATE

**NOTICE IS GIVEN** that I, Matt Kezhaya, conferred with opposing counsel in good faith on the subject of this motion but could not resolve all or any part of it. *s/ Matt Kezhaya*

### CERTIFICATE OF SERVICE

**NOTICE IS GIVEN** that I, Matt Kezhaya, efiled the foregoing document by uploading it to the Court's CM/ECF system on May 1, 2023, which sends service to registered users, including all other counsel of record in this cause. *s/ Matt Kezhaya*