IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE SATANIC TEMPLE, INC.<br><br>PLAINTIFF,<br><br>V.<br><br>CITY OF BOSTON, MA<br><br>DEFENDANT. | CASE NO. 21-CV-10102<br><br>NOTICE OF CONVENTIONAL FILING |

COMES NOW TST, by and through counsel of record, with a notice of conventional filing. A USB flash drive will be provided to the Clerk with a clip of the August 18, 2021 Boston meeting consisting of the introductory remarks and the prayer.

The full video is available at: https://www.youtube.com/watch?v=qb5iu6B1TxA (last visited May 1, 2023).

Respectfully submitted on May 1, 2023 by:



**Matt Kezhaya**  
Ark. # 2014161  
Minn. # 0402193  

matt@crown.law  
direct: (479) 431-6112  
general: (612) 276-2216  

100 S. Fifth St., Ste. 1900, Minneapolis, MN 55402

### LR 7.1 CERTIFICATE

**NOTICE IS GIVEN** that I, Matt Kezhaya, conferred with opposing counsel in good faith on the subject of this motion but could not resolve all or any part of it. *s/ Matt Kezhaya*

### CERTIFICATE OF SERVICE

**NOTICE IS GIVEN** that I, Matt Kezhaya, efiled the foregoing document by uploading it to the Court's CM/ECF system on May 1, 2023, which sends service to registered users, including all other counsel of record in this cause. *s/ Matt Kezhaya*