IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| THE SATANIC TEMPLE, INC. | CASE NO. 21-CV-10102 |
|---|---|
| PLAINTIFF, | |
| V. | STATEMENT OF MATERIAL FACTS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT |
| CITY OF BOSTON, MA | |
| DEFENDANT. | ORAL ARGUMENT REQUESTED |

COMES NOW TST by and through counsel with a statement of material facts in support of its motion for summary judgment.

1.  The City of Boston has a legislative prayer custom. The City meetings follow a standard agenda: roll call, the inviting counselor gives an endorsing introduction of the prayer-giver, directs the audience to stand for the prayer and to remain standing for the pledge of allegiance, the prayer is directed at the audience, the councilor leads the audience in the pledge of allegiance, and then the ordinary business begins. *See* August 18, 2021 prayer (conventional filing); also available at https://www.youtube.com/watch?v=qb5iu6B1TxA.

2. Government officials have exclusive control over the content of the prayers. Particularly, they extend invites only to their friends and political allies. Depo. Essaibi-George at 151:3-13. Churches invite politicians to church events during election season. Depo. Essaibi-George at 41:18-42:5.

3. The prayers have sometimes been used to proselytize. Appx 4 (Depo. Essaibi-George) at 108:6-7.

4. Boston officials direct the audience to participate in the prayers. *See* August 18, 2021 prayer (conventional filing); also available at https://www.youtube.com/watch?v=qb5iu6B1TxA.

5. The prayers take place at a local government meeting. *See* August 18, 2021 prayer (conventional filing); also available at https://www.youtube.com/watch?v=qb5iu6B1TxA.

6. In 2016, TST demanded equal access to the prayer opportunity. Appx 22.

7. In response to TST's demands, several individuals issued emails stating a religious objection to TST's equal inclusion. Appx 39-51.

8.  As a result of TST's demand, then-Councilor Michelle Wu investigated the prayer practice. Appx 35-38 (Depo. Boston) at 162:23-166:20

9.  Then-Councilor Michelle Wu found that it was "best practice" to stop paying prayer-givers. Appx 35-38 (Depo. Boston) at 162:23-166:20.

10. In contemplation of this very lawsuit, then-Councilor Michelle Wu directed that the prayer-givers should stop being paid. Appx 35-38 (Depo. Boston) at 162:23-166:20.

11. Subsequently, then-Councilor Michelle Wu first described the custom in writing: it is by invitation only, subject only to the whim of each councilor. Appx. 22.

12. Prayer-givers would sometimes cancel last-minute, sending the City staff into a scramble to find an appropriate prayer-giver. Appx. 25-33. None invited TST.

13. TST reiterated its demands in 2018, but never received an invite. Appx. 16-21.

14. In response to TST's demands, two councilors issued written statements that they would never invite TST. Appx. 9 (Councilor Essaibi-George); 10 (Councilor McCarthy)

15. Other prayer-givers have been invited to give repeat performances. Two repeat performance prayer-givers are of record, each are political insiders: Dr. Hall (at least twice) and Anne Rousseau (seven times). https://youtu.be/qb5iu6B1TxA?t=375; Appx. 52; see also Appx. 57-61.

Respectfully submitted on May 1, 2023 by:



| **Matt Kezhaya** | matt@crown.law |
|---|---|
| Ark. # 2014161 | direct: (479) 431-6112 |
| Minn. # 0402193 | general: (612) 276-2216 |

100 S. Fifth St., Ste. 1900, Minneapolis, MN 55402

## LR 7.1 certificate

NOTICE IS GIVEN that I, Matt Kezhaya, conferred with opposing counsel in good faith on the subject of this motion but could not resolve all or any part of it. *s/ Matt Kezhaya*

## Certificate of service

**NOTICE IS GIVEN** that I, Matt Kezhaya, efiled the foregoing document by uploading it to the Court's CM/ECF system on May 1, 2023, which sends service to registered users, including all other counsel of record in this cause. *s/ Matt Kezhaya*