# CASE NO. 21-CV-10102

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**THE SATANIC TEMPLE, INC.**
PLAINTIFF,

*V.*

**CITY OF BOSTON, MA**
DEFENDANT.

## APPENDIX



**Matt Kezhaya**                    [matt@crown.law](mailto:matt@crown.law)
Ark. # 2014161                     direct: (479) 431-6112
Minn. # 0402193                    general: (612) 276-2216

100 S. Fifth St., Suite 1900, Minneapolis, MN 55402

# Table of contents

| Name of Document | Appx. # |
|---|---|
| Essaibi-George Pt. 1 | **4** |
| Invitation and Honoring | **8** |
| Affidavit of Lucien Greaves | **12** |
| TST Requests and Boston Responses | **15** |
| Rev Claudia Request | **24** |
| Last Minute Schedules | **26** |
| Pay Policy Change | **34** |
| Anti-TST Letters | **39** |
| Hindu Request | **46** |
| Pre-approved Prayers | **47** |
| Anne Rousseau | **52** |
| Essaibi-George Pt. 2 | **62** |

**BLANK**

Page 108

1    like that.

2         Q    In our last deposition, which you were not a

3    part of, we listened to one that I would describe as a

4    sermon.  You attended these council sessions; did

5    sometimes people give sermons?

6         A    Some probably could be described as such;

7    yes.

8                   MR. KEZHAYA:  Mobius, if you could take

9    us to folder number 2, the link to -- just open it but

10   don't play it.  I want it to be paused at the time

11   code that it's set to.

12   BY MR. KEZHAYA:

13        Q    Sorry.  I can't hear from the mic very well.

14   Ms. Essaibi-George, I see in the background there's

15   light, are you looking at the link that I displayed?

16        A    I'm looking at the video.  I am assuming

17   it's your link.

18        Q    Please describe for both my benefit and the

19   benefit of the record what you see.

20        A    I see Councilor O'Malley and Councilor Wu.

21        Q    Okay.  So it appears that you're looking at

22   -- let me, actually, just pull it up on my screen so I

23   can actually see what you're seeing as well.  What I

24   intended to show is one of the councilor meetings --

25   or, one of the council meetings, I should say, at

**Appx. 005**

Page 115

1       A     That's correct; that's not unusual.

2       Q     Thank you.  It's also not abnormal for you

3    to introduce the speaker with some level of

4    endorsement.  Is that also correct?

5       A     That is correct.  We invite them ourselves

6    so there's also a level of assumed endorsement by

7    inviting them.

8       Q     And in the background, your head and there

9    was another city employee's head, both of which were

10   bowed as the religious speaker was praying over the

11   city hall meeting.  Is that abnormal?

12      A     I missed the tail end of your question but

13   it is not abnormal to bow one's head when a prayer is

14   being offered --

15      Q     I neglected to ask, but beforehand, the

16   other city employee who is not you, whose identity is

17   unknown to me, she stated to the effect of, everyone

18   please stand for the prayer and continue standing

19   while Ms. Essaibi-George officiates --

20      A     -- the Pledge; yes.

21      Q     Right.  Thank you.  Is that normal?

22      A     That is -- I don't know whether I

23   characterize it as normal.  Every council president or

24   whoever's leading the body, sometimes phrases it in

25   different ways.  Sometimes there are councilors and --

Page 151

1    of them.  Is that correct?

2         A    That is correct.

3         Q    Is that why you felt it was absurd that this

4    group felt entitled to an equal --

5         A    I think any -- anyone that feels entitled to

6    offer an opening remark without having a relationship

7    or playing an important role in my -- my work, yes, I

8    think that that -- I didn't appreciate that sense of

9    entitlement.  Now, I can't speak for other councilors.

10   But for me, when I selected an individual or

11   organization or set of work to highlight before the

12   city council, I did it based on my experiences and the

13   work that I was doing in the City of Boston.

14        Q    Earlier you testified that your

15   understanding of an event being religious or community

16   oriented turned on there being a religious ceremony.

17   Do you recall that?

18        A    When we were in the questions around when an

19   event or community meeting took place in a building

20   that had a religious affiliation.

21        Q    So if there's a religious ceremony in a

22   building that does not happen to have religious

23   affiliation, that religious ceremony is not religious

24   to you?

25        A    It is -- it -- because I participated in,

Page 170

1    our communities over -- over my six years serving as a

2    city councilor and I don't know any one of those

3    individuals that were on the podium with me, on the --

4    with me, they're religious beliefs, their preferences,

5    whether or not they had any.

6        Q    Did politics play any role in your decision

7    to invite people to give this ceremonial prayer?

8        A    I'm a politician.  Politics is very much a

9    part of every decision I made as a city councilor.

10       Q    Is that a "yes"?

11       A    Politics always plays a role in every

12   decision I make as a city councilor.

13       Q    Including in who to invite.  Correct?

14       A    Of course.  It's based on relationships and

15   the work that's happening in our city.

16                 MR. KEZHAYA:  That concludes my

17   purposes.  I now pass the witness for cross.

18                 MS. O'CONNOR:  No questions on our end.

19   Thank you.

20                 MR. KEZHAYA:  All right.  Annissa,

21   thank you so much for your time.  This concludes the

22   deposition.  It ran a little bit longer than you may

23   have expected but this is about as long as depositions

24   take.  So thank you for your time today.

25                 THE WITNESS:  Very good.  Thank you.

**Appx. 008**



# KIM JANEY
## BOSTON CITY COUNCILOR
### DISTRICT 7

Rev. Mary Margaret Earl
The Unitarian Universalist Urban Ministry
10 Putnam St.
Roxbury, MA 02119

May 13, 2019

Dear Rev. Earl,

I would be deeply honored and very grateful if you would offer the invocation before the meeting of the Boston City Council on **Wednesday, June 26, 2019 at 12 noon.** Opening our meetings with prayer provides the Council with a moment of meditation and reflection as we address the important work before us as a body. I hope you can bless us with your presence and prayers.

The Unitarian Universalist Urban Ministry, under your leadership, is deeply active in the Roxbury community, providing and hosting wide array of services and events. Your work to restore the First Church of Roxbury, and continued efforts to reinvigorate the building, are evidence of this commitment to social justice and service.

If you are able to offer the prayer, or if you are unavailable on the proposed date, please call my office at 617-635-3510 or send an email to kim.janey@boston.gov at your earliest convenience.

With gratitude,

Kim Janey
Boston City Council
District 7

BOSTON CITY HALL, ONE CITY HALL SQUARE, BOSTON, MASSACHUSETTS, 02201
617-635-3510 FAX: 617-635-1960 KIM.JANEY@BOSTON.GOV

DEF0001060

**Appx. 009**

**From:** Alana Olsen <alana.olsen@boston.gov>
**Sent:** Thursday, October 19, 2017 3:17 PM EDT
**To:** Annissa Essaibi-George <annissa.essaibi-george@boston.gov>
**Subject:** Statement on Satanic Temple

"It is absurd that this group feels entitled to being invited to give remarks at the beginning of the Council Meeting, and frankly its insulting to all of the amazing religious and secular leaders who are invited. They are invited because of all of the incredible work that they do across the City, work to end youth violence, work to provide shelter and stability to the homeless, or compassion and support for people in recovery. I will not give up the opportunity to highlight one of these amazing leaders who I am privileged to work with for the Satantic Temple. The City Council does important, serious work for the people of Boston and when we invite someone to participate in our meeting it is out of a profound respect, not a sense of obligation."

--
**Alana Olsen**
Chief of Staff
Office of Boston City Councilor Annissa Essaibi-George
1 City Hall Plaza 5th Floor
Boston, MA  02201

phone 617.635.4376
direct line 617.635.3716
fax 617.635.4203

**Please remember this is a City of Boston email account and the content is a matter of public record.**

**Appx. 010**

**From:** Timothy McCarthy <timothy.mccarthy@boston.gov>
**Sent:** Thursday, October 19, 2017 12:52 PM EDT
**To:** jonathan.choe@nbcuni.com <jonathan.choe@nbcuni.com>
**Subject:** Faith LeadersT

Hi,

This is jon choe with nbc boston.

Wanted to know if the councilor would ever consider inviting the satanic temple to pray before the open of city council meetings?

Let me know. Doing a story today on renewed efforts by the temple to get access.

If you can speak to us briefly on camera, call me before 2pm. Or please send me a statement. Lastly, are you religious? If so, which faith do you follow?
Thanks

617-431-0327

Good Afternoon John,

"I would not consider anyone that doesn't have a positive impact on my community, my constituents, my family and me personally.
Every leader I have invited, they all check the fore mentioned boxes.
This issue is not about the honor bestowed to a faith leader by a Boston City Councilor, this is a publicity stunt."

Thanks -

Tim McCarthy
District 5 City Councilor
Boston City Hall- 5th Floor
Boston, MA 02201
617-635-4210
@mccarthy4boston
*What you see out your front door- is important to us!*

**Appx. 011**

**From:** Dan Atkinson <dan.atkinson@bostonherald.com>
**Sent:** Wednesday, October 12, 2016 8:15 PM EDT
**To:** Timothy McCarthy <timothy.mccarthy@boston.gov>
**Subject:** Re: Herald question on satanic prayer at City Council

Thanks Tim. Number is 617 755 5567

On Oct 12, 2016 8:12 PM, "Timothy McCarthy" <timothy.mccarthy@boston.gov> wrote:

> Hi Dan-
>
> Just walked in- I don't have your number.
>
> I would just say,
>
> "All of the clergy I have chosen in my three years of being in the city council have been personal friends, of all different faiths, beliefs and creeds. It is an honor for me to invite them, and I hope that they see it as an honor as well."
>
>
> On Oct 12, 2016 6:15 PM, "Dan Atkinson" <dan.atkinson@bostonherald.com > wrote:
>
>> Hello - working on story for tonight on satanic group requesting to lead prayer at City Council meeting, can you talk for a few minutes?

**Appx. 012**

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE SATANIC TEMPLE, INC. | CASE NO. 21-CV-10102 |
| PLAINTIFF, | |
| V. | AFFIDAVIT OF LUCIEN GREAVES IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT |
| CITY OF BOSTON, MA | |
| DEFENDANT. | ORAL ARGUMENT REQUESTED |

COMES NOW Lucien Greaves, who states as follows:

1.    I am a co-founder an co-director of The Satanic Temple, Inc. (TST), a religious organization that aims to encourage benevolence and empathy, reject tyrannical authority, and undertake noble pursuits.

2.    TST has many members in the Boston area who actively engage in their community and are dedicated to making positive contributions within it.

3.    TST is a minority religion which is reviled by a vocal but minority segment of the population.

4.     TST engages in charitable acts and community involvement activities within the Boston community.

5.     "Menstruatin' with Satan": TST has organized drives to collect tampons and sanitary napkins for Rosie's Place, a safe haven for LGBTQIA+ women, offering overnight shelter and other services to those in need who self-identify as female. These drives took place in July 2021, November 2019 to March 2020, and November 2016 to December 2016.

6.     "Warmer than Hell": TST organized a coat and winter clothing drive for Second Chances in January 2017. Second Chances provides clothing to homeless and very low-income individuals in Cambridge and Somerville, working with local homelessness and social service agencies where they receive shelter and services. More information can be found at https://www.secondchances.org/.

7.     Boston Pride Tabling: TST participated in Boston Pride every year from 2016 to 2019, setting up tables and engaging with the

Appx. 014

community during the event. Boston Pride ceased to exist after 2019.

**FURTHER YOUR AFFIANT SAYETH NOT.**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 1, 2022 in Essex County, Massachusetts.

*s/Lucien Greaves*

**From:** Christine ODonnell <christine.odonnell@boston.gov>
**Sent:** Tuesday, October 09, 2018 11:04 AM EDT
**To:** Andrea Campbell <andrea.campbell@boston.gov>
**Subject:** Re: Invocation Request

Sure no problem. Sorry about that!

On Tue, Oct 9, 2018 at 11:03 AM Andrea Campbell <andrea.campbell@boston.gov> wrote:
> Possible to paste in email? Can't open attaches for some reason.
>
> Thanks!
>
> Andrea J. Campbell
> Boston City Council President, District 4
> One City Hall Square, 5th floor
> Boston, MA 02201
>
> Office: 617.635.3131
> Fax: 617.635.4203
> andrea.campbell@boston.gov
>
>
> This email is subject to MGL: Chpt.66, Sec.10 Public Records Law.
>
> On Oct 9, 2018, at 10:48 AM, Christine O'Donnell <christine.odonnell@boston.gov> wrote:
>
>
>> Good Morning Councilor Campbell and Eli,
>>
>> I have attached the draft response to Mr. Jarry regarding the City Council's invocation practices. Please let me know if you would like to discuss further or if you have any suggestions.
>>
>> Thanks!
>> Christine
>>
>> On Tue, Oct 9, 2018 at 9:26 AM Andrea Campbell <andrea.campbell@boston.gov> wrote:
>>> Thank you!
>>>
>>> Andrea J. Campbell
>>> Boston City Council President, District 4
>>> One City Hall Square, 5th floor
>>> Boston, MA 02201
>>>
>>> Office: 617.635.3131
>>> Fax: 617.635.4203
>>> andrea.campbell@boston.gov
>>>
>>>
>>> This email is subject to MGL: Chpt.66, Sec.10 Public Records Law.
>>>
>>> On Oct 9, 2018, at 9:10 AM, Christine O'Donnell <christine.odonnell@boston.gov> wrote:
>>>
>>>
>>>> Good Morning Councilor,
>>>>
>>>> I will have a draft to you today. I am almost finished with the first draft.
>>>>
>>>> Thanks,
>>>> Christine
>>>>
>>>>
>>>> On Fri, Oct 5, 2018 at 9:00 PM Andrea Campbell <andrea.campbell@boston.gov> wrote:
>>>>> Hi Christine,
>>>>>
>>>>> Let's shoot to send response on Tuesday - please send me draft for review on Tuesday if possible. Thanks!
>>>>>
>>>>> ---------- Forwarded message ----------
>>>>> From: **The Satanic Temple** <satanictempleorg@gmail.com>
>>>>> Date: Friday, October 5, 2018

DEF0003326

**Appx. 016**

Subject: Invocation Request
To: ANDREA.CAMPBELL@boston.gov
Cc: michelle.wu@boston.gov, christine.odonnell@boston.gov

Dear Council President Campbell,

While I realize that legal review can take time, I wanted to confirm whether I can expect a reply regarding this matter and, if so, if you could let me know roughly when. If there is no intention to reply, please extend the courtesy of letting me know.

Very truly yours,

Malcolm Jarry

On Thu, Oct 4, 2018 at 12:50 AM The Satanic Temple <satanictempleorg@gmail.com> wrote:
Dear Council President Campbell,

I would like to add that in my conversation with Christine O'Donnell we disagreed over whether the City Council's actions violate the Establishment clause. In defense of the Council, O'Donnell cited *Bormuth v. County of Jackson* and *Marsh v. Chambers* (erroneously cited as *Marsh v. Greece*).

Please note that *Bormuth v. County of Jackson* deals with "Commissioner led prayer" that "is facially neutral regarding religion." The Boston City Council prayers are neither, so Bormuth does not apply.

*Marsh v. Chambers* (1983) merely affirmed the practice of opening legislative sessions with a prayer by a paid Chaplain and does not address whether the selection process might be discriminatory. This was addressed in *Greece v. Galloway* (2014) which affirmed Greece's prayer practices because "the town had opened the prayer program to all creeds and excluded none." The Boston City Council's practices are implicitly exclusionary.

The most relevant decision, however, can be found in *Lund v Rowan County* (4th Cir. 2017) "which struck down as an Establishment Clause violation a county Board of Commissioners' practice of opening its public sessions with sectarian prayers offered solely by the elected commissioners." (Harvard Law Review) https://harvardlawreview.org/2017/12/lund-v-rowan-county/

The Lund decision speaks directly to the practices of the Boston City Council.

I look forward to your reply.

Very truly yours,

Malcolm Jarry

On Wed, Oct 3, 2018 at 5:08 PM The Satanic Temple <satanictempleorg@gmail.com> wrote:
Dear Council President Campbell,

I spoke with Christine O'Donnell, the Compliance Director & Staff Counsel for the Boston City Council who was kind enough to reach out and take time to talk with me. She informed me that the City Council does not accept requests from people wishing to speak. She also said that Council members decide who may deliver a religious invocation and Council members are not bound by any written policy with regard to who they select to speak or how that selection is made.

Could you kindly confirm via email that this is the position of the Boston City Council?

Very truly yours,

Malcolm Jarry

DEF0003327

Co-founder, The Satanic Temple

On Tue, Oct 2, 2018 at 5:26 PM The Satanic Temple <satanictempleorg@gmail.com> wrote:

Dear Council President Campbell,

I am reaching out on behalf of The Satanic Temple, a religious organization whose mission is to encourage benevolence and empathy among all people, reject tyrannical authority, and undertake noble pursuits. I am writing to request the opportunity for someone from my organization to deliver an invocation at an upcoming Boston city council meeting.

A request had been made previously by a member of our Boston Chapter of The Satanic Temple on October 11, 2016, and Councilor Michelle Wu replied the following day to inform us that each city council member is given the opportunity select who they want to invite to speak.  Please understand that by willfully preventing The Satanic Temple from having the opportunity to deliver an invocation while permitting other religious organizations this opportunity, the City Council is engaging in religious discrimination.

Since the time the initial request was made two years ago, no council member has reached out to us and there has been no communication to suggest that an invitation is forthcoming.

I hope a date can be promptly provided and I look forward to your response.

Very truly yours,

Malcolm Jarry
Co-founder, The Satanic Temple

--
**CONFIDENTIALITY NOTICE**

The content of this email is confidential and intended only for those parties who received the email directly from satanictempleorg@gmail.com. It is strictly forbidden to share any part of this message with any third party without a written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.

--
**CONFIDENTIALITY NOTICE**

The content of this email is confidential and intended only for those parties who received the email directly from satanictempleorg@gmail.com. It is strictly forbidden to share any part of this message with any third party without a written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.

--
**CONFIDENTIALITY NOTICE**

The content of this email is confidential and intended only for those parties who received the email directly from satanictempleorg@gmail.com. It is strictly forbidden to share any part of this message with any third party without a written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.

--
Andrea J. Campbell
Boston City Council President, District 4

**Appx. 018**

**From:** Elizabeth Pimentel <elizabeth.pimentel@boston.gov>
**Sent:** Tuesday, October 09, 2018 12:42 PM EDT
**To:** Christine ODonnell <christine.odonnell@boston.gov>
**Subject:** Re: Invocation Request

Thanks for working on this response Christine and for being so thorough- I learned from it! Worth keeping as a longer memo should we need it in the future.

Thanks!
Eli

On Tue, Oct 9, 2018 at 11:06 AM Christine O'Donnell <christine.odonnell@boston.gov> wrote:

Dear Mr. Jarry:

The purpose of this email is to explain the Boston City Council's process for selecting individuals to give invocations prior to the start of City council meetings. Each City Councilor has the opportunity to invite an individual, generally from their respective district or someone who is active in the community, to give the invocation. The Boston City Council's practice is constitutional because it falls within the historical tradition of legislative prayer; the practice is facially neutral; and, the practice is open to all creeds and excludes none.

In determining whether the City Council's selection process violates the Establishment Clause, it is important to look at whether the invocation practice fits within the tradition of legislative prayer long utilized in Congress and state legislatures and recognized in Marsh v. Chambers. See 463 U.S. 783. The City Council's policy adheres to the recognized legislative tradition of prayer because the invocation takes place at the beginning of the City Council meeting and acknowledges the seriousness pf public business and the coming together as elected officials. The City Council's invocation practice is also facially neutral. As previously stated, each City Councilor is given the opportunity to invite an individual to come and give the invocation. This invocation practice is facially neutral regarding religion. See Bormuth v. Cty. of Jackson, 870 F. 3d 494. This practice is facially neutral because each Councilor has the opportunity to invite an individual to give an invocation. The invitation is not based upon religion or lack thereof.

In your email, you assert the Bormuth does not apply because it deals with "Commissioner led prayer that is facially neutral regarding religion and that the Boston City Council prayers are neither." Your assertion is misguided and based upon flawed legal analysis. While the Boston City Councilors do not lead the prayers, the analysis in Bormuth applies. Similar to the circumstances in Bormuth, the Boston City Council's practice is facially neutral and no evidence exists that the Boston City Council adopted its practice with discriminatory intent.

In Town of Greece v. Galloway, the United States Supreme Court examined whether the town's practice of opening board meetings with a prayer violated the First Amendment Establishment Clause. See 134 S. Ct. 1811. The Court held that the town's practice on the whole reflected and embraced the tradition of legislative prayers. The Court also held that the town's practice did not violate the Establishment Clause despite the fact that the ministers invited to say the prayers were predominantly Christian. The court held that "so long as a town maintains a policy of nondiscrimination in legislative prayers, the Constitution does not require it to search beyond its borders for non-Christian prayer givers to achieve religious balancing." Id.

The Court's ruling in Greece supports the City Council's invocation practice. In Greece, the town followed an informal method for selecting individuals all of whom were unpaid volunteers. A town employee selected individuals from a town directory of congregations within the town. Similarly, the City council's practice is based upon an individual Councilor inviting an individual usually from their district or someone involved with the Boston community. The town's practice upheld by the Court involved invited clergy and laypeople, not legislators, and did not restrict prayer opportunities to a certain set of people.

You state in your email that the Court's decision in Lund v. Rowan Cty., N.C. speaks directly to the practices of the Boston City Council. See 837 F. 3d 407. We disagree. The Court in Lund, held that the County's practice violated the Establishment Clause. In its ruling, the Court reasoned that members of the Board themselves composed and delivered pointedly sectarian invocations featuring a single faith; the members prevented anyone else from offering invocations; and, the invocations placed Christianity on a higher plane than other faiths and urged attendees to embrace that religion. Id. The Boston City Council's invocation practice does not mirror any of these circumstances and is distinguishable from Lund.

Further, even if the factors found in Lund were similar to the practices employed by the Boston City Council regarding invocations, the decision is not controlling and has been viewed with negative treatment and was reversed. The Appeals Court in Lund sitting En banc reached different results on rehearing. See Lund v. Rowan Cty., N.C., 2017 U.S. App. LEXIS 12623 (4th Cir. N.C., July 14, 2017). In its ruling the Court held that: the board of commissioners legislative prayer practice did not violate the Establishment Clause as it fell within recognized tradition and did not coerce participation by nonadherents; the fact that a legislator led that prayer was not significant because it was simply a matter of a commissioner leading a prayer of his or her choosing. The Court also found that there was no proof that the board restricted the prayer opportunity to promote only Christianity; the board's practice did not convey the view that the county advanced Christianity over other creeds and that the board's practice was not impermissibly coercive.

For the foregoing reasons, the Boston City Council's invocation practice does not violate the Establishment Clause and is constitutional because it falls within the historical tradition of legislative prayer; the practice is facially neutral; and, the practice is open to all creeds and excludes none.

DEF0002025

**Appx 019**

Respectfully,

On Tue, Oct 9, 2018 at 11:04 AM Christine O'Donnell <christine.odonnell@boston.gov> wrote:
Sure no problem.  Sorry about that!

On Tue, Oct 9, 2018 at 11:03 AM Andrea Campbell <andrea.campbell@boston.gov> wrote:
Possible to paste in email? Can't open attaches for some reason.

Thanks!

Andrea J. Campbell
Boston City Council President, District 4
One City Hall Square, 5th floor
Boston, MA 02201

Office: 617.635.3131
Fax: 617.635.4203
andrea.campbell@boston.gov

This email is subject to MGL: Chpt.66, Sec.10 Public Records Law.

On Oct 9, 2018, at 10:48 AM, Christine O'Donnell <christine.odonnell@boston.gov> wrote:

Good Morning Councilor Campbell and Eli,

I have attached the draft response to Mr. Jarry regarding the City Council's invocation practices.  Please
let me know if you would like to discuss further or if you have any suggestions.

Thanks!
Christine

On Tue, Oct 9, 2018 at 9:26 AM Andrea Campbell <andrea.campbell@boston.gov> wrote:
Thank you!

Andrea J. Campbell
Boston City Council President, District 4
One City Hall Square, 5th floor
Boston, MA 02201

Office: 617.635.3131
Fax: 617.635.4203
andrea.campbell@boston.gov

This email is subject to MGL: Chpt.66, Sec.10 Public Records Law.

On Oct 9, 2018, at 9:10 AM, Christine O'Donnell <christine.odonnell@boston.gov> wrote:

Good Morning Councilor,

I will have a draft to you today.  I am almost finished with the first draft.

Thanks,
Christine

On Fri, Oct 5, 2018 at 9:00 PM Andrea Campbell <andrea.campbell@boston.gov> wrote:
Hi Christine,

Let's shoot to send response on Tuesday - please send me draft for review on Tuesday if
possible. Thanks!

---------- Forwarded message ----------
From: **The Satanic Temple** <satanictempleorg@gmail.com>

**Appx. 020**

Date: Friday, October 5, 2018
Subject: Invocation Request
To: ANDREA.CAMPBELL@boston.gov
Cc: michelle.wu@boston.gov, christine.odonnell@boston.gov


Dear Council President Campbell,

While I realize that legal review can take time, I wanted to confirm whether I can expect a reply regarding this matter and, if so, if you could let me know roughly when. If there is no intention to reply, please extend the courtesy of letting me know.

Very truly yours,

Malcolm Jarry


On Thu, Oct 4, 2018 at 12:50 AM The Satanic Temple <satanictempleorg@gmail.com> wrote:

Dear Council President Campbell,

I would like to add that in my conversation with Christine O'Donnell we disagreed over whether the City Council's actions violate the Establishment clause. In defense of the Council, O'Donnell cited *Bormuth v. County of Jackson* and *Marsh v. Chambers* (erroneously cited as *Marsh v. Greece*).

Please note that *Bormuth v. County of Jackson* deals with "Commissioner led prayer" that "is facially neutral regarding religion." The Boston City Council prayers are neither, so Bormuth does not apply.

*Marsh v. Chambers* (1983) merely affirmed the practice of opening legislative sessions with a prayer by a paid Chaplain and does not address whether the selection process might be discriminatory. This was addressed in *Greece v. Galloway* (2014) which affirmed Greece's prayer practices because "the town had opened the prayer program to all creeds and excluded none." The Boston City Council's practices are implicitly exclusionary.

The most relevant decision, however, can be found in *Lund v Rowan County* (4th Cir. 2017) "which struck down as an Establishment Clause violation a county Board of Commissioners' practice of opening its public sessions with sectarian prayers offered solely by the elected commissioners." (Harvard Law Review) https://harvardlawreview.org/2017/12/lund-v-rowan-county/

The Lund decision speaks directly to the practices of the Boston City Council.

I look forward to your reply.

Very truly yours,

Malcolm Jarry


On Wed, Oct 3, 2018 at 5:08 PM The Satanic Temple <satanictempleorg@gmail.com> wrote:

Dear Council President Campbell,

I spoke with Christine O'Donnell, the Compliance Director & Staff Counsel for the Boston City Council who was kind enough to reach out and take time to talk with me. She informed me that the City Council does not accept requests from people wishing to speak. She also said that Council members decide who may deliver a religious invocation and Council members are not bound by any written policy with regard to who they select to speak or how that selection is made.

Could you kindly confirm via email that this is the position of the Boston City Council?

DEF0002027

**Appx. 021**

Very truly yours,

Malcolm Jarry
Co-founder, The Satanic Temple

On Tue, Oct 2, 2018 at 5:26 PM The Satanic Temple
<satanictempleorg@gmail.com> wrote:
Dear Council President Campbell,

I am reaching out on behalf of The Satanic Temple, a religious organization whose mission is to encourage benevolence and empathy among all people, reject tyrannical authority, and undertake noble pursuits. I am writing to request the opportunity for someone from my organization to deliver an invocation at an upcoming Boston city council meeting.

A request had been made previously by a member of our Boston Chapter of The Satanic Temple on October 11, 2016, and Councilor Michelle Wu replied the following day to inform us that each city council member is given the opportunity select who they want to invite to speak.  Please understand that by willfully preventing The Satanic Temple from having the opportunity to deliver an invocation while permitting other religious organizations this opportunity, the City Council is engaging in religious discrimination.

Since the time the initial request was made two years ago, no council member has reached out to us and there has been no communication to suggest that an invitation is forthcoming.

I hope a date can be promptly provided and I look forward to your response.

Very truly yours,

Malcolm Jarry
Co-founder, The Satanic Temple

--
**CONFIDENTIALITY NOTICE**

The content of this email is confidential and intended only for those parties who received the email directly from satanictempleorg@gmail.com. It is strictly forbidden to share any part of this message with any third party without a written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.

--
**CONFIDENTIALITY NOTICE**

The content of this email is confidential and intended only for those parties who received the email directly from satanictempleorg@gmail.com. It is strictly forbidden to share any part of this message with any third party without a written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.

--
**CONFIDENTIALITY NOTICE**

The content of this email is confidential and intended only for those parties who received the email directly from satanictempleorg@gmail.com. It is strictly forbidden to share any part of this message with any third party without a written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.

**Appx. 022**



Michelle Wu <michelle.wu@boston.gov>

## Invocation Request

9 messages

---

**travis@thesatanictempleboston.com** <travis@thesatanictempleboston.com>    Tue, Oct 11, 2016 at 3:52 PM
To: MICHELLE.WU@boston.gov

Good afternoon Councilor Wu,

My name is Travis LeSaffre and I am the Chapter Head of The Satanic Temple –Boston. We're a group of politically aware, non-theistic Satanists active within your community. The mission of The Satanic Temple is to encourage benevolence and empathy among all people, reject tyrannical authority, advocate practical common sense and justice, and be directed by the human conscience to undertake noble pursuits guided by the individual will.

I spoke to a representative of your office named David, and I was informed that the Boston City Council's invocation slots are invitation based. Over the past year, the invited clergy performing these actions have been overwhelmingly Christian. As a member of a religious minority, I plead with you to consider allowing me to perform an invocation. I was told by David that I would need to personally request a spot from a councilor. I've reached out to Mark Ciommo last week, but I haven't received a reply just yet. I have also sent an email to Tito Jackson in an attempt to be heard by someone who still has slots open for invocations during this calendar year.

While requiring some variety of sponsorship is understandable, it would be shocking if I am to be turned away due to my faith while other religions are allowed to hold prayers in a government building. In fact, I would say that it would be a breach of the first amendment.

The religious oppression felt by those outside the Christian community in Boston is a blight on an otherwise liberal state. Consider what your actions could do to increase the diversity of the city council's current invocation schedule and the light it can shine on religious plurality within the great Commonwealth of Massachusetts.

Regards,

**Travis LeSaffre | Chapter Head**
The Satanic Temple - Boston Chapter
*P: 781-854-1265 | E: travis@thesatanictemple.com*

📄 **Invocation-Request-to-Councilor-Wu.pdf**
237K

---

**Michelle Wu** <michelle.wu@boston.gov>    Wed, Oct 12, 2016 at 2:51 PM
To: travis@thesatanictempleboston.com

Travis,

Thank you very much for taking the time to reach out. As my staff mentioned, each Councilor has the chance to invite 2-3 faith leaders per year to deliver the opening invocation at one of our Council meetings. The invitations are often used to recognize faith leaders who are active in the community and organizations that are representative of their districts. There is no restriction or criteria based on any Councilors' religious preferences. Many of us have a long list of folks we'd like to invite but haven't been able to accommodate. Everyone is welcome to attend the weekly City Council session, to testify at any City Council hearing, and to get involved in our policy work.

Michelle

--

DEF0003008

Appx. 023

To: Kristin Toussaint <kristin.toussaint@metro.us>
Cc: Michelle Wu <michelle.wu@boston.gov>

Hi Kristin,

Regarding your questions about what the invocations are and how clergy members are chosen:

There is time at the beginning of each Council meeting for an invited member of the clergy to say a few words before Council business begins. At the beginning of the legislative year meetings are assigned to Councilors. Councilors decide which clergy they wish to invite to speak. There are no rules for this selection. Traditionally, Councilors have invited members from their district (or in the case of at-large councilors, members from anywhere in the City of Boston) who are active in their neighborhood and engaged community members in addition to being members of the clergy.

Please let me know if you have any further questions.

Best,
Andrea

[Quoted text hidden]

---

**Kristin Toussaint** <kristin.toussaint@metro.us>                  Mon, Aug 21, 2017 at 4:41 PM
To: Andrea Patton <andrea.patton@boston.gov>
Cc: Michelle Wu <michelle.wu@boston.gov>

Thank you Andrea,
Is there a comment directly on the Satanic Temples request that they be allowed to give an invocation? Has Michelle or any other council member responded to their letter?

Best
Kristin
[Quoted text hidden]

**Appx. 024**

**From:** Emily Reichman <ereichman@jcrcboston.org>
**Sent:** Tuesday, September 18, 2018 2:32 PM EDT
**To:** Deborah Reiff <deborah.reiff@boston.gov>; Aaron Agulnek <aagulnek@jcrcboston.org>
**CC:** Karen Foley <karen.foley@boston.gov>; Annissa Essaibi-George <annissa.essaibi-george@boston.gov>; Rebecca Shimshak <rshimshak@jcrcboston.org>
**Subject:** RE: JCRC and the City Council 9/26
**Attachment(s):** "Talking Points for City Councilor Final.docx","Bios for 9-26-18 Final.docx"

Hi DB,
Please find talking points about GBJCL and bios Rav Claudia and children's author Susan E Goodman attached. We will send you the names of volunteers attending for the citations by Friday.
I'm also including a rough outline of the timing breakdown for the day. Please let me know if any changes need to be made.

11-11:15 Curley Room: Coffee/shmoozing
11:15-11:19 Program intro by Councilor Essaibi-George
11:19-11:25 Program overview from Jeremy Burton, Executive Director of JCRC
11:25- 11:45 Q and A
11:45-12 Move to City Council Chamber
12-12:15 Council President opens the session
12:15-12:19 Invocation from Rav Claudia
12:19-12:25 Recognize volunteers/photo ops

Thank you!
Emily

**Emily Reichman**
Director, Service Initiatives
Jewish Community Relations Council of Greater Boston
Kraft Family Building | 126 High Street | Boston, MA 02110
617-457-8669
www.jcrcboston.org
**Follow @BostonJCRC on** Twitter, Instagram, **and** Facebook

**From:** Deborah Reiff <deborah.reiff@boston.gov>
**Sent:** Friday, September 14, 2018 3:24 PM
**To:** Aaron Agulnek <aagulnek@jcrcboston.org>; Emily Reichman <ereichman@jcrcboston.org>
**Cc:** Karen Foley <karen.foley@boston.gov>; Annissa Essaibi-George <annissa.essaibi-george@boston.gov>
**Subject:** Re: JCRC and the City Council 9/26

Hi Aaron and Emily,

Very nice to talk with you today. We look forward to your bio of Rav Claudia and your talking points about the program As I mentioned we'll send an invitation to the Councilors and their staffs for the 11:00 event and there will be some refreshments there.

Please feel free to reach out to Karen or me if any questions occur or just to check in between now and then.

Best,

DB

**DB Reiff**
Director of Communications
Office of Boston City Councilor Annissa Essaibi-George
1 City Hall Plaza 5th Floor
Boston, MA 02201

direct line 617.635.3594
office phone 617.635.4376
fax 617.635.4203

On Tue, Aug 14, 2018 at 12:11 PM, Aaron Agulnek <aagulnek@jcrcboston.org> wrote:

> Thank you Karen!
>
> We are excited for the event and will be in touch with questions/details.
>
> My best,
>
> Aaron Agulnek
>
> **From:** Karen Foley <karen.foley@boston.gov>
> **Sent:** Tuesday, August 14, 2018 11:02 AM
> **To:** Aaron Agulnek <aagulnek@jcrcboston.org>; Deborah Reiff <db.reiff@boston.gov>; Annissa Essaibi-george@boston.gov>
> **Cc:** Emily Reichman <ereichman@jcrcboston.org>

DEF0000633

Appx. 025

Subject: Re: JCRC and the City Council 9/26

Aaron,

We have the Curley Room reserved for September 26th at 11:00 am for you.

Karen

On Tue, Aug 7, 2018 at 2:45 PM, Aaron Agulnek <aagulnek@jcrcboston.org> wrote:

> Karen,
>
> I wanted to follow up with you on this email. We are eager to get this going!
>
> Aaron
>
> ---
>
> **From:** Aaron Agulnek
> **Sent:** Wednesday, August 1, 2018 11:01 AM
> **To:** 'Karen Foley' <karen.foley@boston.gov>
> **Cc:** 'annissa.essaibi-george@boston.gov' <annissa.essaibi-george@boston.gov>; Emily Reichman <ereichman@jcrcboston.org>
> **Subject:** JCRC and the City Council 9/26
>
> Karen,
>
> Thank you again for helping to facilitate our conversation with Councilor Essaibi-George two weeks ago. We are excited to showcase GBJCL (our literacy program) at the September 26th City Council meeting.
>
> As we put things together, we have a few questions about what the day would look like. Please let us know who is best to walk this through. We are very low maintenance, but like to do things well!
>
> Pre-Council Meeting
>
> - The Councilor mentioned a "coffee" of sorts in a conference room prior to the meeting. What would this look like? Would other City Councilors be invited or attending? We are trying to determine who we should invite and whether this option makes sense.
>
> Council Meeting
>
> - Clergy: Would an invited clergy member have to be from the City of Boston or could we open it up to a Rabbi that is involved in our programming?
> - What does this actually look like during the meeting? Would we have someone talk for a bit about the programming? Would Councilor Essaibi-George read a citation? Is it open?
> - How long would this part be?
>
> These questions will help us ensure that we get the right people there and that we effectively lift up our work in the BPS.
>
> We look forward to working with the team.
>
> Aaron and Emily
>
> Aaron Agulnek
> Director, Government Affairs
> Jewish Community Relations Council of Greater Boston
> Kraft Family Building
> 126 High Street, Boston, MA 02110
> AAgulnek@jcrcboston.org
> 617-457-8674



--

**Appx. 026**

**From:** Noah Coo dge <noah.coo dge@boston.gov>
**Sent:** Wednesday, June 05, 2019 10:00 AM EDT
**To:** Mary Margaret Ear <mmear @uuum.org>
**CC:** K m Janey <k m.janey@boston.gov>
**Subject:** Re: Inv tat on to Address C ty Counc  Meet ng

H  Mary Margaret,

We just had June 19th open up to present the  nvocat on – any chance that wou d work for you?

Best,
Noah

Noah Coo dge
Po cy and Commun cat ons D rector
Off ce of C ty Counc  or K m Janey
noah cool dge@boston gov
Off ce L ne: (617) 635-3510
D rect L ne: (617) 635-1899
Pronouns: He/H m/H s

P ease be aware that th s  s a C ty of Boston ema  account and that correspondence may be subject to d sc osure under the Massachusetts Pub c Record Law.

On Mon, May 13, 2019 at 3:26 PM Mary Margaret Ear <MMEar @uuum.org> wrote:

> Dear Noah and K m,
>
> I am so deep y gratefu  for th s  nv tat on and wou d  ove to do th s!
>
> I am sorry to say, however, that I w   be on vacat on that week. If there  s an opportu ty to do th s on another month, I wou d be very honored.
>
> Thank you so much for the honor of th s  nv tat on.
>
> Warm regards,
>
> Mary Margaret
>
> **The Rev. Mary Margaret Earl**
>
> Execut ve D rector and Sen or M n ster
>
> My pronouns are she/her/hers
>
> The Un tar an Un versa st Urban M n stry
>
> 10 Putnam St.
>
> Roxbury, MA 02119
>
> 617-318-6010 x 202
>
> *"The UU Urban Ministry: Uniting Communities and Transforming Lives"*
>
> C ck HERE to  ke the UUUM on Facebook.

**Appx. 027**

**From:** Elizabeth Pimentel <elizabeth.pimentel@boston.gov>
**Sent:** Tuesday, November 03, 2020 3:04 PM EST
**To:** Makayla Parkin <makayla.parkin@boston.gov>
**Subject:** Re: FYI

Hi Makayla,
we're going to have Pastor James W. S. Yansen of Hyde Park Seventh-Day Adventist Church join us for tomorrow's meeting. His email is sydgrave@yahoo.com.

Let me know if you need any additional information from me, thanks,
Eli

On Mon, Nov 2, 2020 at 3:51 PM Elizabeth Pimentel <elizabeth.pimentel@boston.gov> wrote:
> Will do!
>
> On Mon, Nov 2, 2020 at 1:01 PM Makayla Parkin <makayla.parkin@boston.gov> wrote:
>> Hi Eli,
>>
>> It is Councilor Campbell's turn again to provide someone for the invocation this week's council meeting. Please let me know if you can find someone by EOD tomorrow! Thanks!
>>
>> Best,
>>
>> Makayla Parkin
>> Policy Director
>> Office of City Councilor Kim Janey, District 7
>> Boston City Council President
>> One City Hall Square, 5th Floor
>> Boston, MA 02201
>>
>> Direct Line: 617-635-0746
>> Office: 617-635-3510
>> makayla.parkin@boston.gov
>
> --
> Elizabeth J. Pimentel
> Chief of Staff
> Office of Councilor Andrea J. Campbell, District 4
> One City Hall Square, 5th floor
> Boston, MA 02201
>
> Cell: 617-680-5100
> Main office line: 617-635-3131
> elizabeth.pimentel@boston.gov
>
> This email is subject to MGL: Chpt.66, Sec.10 Public Records Law.

--
Elizabeth J. Pimentel
Chief of Staff
Office of Councilor Andrea J. Campbell, District 4
One City Hall Square, 5th floor
Boston, MA 02201

Cell: 617-680-5100
Main office line: 617-635-3131
elizabeth.pimentel@boston.gov

This email is subject to MGL: Chpt.66, Sec.10 Public Records Law.

**Appx. 028**

**From:** Jamie Howell-Walton <jamie.howell-walton@boston.gov>
**Sent:** Thursday, July 05, 2018 9:55 AM EDT
**To:** pastor_hall@yahoo.com <pastor_hall@yahoo.com>
**Subject:** City Council Invocation

Good Morning Pastor Hall,

I received your email from Anna and I hope you had a nice fourth. I wanted to invite you to open our City Council Meeting with a prayer on July 11th at 12:00pm at City Hall. Please let me know if you are available. Thank you!


Best,

**Jamie Howell-Walton**
*Director of Operations*
Boston City Councilor Josh Zakim, District 8
Boston City Hall, 5th Floor
One City Hall Square Boston MA 02201
P: 617.635.4225
F: 617.635.4203
E: jamie.howell-walton@boston.gov

DEF0002523

**Appx. 029**

**From:** Jamie Howell-Walton <jamie.howell-walton@boston.gov>
**Sent:** Monday, July 22, 2019 9:50 AM EDT
**To:** Rob Mark <revrobmark@gmail.com>
**Subject:** Re: Invocation Invitation at Boston City Hall

Hi Rob,

Our office is also providing the invocation for August 21st and since it's so soon after your Summer Sabbath, if you are available, we would like to invite you to offer the invocation on that day. Thank you!


Best,

Jamie

On Thu, Jul 18, 2019 at 10:58 PM Rob Mark <revrobmark@gmail.com> wrote:

> Dear Jamie,
> I am so deeply honored to be invited. I am however on an extended Summer Sabbath July 19-August 16 this year, so am not able. If the opportunity comes around again, I would be deeply grateful to be considered in the future.
> In peace,
> Rob
>
> On Mon, Jul 15, 2019 at 1:55 PM Jamie Howell-Walton <jamie.howell-walton@boston.gov> wrote:
>
>> Dear Reverend Mark,
>>
>> On behalf of Councilor Zakim I would like to invite you to offer the invocation at our Boston City Council Meeting on July 31, if you are available. The meeting normally begins at 12:00pm in the Iannella Chambers. Please let me know if you have availability or if you have any questions. Thank you.
>>
>>
>> Best,
>>
>> **Jamie Howell-Walton**
>> *Chief of Staff*
>> Boston City Councilor Josh Zakim, District 8
>> Boston City Hall, 5th Floor
>> One City Hall Square Boston MA 02201
>> P: 617.635.4225
>> F: 617.635.4203
>> E: jamie.howell-walton@boston.gov
>
>
> --
> Rev. Rob Mark
> Pastor, Church of the Covenant, Boston
> he/him
> www.cotcbos.org
> 617-266-7480, x 203
> www.ecostewardsprogram.org


--
**Jamie Howell-Walton**
*Chief of Staff*
Boston City Councilor Josh Zakim, District 8
Boston City Hall, 5th Floor
One City Hall Square Boston MA 02201
P: 617.635.4225
F: 617.635.4203
E: jamie.howell-walton@boston.gov

**Appx. 030**

**From:** Samuel Acevedo <sacevedo@bostonherc.org>
**Sent:** Tuesday, September 15, 2020 3:09 PM EDT
**To:** Yuleidy Valdez <yuleidy.valdez@boston.gov>
**CC:** Candace Morales <candace.morales@boston.gov>; Kim Janey <kim.janey@boston.gov>; Julia Mejia <julia.mejia@boston.gov>
**Subject:** Re: Tomorrow's Invocation

Yuleidy, gracias.  It's an honor to provide the Invocation to tomorrow's City Council session.  If it's as simple as pressing "Zoom" at Noon tomorrow, I will be there and look forward to it.  Thank you to your office, and Councilor's Mejia and Janey, for this privilege.  We will "see" you all tomorrow at Noon.

Bendiciones,
Sam

On Tue, Sep 15, 2020 at 10:48 AM Yuleidy Valdez <yuleidy.valdez@boston.gov> wrote:

Good morning Pastor Acevedo,

Below is the Zoom link for tomorrow's City Council meeting.  Please join the meeting by 11:45am.

Join Zoom Meeting
https://us02web.zoom.us/j/83645456461?pwd=SEdvRDdYaVEwVkhqbHZOcGJxVFlaUT09
Meeting ID: 836 4545 6461
Passcode: 159147

Thank you,

**Yuleidy Valdez**
Central Staff Director
Boston City Council
617.635.3068 (w)

On Tue, Sep 15, 2020 at 6:54 AM <jmcasting1@gmail.com> wrote:

Good morning Yuleidy

Pastor Acevedo from Lion de Judas  will be joining us to pray over the council.  I've cc'd him here.  He just needs the zoom link and details.

Thanks again Pastor Acevedo zoom you tomorrow!

Julia

Sent from App for Gmail

--
*Darkness cannot drive out darkness; only light can do that. Hate cannot drive out hate; only love can do that.*
***Dr. Martin Luther King, Jr.***

Pastor Samuel Acevedo
Executive Director, Boston Higher Education Resource Center (HERC)
68 Northampton Street
Boston, MA 02118
(617) 442-5608 (office)
(617) 733-2329 (cell)
(617) 541-1357 (fax)

**From:** Kim Janey <kim.janey@boston.gov>
**Sent:** Thursday, May 31, 2018 4:39 PM EDT
**To:** Clara Bell <cbell@tbcboston.org>
**CC:** Noah Coolidge <noah.coolidge@boston.gov>
**Subject:** Fwd: Invitation to offer City Council opening prayer
**Attachment(s):** "Rev Gerald invite**.**pdf"


Hi Ms. Clara,

Just following up our phone conversation to confirm that Pastor Gerald will be able to join the Boston City Council on **Wednesday, June 6 at 12:00PM** to open up our meeting with prayer. The opening portion of our meeting should not take long. I will offer an introduction. He can say a few remarks. He will then lead us in prayer. And then we pledge allegiance to the flag.

Could you send me his bio for my introduction? Please let me know if you have any questions. Please also note that is a change from the original date of June 20th. Thank you so much!!

Best,

**City Councilor Kim Janey**
Boston City Council, District 7
1 City Hall Square, 5th Floor
Boston, MA  02201
O: 617-635-3510
F: 617-635-4203


Please remember this is a City of Boston email account and the content is a matter of public record.



---------- Forwarded message ----------
From: **Kim Janey <kim.janey@boston.gov>**
Date: Wed, May 30, 2018 at 11:36 AM
Subject: Invitation to offer City Council opening prayer
To: office@tbcboston.org, cbell@tbcboston.org, agerald@tbcboston.org



Rev. Arthur Gerald, Jr.
Twelfth Baptist Church
150 Warren Street
Roxbury, MA 02119


May 30, 2018


Dear Rev. Gerald,

I would be deeply honored and very grateful if you would offer the invocation and prayer before the meeting of the Boston City Council on **Wednesday, June 20th, 2018 at 12 noon.** Opening our meetings with prayer provides the Council with a moment of meditation and reflection as we address the important work before us as a body. I hope you can bless us with your presence.

I am thankful for your decades of service to Roxbury and to our community. As someone with a deep connection to the Twelfth Baptist Church family, and as a neighbor of the Church, I am grateful in particular for the Church's peace walks and community action. Your work as an educator, a faith leader, and a guiding force in our community has had a tremendous impact on many people, including myself.

If you are able to offer the prayer, please call my office at 617-635-3510 or send an email to kim.janey@boston.gov to confirm your participation at your earliest convenience.


With gratitude,


Kim Janey
Boston City Council
District 7

DEF0002554

**Appx. 032**

**From:** Michael Bonetti <michael.bonetti@boston.gov>
**Sent:** Wednesday, June 10, 2020 8:33 AM EDT
**To:** Yuleidy Valdez <yuleidy.valdez@boston.gov>
**CC:** Lydia Edwards <lydia.edwards@boston.gov>
**Subject:** Invocation - 6/10

Hi Yuleidy,

We have a priest to preside over the invocation today. His name is Fr. Michael Della Penna, ofm. - pastor of Saint Leonard of Port Maurice Parish in the North End.

Thanks,

Michael
--
**Michael E. Bonetti**
North End Community Liaison & Scheduler
Office of Boston City Councilor Lydia Edwards
One Boston City Hall, Suite 550
617-635-3200

This email is subject to MGL: Chpt.66, Sec.10 Public Records Law.

<span style="color:red">**Appx. 033**</span>

**From:** Michael Bonetti <michael.bonetti@boston.gov>
**Sent:** Tuesday, June 16, 2020 1:32 PM EDT
**To:** Yuleidy Valdez <yuleidy.valdez@boston.gov>
**Subject:** Re: Invocation - 6/10

Hi Yuleidy,

Let me ask Fr. Michael or Fr. Claude. I will let you know soon.

Michael

On Tue, Jun 16, 2020 at 1:25 PM Yuleidy Valdez <yuleidy.valdez@boston.gov> wrote:
> Hi Michael,
>
> Would you have some for invocation tomorrow? I don't remember if I informed you or the Councilor, apologize if I didn't.

On Wed, Jun 10, 2020 at 11:54 AM Michael Bonetti <michael.bonetti@boston.gov> wrote:
> No problem. Thank you!

On Wed, Jun 10, 2020 at 11:54 AM Kerry Jordan <kerry.jordan@boston.gov> wrote:
> I renamed you, so we know its clergy, you may have to rename yourself next time you log in but not sure!

On Wed, Jun 10, 2020, 10:32 AM Michael Bonetti <michael.bonetti@boston.gov> wrote:
> Anytime! Here to help.
>
> Hopefully we'll be back in our offices soon!!!

On Wed, Jun 10, 2020 at 9:00 AM Yuleidy Valdez <yuleidy.valdez@boston.gov> wrote:
> Mr. Bonetti, you are simply AWESOME!
>
> I miss you!

On Wed, Jun 10, 2020 at 8:47 AM Michael Bonetti <michael.bonetti@boston.gov> wrote:
> Already did. Thanks! I will be using my zoom to log him in so my name will appear at the bottom

On Wed, Jun 10, 2020 at 8:46 AM Yuleidy Valdez <yuleidy.valdez@boston.gov> wrote:
> Great, thank you!
>
> Would you forward the meeting link to him?
>
> Here's the link for this week's Council meeting. Please sign in by 11:45.
>
> Join Zoom Meeting
> https://us02web.zoom.us/j/81953418328?pwd=cG5lY01MUFNoMnBPbWZac0dobDBKdz09
>
> Meeting ID: 819 5341 8328
> Password: 385844

On Wed, Jun 10, 2020 at 8:33 AM Michael Bonetti <michael.bonetti@boston.gov> wrote:
> Hi Yuleidy,
>
> We have a priest to preside over the invocation today. His name is Fr. Michael Della Penna, ofm. - pastor of Saint Leonard of Port Maurice Parish in the North End.
>
> Thanks,
>
> Michael
> --
> **Michael E. Bonetti**
> North End Community Liaison & Scheduler
> Office of Boston City Councilor Lydia Edwards
> One Boston City Hall, Suite 550
> 617-635-3200
>
> This email is subject to MGL: Chpt.66, Sec.10 Public Records Law.

--
Sent from Gmail Mobile
--
**Michael E. Bonetti**

Page 162

1          MR. KEZHAYA:  Okay.

2          MS. O'CONNOR:  -- that information.  I

3  don't think Christine will know it.  You can ask her.

4          MR. KEZHAYA:  You don't need to call an

5  objection.  You can just ...

6          MS. O'CONNOR:  Okay.

7          MR. KEZHAYA:  Okay.  All right.  I, I

8  bring that up because words like "objection" have a

9  tendency to, to get me riled up.  I'm trying to, trying

10  to keep it down.

11          MS. O'CONNOR:  That's just pretty

12  standard.

13          MR. KEZHAYA:  Okay.

14  BY MR. KEZHAYA:

15      Q    All right.  And I also see on my handy list

16  here, paragraph 4, City's recordkeeping policies

17  surrounding payment to guest speakers at the invocation

18  policy which presupposes that this person who is

19  presently blessing the proceedings, although that's

20  subject to dispute, Wu invited this priest and this

21  priest is paid by the City for speaking at this event;

22  is that correct?

23      A    The people that give the invocation are no

24  longer paid.

**Appx. 035**

Page 163

1     Q    No longer paid.  When did that stop?

2     A    I believe it stopped in 2016 or 2017.  I'm

3  not sure of the actual year.

4     Q    How do you know that they stopped being paid?

5     A    Because, again, I was, I was in my same job,

6  and the staff director at the time informed us that the

7  clergy weren't being paid anymore.

8     Q    2016 or 2017, that was the timeframe that

9  people stopped getting paid; is that correct?

10    A    Yes.  That was when now Mayor Wu was council

11  president.

12    Q    Mm-hmm.  That coincides with TST's first

13  request to TST -- to demand, basically, an invitation;

14  is that correct?

15    A    Yes.

16    Q    Was it because of TST's demand?

17    A    It was looked at and considered best practice

18  to stop the stipend.

19    Q    I understand.  But did the process of looking

20  at the process of whether we are giving money to these

21  priests, was that occasioned by TST's demand for

22  invite?

23    A    Yes, the policy was looked at then.

24    Q    Okay.  So just to make, just to make a

Page 164

1   cohesive sentence, in 2016 TST demanded an invite of

2   the City Council.  City Council goes to you requesting

3   a legal opinion as to whether they have to.  Is there

4   anything --

5       A    They, they -- I was not involved in that

6   decision whether or not to stop the payment.  I was not

7   involved in it.

8       Q    Ah, I was mistaken.  I'm so sorry.

9            So TST demanded an invite in 2016.  I was

10  confused as to which one you opined as to the City

11  doesn't have to extended an invite.  That was 2018.

12      A    Yes.

13      Q    So there have been at least two demands for

14  invitation.  Do you know how many times TST has

15  demanded, legally demanded an invite?

16      A    I do not.

17      Q    Okay.  If I told you it's at least three does

18  that sound like something you can disprove, as we sit

19  here today?

20      A    No, that seems reasonable.  I don't ...

21      Q    Okay.

22      A    Again, I'm not aware how many times.

23      Q    Okay.  That's, that's fine.  I don't really

24  care about the number anyway.

Page 165

1          So TST first issues a demand in 2016 which

2     prompts a process of reviewing its prayer policy to

3     avoid a subject lawsuit not unlike this one.  Because

4     of TST's legal demand and it seems, from my perspective

5     at least and I'm curious as to your position on the

6     matter, it seems like it was for the purpose of either

7     avoiding or winning a lawsuit not unlike this one.

8               MS. O'CONNOR:  Objection.

9      Q    City of Boston, do I need to have your

10    employee speak to this matter?

11              MS. O'CONNOR:  Objection.  You can

12    answer if you can.

13     A    I --

14              MR. KEZHAYA:  I object to this if you

15    can business.  She can -- she knows that she answer my

16    questions if she can.

17     A    Can you repeat your question?

18     Q    Was the purpose of reviewing the

19    determination to pay these priests part of a purpose of

20    avoiding liability thereby avoiding a court order

21    requiring TST to have an invitation?  Is that why you

22    guys did your, your review?

23              MS. O'CONNOR:  Objection.

24     A    The re -- the review was done.  And again, I

Page 166

1    did not conduct this review.  But the review of the
2    policy of paying the people giving the invocation was
3    looked at, and it was determined that it was best
4    practice to stop the stipend.
5        Q    Okay.  And, City of Boston, was it -- is it
6    your testimony, as we sit here today, that since
7    approximately 2016 - let's bookend it at 2018 - people
8    have not been getting paid since at least going back to
9    2018-ish?
10       A    Correct.  And I'm, I'm pretty -- I'm pretty
11   sure it was 2017.  I'm pretty sure you can settle on,
12   on that.
13       Q    Okay.
14       A    That it was 2017 when the payment stopped.
15       Q    Okay.  Who made that decision?
16       A    At the time it was Council President Wu.
17       Q    Oh, so Councilor Wu, here who invited this
18   particular person, I should probably ask her why she
19   decided to turn off this money thing?
20       A    Yes.
21       Q    Okay.
22            MR. KEZHAYA:  Let us proceed.
23               (Video playing.)
24            MR. KEZHAYA:  Amen.  All right.  Pause

**Appx. 039**

**From:** M Cagg <mcagg1@gmail.com>
**Sent:** Thursday, April 25, 2019 6:31 PM EDT
**To:** Michelle Wu <michelle.wu@boston.gov>
**Subject:** Please stand resolute.

Dear Mrs. Wu,

I am amazed at the challenges you face not even related to the subject matter before a meeting can start. This is absolutely ludicrous to be bullied by some start up cult attempting to steal the spotlight. I am dumbfounded that the press even entertained their lunacy. There are many reasons that our great nation's forefathers wanted separation of church and state. I am certain they would *not* be entertaining the notion of satan worship to open up a public meeting. This does offend the masses of residents who choose God and country as our way of life coming from very humble beginnings starting with the passengers of the Mayflower. Are we not a tolerant society with deep respect and admiration for all religions as well as an understanding for those who do not observe any? There has to be decorum and sanity present to uphold the values we hold dear. Please stand resolute and change the narrative by focusing on what is important. What is important....the decisions we make now that will affect us 10 years from now. I live in a community that has changed drastically in a short time. Homes that were once generational family occupants all but disappeared. Now condos flourish with increases in demand for parking, city congestion and  utilities still not updated. This has had a dramatic effect to the face of the community. In particular those of modest incomes can no longer afford to live in the area. These condos are smaller than a traditional sized homes making availability purpose driven to  couples without children. This changed everything. One example a 3 decker that rented to college students mostly/usually had 1 car per floor. Now that it has converted to condos it has 2 cars per floor. So how many times has this happened? It is a fact condo's are not cheap and now persons of limited income are leaving in droves. Is this a good thing to have just young people live with in the city? No grandmas, retirees or traditional families. As of right now grandmothers are being gunned down in broad daylight for everyone to see. That in itself should be a statistic of epic failure of a society. Do you really need quantitative  data to see the change. Gentrification does not solve problems it creates new ones. Please remind every one to focus on the task at hand. I really don't want to live in a world without grandmothers. I would give up my parking space for one. Would the city of Boston?

Kindly,
        Mr. Michael Caggiano of Dorchester

**Appx. 040**

**From:** Boston.gov Contact Form <69963483d547@contactform.boston.gov>
**Sent:** Saturday, March 02, 2019 2:54 PM EST
**To:** ed.flynn@boston.gov <ed.flynn@boston.gov>
**Subject:** Piss on the devil

-- REPLY ABOVE THIS LINE --

Don't let them satanic devil's CHANT in a setting with you; especially when you know your relationship with or without GOD ALMIGHTY!

---------------------------------
This message was sent using the contact form on Boston.gov. It was sent by Pastor Lawrence Horne from lawrencehorne66@gmail.com. It was sent from https://www.boston.gov/departments/city-council/who-my-boston-city-councilor.
---------------------------------

**Appx. 041**

**From:** Ken Ammi <rddbug+kenammi@gmail.com>
**Sent:** Thursday, March 07, 2019 10:07 AM EST
**To:** undisclosed-recipients:;
**BCC:** ed.flynn@boston.gov <ed.flynn@boston.gov>
**Subject:** Satanists and opening prayer

Good day,
I hope to find you well.
I ran across a USA Today article titled "Should the Boston City Council have to let Satanists lead an opening prayer?" I just thought to reach out in order to respond with a "No."

I say "No" because prayer should be just that, but members of the Satanic Temple claim that they believe that Satan is just symbolic. Thus, since they would not really be praying, they should not be allowed to use prayer time as a mere stunt.
Moreover, they admit that the premise upon which their group was founded is socio-political activism.

For example, the group's founder, Lucien Greaves aka Doug Mesner, was asked if the group is "a satanic, or a satirical group," answered "both" and noted "our metaphor of Satan is a literary construct."
He very plainly stated, "The Satanic Temple was actually conceived of...as a 'poison pill' in the Church/State debate."
Also, "While the original thinking was that the Satanic Temple needed to hold to some belief in a supernatural entity known as 'Satan,' none of us truly believed that...we all do truly believe in and wholeheartedly embrace: an atheistic philosophical framework" and since Atheist do not pray then, these "Satanic" Atheist should not be allowed to pretend that they are praying.

Thus, their goal is not to engage in prayer time but to abuse time which is supposed to be devoted to prayer as a manner whereby to have prayer time eliminated altogether: since if they are kept from doing so, they will demand that all be kept from doing so.

Please do not allow them to abuse our freedom of religious expression by having them appeal to our freedom of religious expression as a façade for socio-political activism which is specifically mean to deny our freedom of religious expression.

FYI: the quotations are from the VICE article, "Unmasking Lucien Greaves, Leader of the Satanic Temple," July 30 2013:
https://www.vice.com/en_us/article/unmasking-lucien-greaves-aka-doug-mesner-leader-of-the-satanic-temple

Thank you for your time and attention,
Ken Ammi

**Appx. 042**



Christine O'Donnell <christine.odonnell@boston.gov>

---

## Fwd: Please Reject Satan Again Today - You were Right Last Year

2 messages

---

Matthew O'Malley <matthew.omalley@boston.gov>                      Wed, Sep 27, 2017 at 3:56 PM
To: Christine O'Donnell <christine.odonnell@boston.gov>, William MacGregor <william.macgregor@boston.gov>

---------- Forwarded message ----------
From: **Kevin Nestor** <kevinpaulnestor@aol.com>
Date: Mon, Sep 11, 2017 at 4:16 PM
Subject: Please Reject Satan Again Today - You were Right Last Year
To: Matt.O'Malley@boston.gov

Dear Councillor O'Malley,

The original message I sent bounced back due to a typo I made in your address so I am resending the message below here.

Sincerely,

Kevin Nestor


-----Original Message-----
From: Kevin Nestor <kevinpaulnestor@aol.com>
To: Michelle.Wu <Michelle.Wu@boston.gov>; Ayanna.Pressley <Ayanna.Pressley@boston.gov>; Michael.Flaherty <Michael.Flaherty@boston.gov>; A.F.George <A.F.George@boston.gov>; Salvatore.LaMattina <Salvatore.LaMattina@boston.gov>; Bill.Linehan <Bill.Linehan@boston.gov>; Frank.Baker <Frank.Baker@boston.gov>; Andrea.Campbell <Andrea.Campbell@boston.gov>; Timothy.McCarthy <Timothy.McCarthy@boston.gov>; Matt.O Malley <Matt.O Malley@boston.gov>; Tito.Jackson <Tito.Jackson@boston.gov>; Josh.Zakim <Josh.Zakim@boston.gov>; Mark.Ciommo <Mark.Ciommo@boston.gov>
Sent: Mon, Sep 11, 2017 4:06 pm
Subject: Please Reject Satan Again Today - You were Right Last Year

Dear Boston City Councillor,

I commend you for having rejected a prior request a year ago and urge you to continue to NOT accept a request for a Satanic invocation at the start of your City Council meeting. Your reason for rejecting the prior request: that Satanism is not a religion, was sound reasoning and remains so. (Further explanation about why is provided in the P.S. below.)

I understand you are undergoing pressure, and I encourage you to stand strong in rejecting the advances of Satanism.

Please reject Satan once again today, and always.

Thank you.

Sincerely,

Kevin Nestor

**Appx. 043**

P.S. The existence of Satan is found in the beliefs of all three major Abrahamic religions. All three agree Satan is not God, or a god, but a being who was *created by God*. They further agree that Satan is the prime mover of evil in this world who rebelled against God and now uses his powers to do all he can to turn people away from God and toward evil in order to thwart God's desire for humanity to join Him in eternal life.

In these three religions Satan is a created being who is to be reviled, not worshiped. He is the anti-God, who leads the rebellion *against the God who created us*. Thus, by definition, those Satanists who truly worship Satan are not part of a religion -- which is a transcendent belief and faith in a God or gods -- but participants in a rebellious anti-God cult. Those Satanists who do not worship Satan, but invoke Satan's name as a way to add an exclamation point to their strong rejection of the idea of a God or gods, are also not members of a religion. Rather, they are atheists who, by definition, reject the existence of a transcendent realm which is the very basis of all religion. So, while both types of Satanists fall under the First Amendment protections for freedom of speech and for the non-establishment of religion which protect their rights both speak about and to hold their beliefs, the anti-God or anti-religion beliefs they hold are philosophical beliefs, not the transcendent beliefs of a religion.

--
Matt O'Malley
*Boston City Councilor, District 6*

Interested in receiving neighborhood specific email updates? Please fill out this short form!

---

**Mark Ciommo** <mark.ciommo@boston.gov>                                       Fri, Sep 29, 2017 at 12:25 PM
To: Christine O'Donnell <christine.odonnell@boston.gov>

---------- Forwarded message ----------
From: **Kevin Nestor** <kevinpaulnestor@aol.com>
Date: Mon, Sep 11, 2017 at 4:06 PM
Subject: Please Reject Satan Again Today - You were Right Last Year
To: Michelle.Wu@boston.gov, Ayanna.Pressley@boston.gov, Michael.Flaherty@boston.gov, A.E.George@boston.gov, Salvatore.LaMattina@boston.gov, Bill.Linehan@boston.gov, Frank.Baker@boston.gov, Andrea.Campbell@boston.gov, Timothy.McCarthy@boston.gov, "Matt.O" <Malley@boston.gov>, Tito.Jackson@boston.gov, Josh.Zakim@boston.gov, Mark.Ciommo@boston.gov

Dear Boston City Councillor,

I commend you for having rejected a prior request a year ago and urge you to continue to NOT accept a request for a Satanic invocation at the start of your City Council meeting. Your reason for rejecting the prior request: that Satanism is not a religion, was sound reasoning and remains so. (Further explanation about why is provided in the P.S. below.)

I understand you are undergoing pressure, and I encourage you to stand strong in rejecting the advances of Satanism.

Please reject Satan once again today, and always.

Thank you.

Sincerely,

Kevin Nestor

Appx. 044



Francis Baker <francis.baker@boston.gov>

# Fwd: To the councillors please: Good people need to stand up ...
1 message

**Lorraine Schettino** <lorraine.schettino@boston.gov>                    Wed, Aug 30, 2017 at 12:35 PM
To: Andrea Campbell <andrea.campbell@boston.gov>, Annissa Essaibi-George <annissa.essaibi-george@boston.gov>,
Ayanna Pressley <ayanna.pressley@boston.gov>, Bill Linehan <bill.linehan@boston.gov>, Francis Baker
<francis.baker@boston.gov>, "josh.zakim@boston.gov" <josh.zakim@boston.gov>, Mark Ciommo
<mark.ciommo@boston.gov>, Matthew O'Malley <matthew.omalley@boston.gov>, Michael Flaherty
<Michael.Flaherty@boston.gov>, Michelle Wu <michelle.wu@boston.gov>, Salvatore LaMattina
<salvatore.lamattina@boston.gov>, "timothy.mccarthy@boston.gov" <timothy.mccarthy@boston.gov>, Tito Jackson
<tito.jackson@boston.gov>


*Lorraine Schettino*

Boston City Council

Central Staff

617-635-3040


---------- Forwarded message ----------
From: **Boston.gov Contact Form** <ca83c1fee784@contactform.boston.gov>
Date: Sun, Aug 27, 2017 at 7:27 PM
Subject: To the councillors please: Good people need to stand up ...
To: city.council@boston.gov


-- REPLY ABOVE THIS LINE --

Are you really going to submit yourselves and by extension those you represent to a "Satanic cult" whose members are certifiable if not downright evil?

America became great on the backs of a few good men who set the direction towards God and what is "Good". They refused to drink the poison that threatens all cultures and stood up to protect others. What will you do

I would like to urge you NOT to accept to have a Satanic invocation at the start of your city meeting.

I understand that you are undergoing pressure, and would like to encourage you to stand strong in rejecting the advances of Satanism.

Please reject Satan and keep us a nation under God.

--------------------------------
This message was sent using the contact form on Boston.gov. It was sent by Paul Groves from grovap@bigpond.com. It was sent from https://www.boston.gov/departments/city-council.
--------------------------------



Christine O'Donnell <christine.odonnell@boston.gov>

# Fwd: SATANIC CITY COUNCIL MEETINGS
3 messages

**Andrea Campbell** <andrea.campbell@boston.gov>                    Fri, Sep 1, 2017 at 10:47 AM
To: Christine O'Donnell <christine.odonnell@boston.gov>

Hi Christine,
I'm checking the Councilor's email during her leave and will send you all emails related to this request now.

Thanks,
Eli

## Andrea J. Campbell
Boston City Councilor, District 4
One City Hall Square, 5th floor
Boston, MA 02201

Office: 617.635.3131
Fax: 617.635.4203
andrea.campbell@boston.gov

This email is subject to MGL. Chpt.66, Sec.10 Public Records Law.

---------- Forwarded message ----------
From: **Mark Thomas** <markallenthomas482@gmail.com>
Date: Wed, Aug 30, 2017 at 2:05 PM
Subject: SATANIC CITY COUNCIL MEETINGS
To: Michele.wu@boston.gov, Michael.f.flaherty@boston.gov, tito.jackson@boston.gov, A.E.George@boston.gov,
Andrea.Campbell@boston.gov, ayanna.pressley@boston.gov, frank.baker@boston.gov, mark.ciommo@boston.gov,
matthew.omalley@boston.gov, salvatore.lamattina@boston.gov, timothy.mccarthy@boston.gov,
william.linehan@boston.gov, Josh Zakim <josh.zakim@boston.gov>, martin.walsh@boston.gov

Dear Councilors,

It has come to my attention that a proposal is being circulated to open City Council meetings with a "prayer" from an
alleged Satanist.

If it isn't clear to every City Councilor and Mayor Martin Walsh, that would be a very bad idea and cross far over any
bounds of sanity and decency. Moreover, as an act of hate blasphemy, and rejection of God it should be immediately
commended as just that.

I trust that this is all that needs to be said on the matter...it is a very frightening matter to incur the wrath of God for either
yourselves or the City of Boston.

Respectfully,

Mark Thomas - Boston

**Salvatore LaMattina** <salvatore.lamattina@boston.gov>              Fri, Sep 1, 2017 at 10:50 AM
To: Christine O'Donnell <christine.odonnell@boston.gov>

---------- Forwarded message ----------
From: Mark Thomas <markallenthomas482@gmail.com>
Date: Wed, Aug 30, 2017 at 2:05 PM

**From:** R. Zed <rajanzed@hotmail.com>
**Sent:** Saturday, December 12, 2020 2:26 AM EST
**To:** kim.janey@boston.gov <kim.janey@boston.gov>
**CC:** matthew.omalley@boston.gov <matthew.omalley@boston.gov>; liz.breadon@boston.gov <liz.breadon@boston.gov>;
mayor@boston.gov <mayor@boston.gov>; maureen.feeney@boston.gov <maureen.feeney@boston.gov>;
kathryn.burton@boston.gov <kathryn.burton@boston.gov>; danielson.tavares@boston.gov
<danielson.tavares@boston.gov>; karilyn.crockett@boston.gov <karilyn.crockett@boston.gov>; city.council@boston.gov
<city.council@boston.gov>
**Subject:** Invocation request

Dear President Janey:
Will you please schedule me to read invocation remotely in the next Boston City Council meeting; and inform me
accordingly.
I am a Hindu leader.
Thank you.
Sincerely,
Rajan Zed

DEF0002603

Appx. 047



Christine O'Donnell <christine.odonnell@boston.gov>

## Fwd: Spiritual Light
1 message

Matthew O'Malley <matthew.omalley@boston.gov>                    Wed, Sep 27, 2017 at 3:56 PM
To: Christine O'Donnell <christine.odonnell@boston.gov>, William MacGregor <william.macgregor@boston.gov>

---------- Forwarded message ----------
From: **ButterflySanctuary** <ButterflySanctuary@protonmail.com>
Date: Sat, Sep 2, 2017 at 5:28 PM
Subject: Spiritual Light
To: "michelle.wu@boston.gov" <michelle.wu@boston.gov>, "michael.f.flaherty@boston.gov"
<michael.f.flaherty@boston.gov>, "a.e.george@boston.gov" <a.e.george@boston.gov>, "ayanna.pressley@boston.gov"
<ayanna.pressley@boston.gov>, "salvatore.lamattina@boston.gov" <salvatore.lamattina@boston.gov>,
"bill.linehan@boston.gov" <bill.linehan@boston.gov>, "frank.baker@boston.gov" <frank.baker@boston.gov>,
"andrea.campbell@boston.gov" <andrea.campbell@boston.gov>, "timothy.mccarthy@boston.gov"
<timothy.mccarthy@boston.gov>, "matthew.omalley@boston.gov" <matthew.omalley@boston.gov>,
"tito.jackson@boston.gov" <tito.jackson@boston.gov>, "josh.zakim@boston.gov" <josh.zakim@boston.gov>,
"mark.ciommo@boston.gov" <mark.ciommo@boston.gov>


Spiritual Light

Sunlight through the window

If you are in a room on a sunny day and let the sunlight shine through the window into the
room, you will usually see dust and other impurities floating in the air. This is what it is like
when Heaven shines its divine light on you.

Light removes the darkness

If you are in a room at night with the light on and open the front door to the outside, you
will notice the room still remains filled with light. However if you are in a dark room during
the day and open the front door to the outside you will notice that the light moves in and
the darkness dissipates. This is what the light from Heaven does to a society filled with
darkness.

Coming out of darkness

If a person is in a dark environment for a long time and they go into the direct sunlight they
close their eyes from the pain and discomfort and try and retreat back to a darker
environment. In time, and as they carefully move towards the light their eyes will begin to
adjust and they can once again begin walking in the sunlight. This is what it is like spiritually
for a person who has been away from the light for a long time, they just need to go slowly
until they can deal with the full light from Heaven. Also Truth and Light are synonymous, and
one cannot exist without the other.

Appx. 048

Those revelations were given to me by the Holy Spirit on three separate occasions. The Holy Spirit is a gift from the Lord in Heaven; this gift is possessed by a few million Americans today, however in the past it was spread across almost all of our society. The Holy Spirit sometimes shows people visions on a wide range of topics and speaks to them as well. When a person prays most people see it from a communications standpoint as a one way street; as in they speak and God listens. When a person has the Holy Spirit it becomes a two way street, they speak and the Lord replies. This gift of the spirit is known as Communion.

Although the Holy Spirit is too expansive to label in any real sense, I will give a brief example of what to expect. When he talks with a person it takes place in the center of their being, which put bluntly means in their torso or chest. The voice of the Holy Spirit is not heard in a persons head, it is at the metaphorical center of a persons being which is also allegorically called their spiritual heart. This is because it has been Gods desire since the beginning to be at the center of a person's life, and as our creator this should not be thought of as unusual. It should be noted that Satanists and other spiritual people sometimes also communicate with spiritual beings in exactly the same manner, meaning in their spiritual heart. This is why Jesus said he stands at the door of our heart and knocks, and if anyone will open that door he will come in and grant eternal life.

Although it is exclusively the Lords will as to when and if a person receives the Holy Spirit, it is something that should be asked for, for he has said, seek and you shall find, knock and the door shall be opened, and ask and you shall receive. When a person will not ask it oftentimes means they have a heart made of stone. This usually leads to Greed, Self Centeredness, and a whole lot of undesirable traits that ultimately wreck societies because of a lack of faith in God.

Humans have both a soul and a spirit; most people today do not know this. A soul is comprised of your Mind, Will, and Emotions. Your spirit is comprised of Conscience, Communion, and Wisdom. Jesus told us to walk in the spirit, and since Heaven is a spiritual place, we are all well advised to learn about these wonderful human assets. Without the Holy Spirit people are easily deceived, and exhibit very little in the way of Conscience or Wisdom which is necessary for a fully functional and blessed society. Wisdom cannot be taught in a college or university, it is a gift from God alone. Giving a person power in any fashion when they have no conscience or wisdom is like handing a loaded machinegun to a criminal.

A public servant is good, a politician is bad. A politician is a public servant mixed with hypocrisy. Free enterprise is good, capitalism is bad. Capitalism is free enterprise mixed with greed. A public servant is someone who is living by the spirit, a politician is someone who is living through their soul, and if it reaches the point of extremism it means they have acquired demons which are attached to their soul. Free enterprise is a plan that means people are following God from a business standpoint, capitalism means that the people are following Satan, and if it reaches extremism it means Satan is controlling the country. Love does not need any additional title, whether it is capitalism, communism or socialism, all of

Appx. 049

these are manmade attempts to replace love with a system that favors the few and disadvantages the many.

If some of this sounds foreign to you please consider the Mottos of some of the most renowned, long standing and excellent universities on earth.

University of Oxford: Founded 1096 Motto: The Lord is my Light

University of Cambridge: Founded 1209 Motto: From here, light and sacred draughts

Harvard University: Founded 1636 Motto: Truth

Yale University: Founded 1701 Motto: Light and Truth

Princeton University: Founded 1746 Motto: Under God's Power She Flourishes

If you truly want our nation to be free, pray and have faith. This will require a bit of Altruism, yet I have complete faith you will get there one day soon :)

Sent with ProtonMail Secure Email.

Matt O'Malley
Boston City Councilor, District 6

Interested in receiving neighborhood specific email updates? Please fill out this short form!

**Appx. 050**



Josh Zakim <josh.zakim@boston.gov>

---

## Fwd: WWW / Invocation request by Satanic Temple
1 message

---

**Lorraine Schettino** <lorraine.schettino@boston.gov>     Thu, Oct 13, 2016 at 1:34 PM
To: Andrea Campbell <andrea.campbell@boston.gov>, Annissa Essaibi-George <annissa.essaibi-george@boston.gov>, Ayanna Pressley <ayanna.pressley@boston.gov>, Bill Linehan <bill.linehan@boston.gov>, Francis Baker <francis.baker@boston.gov>, "josh.zakim@boston.gov" <josh.zakim@boston.gov>, Mark Ciommo <mark.ciommo@boston.gov>, Matthew O'Malley <matthew.omalley@boston.gov>, Michael Flaherty <Michael.Flaherty@boston.gov>, Michelle Wu <michelle.wu@boston.gov>, Salvatore LaMattina <salvatore.lamattina@boston.gov>, "timothy.mccarthy@boston.gov" <timothy.mccarthy@boston.gov>, Tito Jackson <tito.jackson@boston.gov>

*Lorraine Schettino*

Boston City Council

Central Staff

617-635-3040

---------- Forwarded message ----------
From: **fbsuzi via City.Council** <city.council@cityofboston.gov>
Date: Thu, Oct 13, 2016 at 1:23 PM
Subject: WWW / Invocation request by Satanic Temple
To: City.Council@cityofboston.gov

This message was sent from the City of Boston's Web Site.

----------Beginning of Message----------

DATE/TIME:10/13/2016 1:23:12 PM

REPLY EMAIL:fbsuzi@aol.com

REPLY PHONE:6173046647

SUBJECT:Invocation request by Satanic Temple

MESSAGE:Dear Council Members: Please do not allow such a mockery of the Constitution, by inviting the Satanic temple to participate in the City's invocation prayer. This isn't about religious discrimination. They exist because of our broad interpretation of what constitutes a "religion." Isn't that enough they can set up shop anywhere? I'm not a fan of poser Christians either, with their evangelical wing spreading hate. This, however, is what evil looks like and their wish to become mainstream, doesn't mean their beliefs need to be acknowledged, beyond civil compliance. It may seem frivolous and even ridiculous to even consider such a group as any threat, but it is. Evil disguised as benign, doesn't make it ok. As a lesbian, I have an issue with their incorporation of the rainbow flag. Gives gas a bad name. Thank you. Sue Davis

----------End of Message----------------

**Appx. 051**

**From:** Aaron Agulnek <aagulnek@jcrcboston.org>
**Sent:** Wednesday, September 26, 2018 11:26 AM EDT
**To:** jessica.rodriguez@boston.gov <jessica.rodriguez@boston.gov>
**Subject:** Fwd: Invocation

Sent from my iPhone. Please pardon any spelling errors.

Begin forwarded message:

> **From:** Ben Poor <bpoor@jcrcboston.org>
> **Date:** September 26, 2018 at 11:00:35 AM EDT
> **To:** Aaron Agulnek <aagulnek@jcrcboston.org>
> **Subject:** Fwd: Invocation

> **From:** Claudia Kreiman <claudkrei@gmail.com>
> **Sent:** Wednesday, September 26, 2018 10:09 AM
> **To:** Ben Poor
> **Subject:** Invocation

Elohei kol habriot- God of all creation,

Today we are gathered to celebrate the wonderful people who have volunteered their time and talents to the Greater Boston Jewish Coalition for Literacy. In thanksgiving and gratitude, let us take a moment to reflect on the value of the volunteers who have helped to enrich the lives of so many children.

Pirkei Avot, the Ethics of our Ancestors teaches us:

עַל שְׁלֹשָׁה דְּבָרִים הָעוֹלָם עוֹמֵד, עַל הַתּוֹרָה וְעַל הָעֲבוֹדָה וְעַל גְּמִילוּת חֲסָדִים:
"On three things the world stands: on Torah, on worship and on acts of lovingkindness"

You, as volunteers of the Greater Boston Jewish Coalition for Literacy are bringing these three pillars of our Jewish tradition to life by dedicating your time to teach children to read.

You teach them Torah, by teaching them to love reading, love culture, be curious about what the world can offer to to them.

You serve God, by spending time with these children weekly and getting to to the know them, knowing their joys and sorrows, knowing their souls.

And you do great acts of loving kindness by sharing your love of reading, your love of children, your love of God's creation.

Personally, as rabbi of Temple Beth Zion I am proud and grateful that our community has been involved and volunteering in this program for 20 years, dedicated to the mitzvah of healing the world, one step at a time.

We are grateful to Boston City Council and Boston City Councilor Annisa Eisaibi George for recognizing these volunteers and to Jewish community Relations Council of Greater Boston for facilitating and bringing to life this project.

We pray, God, that You will continue to guide each of us to find our place in making this world a better place and to serve you, besimcha, in joy.

Amen

Best,
Rav Claudia

Rabbi Claudia Kreiman

Temple Beth Zion
ravclaudia@tbzbrookline.org
Follow me on twitter @RavClaudia
www.tbzbrookline.org
TBZ on Facebook
1566 Beacon Street, Brookline, MA 02446
617-566-8171 ext 11

DEF0002542

Appx. 052

```
;
; 02/28/18 1:07 AM
;
;;;;BCC180228

>>> MADAME CLERK, WILL YOU
PLEASE CALL THE
ASTERTAI -- ASCERTAIN THE
PRESENCE OF A QUORUM.
[ ROLL CALL ].
>> THANK YOU, MADAME CLERK.
I'VE BEEN INFORMED BY THE CLERK
THAT A QUORUM IS PRESENT.
AT THIS TIME, I WOULD LIKE ALL
COUNCILORS, ALL GUESTS,
COLLEAGUES TO PLEASE RISE AS
COUNCILMAN O'MALLEY COMES
FORWARD TO GIVE US AN INMOE
  --
INVOCATION.
>> THANK YOU, MADAME PRESIDENT.
GOOD AFTERNOON, COLLEAGUES.
I'M DELIGHTED TO INTRODUCE AND
BRING FOR OUR OPENING PRAYER
TODAY THE REVEREND ANDY
ROUSSEAU.
I BELIEVE THIS IS ROUSSEAU'S
SEVENTH TIME BEFORE THIS BODY.
SHE'S AN AMAZING SPIRITUAL
LEADER AND COMMUNITY LEADER NOT
ONLY IN THE NATIVE JAMAICA
PLAIN, BUT ALSO THROUGHOUT THE
CITY OF BOSTON.

PREVIOUSLY, SHE SERVED AS THE
CHAPLAIN AT JERMAINE LAWRENCE, A
RESIDENTIAL SCHOOL THAT PROVIDES
SUPERIOR TREATMENT FOR GIRLS WHO
HAVE PSYCHOLOGICAL CHALLENGES.
MANY OF YOU KNOW HER FROM HER
INCREDIBLE POLITICAL EXPERIENCE
AND WONDERFUL LEADERSHIP THAT
SHE HAS SHOWN.
ANNIE AND HER WIFE NANCY LIVE IN
JAMAICA PLAIN.
THEY ARE BOTH FANTASTIC CHEFS.
PLEASE JOIN ME IN WELCOMING
REVEREND ANDY ROUSSEAU.
[ APPLAUSE ]

>> THANK YOU, COUNCILOR
O'MALLEY.
LET US PRAY.
GOD OF ALL NATIONS AND PEOPLES,
```

Appx. 053

Page 11

1    other entities that -- to perform, you know, rental

2    assistance, emergency assistance.  We have many programs

3    large and small.  What would probably be most familiar

4    would be to you what is commonly referred to as a

5    Section Eight program.  So we administer that for Boston

6    in 29 areas, cities, and towns for the Commonwealth of

7    Massachusetts.

8        Q.  So this isn't Boston specific.  It extends

9    outside of Boston as well?

10       A.  Right.  It's metropolitan Boston area.

11       Q.  Okay.  That makes sense.

12           So you mentioned earlier you started giving these

13   invocations in 2012.  You had previously been familiar

14   with Matt O'Malley, is that a correct recitation of your

15   testimony?

16       A.  I had actually volunteered on his campaign when

17   he was running for City Council.

18       Q.  When did he run for City Council?

19       A.  I would have to look that up.  I think it was

20   2009.  I'm not sure on that.

21       Q.  I was trying to understand if that's how you came

22   to meet him.  Is that how you came to meet him?

23       A.  I came to meet him at various places in Jamaica

24   Plain at people's houses.  At Doyle's, which was a local

Page 12

1    institution.  You know, I was -- as I said I was very

2    involved in the community.  I would run across him

3    often.

4        Q.  You are familiar with other city politicians as

5    well?

6        A.  I have volunteered on many campaigns.  Yes, you

7    know, I have met many of them.  I have volunteered on

8    senator campaigns, mayoral campaigns.  Campaigns for

9    Congress.  Presidential campaigns.  I'm what you would

10   call an uber volunteer on campaigns, so I meet a lot of

11   people.

12       Q.  What kind of volunteering are you doing for --

13   let me backup.  In your volunteering efforts, do you

14   usually perform a specific role or is it more broad-

15   based?

16       A.  It is more broad-based.  Sometimes I have just

17   been a canvasser knocking doors or a phone bank or

18   making phone calls.  Sometimes I help to organize the

19   canvasses and the phone banks or, you know, the

20   get-out-the-vote effort.

21       Q.  The get-out-the-vote effort being, I assume, some

22   kind of media outreach to get people to vote?

23       A.  No, no.  Actually, you know, helping volunteers

24   get out and knock the doors and getting people to the

Page 20

1    exact dates.

2        Q.  Yeah, that's fine.

3        A.  I don't know how it was determined who gave an

4    invocation when.  If I was invited, I would accept.  I

5    felt it as an honor.

6        Q.  Why did you feel honored to do that?

7        A.  Any time that you are asked to perform -- I

8    considered it a sacred duty and I think it is important

9    before any important decisions are being made that

10   concern people.  That if they want to have a moment to

11   be quiet and still and remind them of why they are

12   performing the job that they are performing, then I

13   think it is an important time.

14       Q.  In the course of giving the invocation, did you

15   consider your service to be the councilors?  The public?

16   Or both?

17       A.  Both.  I would pray for both for the public and

18   also for counselors.  The universal good.

19       Q.  So 2012, O'Malley invited you, I think, we

20   actually said that O'Malley always invited you.  Is that

21   right?

22       A.  Yes.

23       Q.  That makes it easy.  Were there any occasions

24   that prompted your invitations, to your knowledge?

Appx. 056

Page 22

1    obviously, because you didn't do all of the invocations;

2    correct?

3        A.  I don't think that Matt -- that Councilor

4    O'Malley -- I think the -- my understanding is that the

5    councilors each had a couple of opportunities a year to

6    invite someone to give the invocation and Matt chose me

7    when he was elected.

8        Q.  I see.  Do you know if you were the one that he

9    always chose?

10       A.  I don't know who else he invited to give the

11   invocations.

12           I felt honored that he would ask me back.

13       Q.  As we say, you do give among the best.

14   Obviously, you are a repeat service provider.  All

15   right.  So we go back to -- we go up to 2018, you have

16   -- did you say you did it annually, so there is probably

17   one in '19 and one in '20 as well?

18       A.  I know there was one in '20.  You said that you

19   had one in '18.  I believe I also did one in 2019.

20       Q.  Okay.  Is there a particular reason why you

21   stopped giving them?

22       A.  Matt O'Malley is no longer City Council.  So I

23   did not get invited in 2021 or so far this year.

24       Q.  All right.  Let's watch the one from 2018.

**Appx. 057**

| Date | Contributor | City | Occupation | Employer | Amount | CPF ID | Recipient | Source Description |
|---|---|---|---|---|---|---|---|---|
| 5/20/2004 | Rousseau, Anne | Jamaica Plain | | | $100.00 | 13232 | Malia, Elizabeth A. | 2004 Pre-primary Report (ND) |
| 8/11/2004 | ROUSSEAU, ANNE | JAMAICA PLAIN | | | $75.00 | 11411 | Walsh, Marian | 2004 Pre-primary Report (ND) |
| 2/19/2005 | Rousseau, Anne | Jamaica Plain | | | $100.00 | 14359 | Forry, Linda Dorcena | 2005 Pre-primary Report (Special) (N |
| 6/27/2005 | ROUSSEAU, ANNE | BOSTON | ACCOUNTANT | | $100.00 | 14376 | Patrick, Deval L. | 6/27/05 Deposit Report |
| 9/17/2006 | rousseau, anne | jamaica plain | chief financial office metropolitan bos | | $500.00 | 14433 | Bonifaz, John C. | 9/17/06 Deposit Report |
| 10/9/2006 | ROUSSEAU, ANNE | Boston | | | $100.00 | 14376 | Patrick, Deval L. | 10/9/06 Deposit Report |
| 12/11/2008 | Rousseau, Anne | Jamaica Plain | Chief Financial Offic Metropolitan Bos | | $250.00 | 14353 | Yoon, Sam | 12/11/08 Deposit Report |
| 1/16/2009 | Rousseau, Anne | Boston | | | $88.00 | 70066 | Boston Ward 19  DEMWC | 2009 Year-end Report (WTC) |
| 2/28/2009 | Rousseau, Anne | Jamaica Plain | Chief Financial Offic Metropolitan Bos | | $250.00 | 14353 | Yoon, Sam | 2/28/09 Deposit Report |
| 6/15/2009 | Rousseau, Anne | Jamaica Plain | CFO | MBHP, INC. | $250.00 | 14353 | Yoon, Sam | 6/15/09 Deposit Report |
| 8/17/2009 | Rousseau, Anne | Jamaica Plain | | | $100.00 | 14920 | Pressley, Ayanna | 8/17/09 Deposit Report |
| 10/6/2010 | ROUSSEAU, ANNE | BOSTON | C F O | METROPOLITAN I | $500.00 | 14376 | Patrick, Deval L. | 10/6/10 Deposit Report |
| 6/23/2011 | Rousseau, Anne | Jamaica Plain | Chief Financial Offic Metropolitan Bos | | $500.00 | 14571 | Chang-Diaz, Sonia | 2011 Mid-Year Report (ND) |
| 8/19/2011 | Rousseau, Anne | Boston | CFO | MBHP, INC. | $500.00 | 14920 | Pressley, Ayanna | 8/19/11 Deposit Report |
| 7/9/2012 | Rousseau, Anne | Jamaica Plain | CFO | Metropolitan Bos | $500.00 | 14571 | Chang-Diaz, Sonia | 2012 Pre-primary Report (ND) |
| 7/23/2012 | ROUSSEAU, ANNE | | Chief Financial Offic Metropolitan Bos | | $100.00 | 15507 | Stewart, Jass | 2012 Pre-primary Report (ND) |
| 11/19/2012 | Rousseau, Anne | Jamaica Plain | CFO | Metro Boston Ho | $500.00 | 14920 | Pressley, Ayanna | 11/19/12 Deposit Report |
| 12/20/2012 | Rousseau, Anne | Jamaica Plain | | | $100.00 | 15563 | Wu, Michelle | 12/20/12 Deposit Report |
| 12/21/2012 | Rousseau, Anne | Boston | CFO | MBHP Inc | $250.00 | 14896 | Arroyo, Felix G. | 12/21/12 Deposit Report |
| 2/25/2013 | Rousseau, Anne | Jamaica Plain | CFO | CFO | $500.00 | 14920 | Pressley, Ayanna | 2/25/13 Deposit Report |
| 5/30/2013 | Rousseau, Anne | Boston | | | -$2.97 | 14092 | O'Malley, Matthew J. | 5/30/13 Deposit Report |
| 5/30/2013 | Rousseau, Anne | Boston | | | $75.00 | 14092 | O'Malley, Matthew J. | 5/30/13 Deposit Report |
| 6/12/2013 | Rousseau, Anne | Jamaica Plain | Chief Financial Offic Metropolitan Bos | | $400.00 | 15563 | Wu, Michelle | 6/12/13 Deposit Report |
| 7/22/2013 | Rousseau, Anne | Boston | CFO | MBHP | $250.00 | 14708 | Ross, Jeff | 7/22/13 Deposit Report |
| 8/7/2013 | Rousseau, Anne | Jamaica Plain | Chief Financial Offic Metropolitan Bos | | $100.00 | 15612 | Richie, Charlotte Golar | 8/7/13 Deposit Report |
| 9/22/2013 | Rousseau, Anne | Boston | CFO | Metropolitan Bos | $250.00 | 14092 | O'Malley, Matthew J. | 9/22/13 Deposit Report |
| 9/22/2013 | Rousseau, Anne | Boston | CFO | Metropolitan Bos | -$9.88 | 14092 | O'Malley, Matthew J. | 9/22/13 Deposit Report |
| 9/30/2013 | Rousseau, Anne | Boston | CFO | Metropolitan Bos | $250.00 | 15281 | Lee, Suzanne | 9/30/13 Deposit Report |
| 10/28/2013 | Rousseau, Anne | Boston | CFO | Metropolitan Bos | $50.00 | 14092 | O'Malley, Matthew J. | 10/28/13 Deposit Report |
| 11/4/2013 | Rousseau , Anne | Boston | CFO | MBHP, Inc. | $500.00 | 13173 | Walsh, Martin J. | 11/4/13 Deposit Report |
| 2/22/2014 | Rousseau , Anne M | Jamaica Plain | CFO | MBHP, INC. | $500.00 | 14920 | Pressley, Ayanna | 2/22/14 Deposit Report |
| 2/25/2014 | Rousseau , Anne M | Boston | CFO | Metropolitan Bos | $500.00 | 15575 | Berwick, Donald Mark | 2/25/14 Deposit Report |
| 3/20/2014 | Rousseau , Anne | Jamaica Plain | Chief Financial Offic Metropolitan Bos | | $500.00 | 15710 | Healey, Maura T. | 3/20/14 Deposit Report |

**Appx. 058**

| Date | Contributor | City | Occupation | Employer | Amount | CPF ID | Recipient | Source Description |
|---|---|---|---|---|---|---|---|---|
| 4/6/2014 | Rousseau, Anne | Boston | CFO | Metropolitan Bos | $250.00 | 14092 | O'Malley, Matthew J. | 4/6/14 Deposit Report |
| 4/6/2014 | Rousseau, Anne | Boston | CFO | Metropolitan Bos | -$9.88 | 14092 | O'Malley, Matthew J. | 4/6/14 Deposit Report |
| 10/9/2014 | Rousseau , Anne | Jamaica Plain | C.F.O. | Metropolitan Bos | $500.00 | 13182 | Coakley, Martha | 10/9/14 Deposit Report |
| 10/13/2014 | Rousseau, Anne | Boston | CFO | Metropolitan Bos | $150.00 | 14092 | O'Malley, Matthew J. | 10/13/14 Deposit Report |
| 1/16/2015 | Rousseau, Anne M | Jamaica Plain | CFO | MBHP, INC. | $1,000.00 | 14920 | Pressley, Ayanna | 1/16/15 Deposit Report |
| 2/27/2015 | Rousseau, Anne | Boston | CFO | Metropolitan Bos | $250.00 | 14092 | O'Malley, Matthew J. | 2/27/15 Deposit Report |
| 2/27/2015 | Rousseau, Anne | Boston | CFO | Metropolitan Bos | -$9.88 | 14092 | O'Malley, Matthew J. | 2/27/15 Deposit Report |
| 6/11/2015 | Rousseau, Anne | Jamaica Plain | Chief Financial Offic | Metropolitan Bos | $500.00 | 15710 | Healey, Maura T. | 6/11/15 Deposit Report |
| 8/18/2015 | Rousseau, Anne | Jamaica Plain | | | $100.00 | 15931 | Campbell, Andrea Joy | 8/18/15 Deposit Report |
| 9/14/2015 | Rousseau, Anne | Jamaica Plain | | | $150.00 | 15618 | George, Annissa | 9/14/15 Deposit Report |
| 10/26/2015 | Rousseau, Anne | Jamaica Plain | CFO | Metropolitan Bos | $500.00 | 15931 | Campbell, Andrea Joy | 10/26/15 Deposit Report |
| 2/10/2016 | Rousseau, Anne M | Jamaica Plain | | MBHP, INC. | $1,000.00 | 14920 | Pressley, Ayanna | 2/10/16 Deposit Report |
| 5/27/2016 | Rousseau, Anne | Jamaica Plain | Chief Financial Offic | Metropolitan Bos | $500.00 | 16407 | Fernandes, Dylan | 2016 Pre-primary Report (ND) |
| 5/27/2016 | Rousseau, Anne | Jamaica Plain | Exec Director | Mass Housing | $250.00 | 13232 | Malia, Elizabeth A. | 2016 Pre-primary Report (ND) |
| 6/9/2016 | Rousseau, Anne | Jamaica Plain | Chief Financial Offic | MBHP | $350.00 | 16401 | Forde, Katherine V. | 6/9/16 Deposit Report |
| 7/16/2016 | Rousseau, Anne | Jamaica Plain | Chief Financial Offic | Metropolitan Bos | $500.00 | 16407 | Fernandes, Dylan | 2016 Pre-primary Report (ND) |
| 8/10/2016 | Rousseau, Anne | Jamaica Plain | Chief Financial Offic | MBHP | $500.00 | 16401 | Forde, Katherine V. | 8/10/16 Deposit Report |
| 9/8/2016 | Rousseau, Anne | Jamaica Plain | CFO | Metropolitan Bos | $237.00 | 14092 | O'Malley, Matthew J. | 9/8/16 Deposit Report |
| 9/8/2016 | Rousseau, Anne | Jamaica Plain | CFO | Metropolitan Bos | -$9.37 | 14092 | O'Malley, Matthew J. | 9/8/16 Deposit Report |
| 11/10/2016 | Rousseau, Anne | Jamaica Plain | Chief Financial Offic | Metropolitan Bos | $1,000.00 | 14571 | Chang-Diaz, Sonia | 2016 Year-end Report (ND) |
| 1/12/2017 | Rousseau, Anne M | Jamaica Plain | CFO | MBHP., INC. | $1,000.00 | 14920 | Pressley, Ayanna | 1/12/17 Deposit Report |
| 1/18/2017 | Rousseau, Anne | Jamaica Plain | Chief Financial Offic | Metropolitan Bos | $500.00 | 15710 | Healey, Maura T. | 1/18/17 Deposit Report |
| 2/21/2017 | Rousseau, Anne | Jamaica Plain | Chief Financial Offic | Metropolitan Bos | $500.00 | 15563 | Wu, Michelle | 2/21/17 Deposit Report |
| 3/2/2017 | Rousseau, Anne | Jamaica Plain | CFO | Metropolitan Bos | $250.00 | 14092 | O'Malley, Matthew J. | 3/2/17 Deposit Report |
| 3/2/2017 | Rousseau, Anne | Jamaica Plain | CFO | Metropolitan Bos | -$9.88 | 14092 | O'Malley, Matthew J. | 3/2/17 Deposit Report |
| 3/24/2017 | Rousseau, Anne | Jamaica Plain | CFO | Metropolitan Bos | $500.00 | 14092 | O'Malley, Matthew J. | 3/24/17 Deposit Report |
| 3/24/2017 | Rousseau, Anne | Jamaica Plain | CFO | Metropolitan Bos | -$19.75 | 14092 | O'Malley, Matthew J. | 3/24/17 Deposit Report |
| 4/6/2017 | Rousseau, Anne | Boston | CFO | Metropolitan Bos | $200.00 | 13720 | Arroyo, Felix D. | 4/6/17 Deposit Report |
| 5/10/2017 | Rousseau, Anne | Jamaica Plain | CFO | Metropolitan Bos | $500.00 | 15618 | George, Annissa | 5/10/17 Deposit Report |
| 9/14/2017 | Rousseau, Anne | Jamaica Plain | CFO | Metropolitan Bos | $250.00 | 16314 | Edwards, Lydia | 9/14/17 Deposit Report |
| 9/22/2017 | Rousseau, Anne | Jamaica Plain | CFO | Metropolitan Bos | $238.00 | 14092 | O'Malley, Matthew J. | 9/22/17 Deposit Report |
| 9/22/2017 | Rousseau, Anne | Jamaica Plain | CFO | Metropolitan Bos | -$9.41 | 14092 | O'Malley, Matthew J. | 9/22/17 Deposit Report |
| 9/22/2017 | Rousseau, Anne | Jamaica Plain | CFO | Metropolitan Bos | $138.00 | 14092 | O'Malley, Matthew J. | 9/22/17 Deposit Report |

| Date | Contributor | City | Occupation | Employer | Amount | CPF ID | Recipient | Source Description |
|------|-------------|------|------------|----------|--------|--------|-----------|-------------------|
| 9/22/2017 | Rousseau, Anne | Jamaica Plain | CFO | Metropolitan Bos | -$5.46 | 14092 | O'Malley, Matthew J. | 9/22/17 Deposit Report |
| 9/29/2017 | Rousseau, Anne | Jamaica Plain | CFO | Metropolitan Bos | $500.00 | 16314 | Edwards, Lydia | 9/29/17 Deposit Report |
| 10/2/2017 | Rousseau, Anne M | Jamaica Plain | Chief Financial Offic | Metropolitan Bos | $250.00 | 13173 | Walsh, Martin J. | 10/2/17 Deposit Report |
| 11/16/2017 | Rousseau, Anne | Jamaica Plain | Chief Financial Offic | MBHP | $1,000.00 | 16401 | Forde, Katherine V. | 11/16/17 Deposit Report |
| 11/24/2017 | Rousseau, Anne | Jamaica Plain | Chief Financial Offic | Metropolitan Bos | $500.00 | 16407 | Fernandes, Dylan | 2017 Year-end Report (ND) |
| 12/7/2017 | Rousseau, Anne | Jamaica Plain | Chief Financial Offic | Metropolitan Bos | $250.00 | 15563 | Wu, Michelle | 12/7/17 Deposit Report |
| 12/7/2017 | Rousseau, Anne M | Jamaica Plain | Chief Financial Offic | Metropolitan Bos | $500.00 | 15710 | Healey, Maura T. | 12/7/17 Deposit Report |
| 1/26/2018 | Rousseau, Anne | Jamaica Plain | Chief Financial Offic | MBHP | $1,000.00 | 16401 | Forde, Katherine V. | 1/26/18 Deposit Report |
| 3/16/2018 | Rousseau, Anne M | Jamaica Plain | Chief Financial Offic | Metropolitan Bos | $1,000.00 | 15710 | Healey, Maura T. | 3/16/18 Deposit Report |
| 4/5/2018 | Rousseau, Anne | Jamaica Plain | CFO | Metro Boston Ho | $500.00 | 13954 | Sanchez, Jeffrey | 2018 Pre-Primary Report |
| 4/12/2018 | Rousseau, Anne | Boston | CFO | Metropolitan Bos | $70.00 | 13720 | Arroyo, Felix D. | 4/12/18 Deposit Report |
| 5/16/2018 | Rousseau, Anne | Jamaica Plain | CFO | Metropolitan Bos | $200.00 | 15618 | Essaibi George, Annissa | 5/16/18 Deposit Report |
| 6/10/2018 | Rousseau, Anne | Jamaica Plain | Exec Director | Mass Housing | $250.00 | 13232 | Malia, Elizabeth A. | 2018 Pre-Primary Report |
| 7/18/2018 | Rousseau, Anne | Boston | CFO | Metropolitan Bos | $500.00 | 15605 | Zakim, Joshua | 7/18/18 Deposit Report |
| 7/27/2018 | Rousseau, Anne | Jamaica Plain | Chief Financial Offic | Metropolitan Bos | $250.00 | 14571 | Chang-Diaz, Sonia | 2018 Pre-primary Report (ND) |
| 7/31/2018 | Rousseau, Anne | Jamaica Plain | Chief Financial Offic | Metropolitan Bos | $200.00 | 16957 | Rollins, Rachael | 7/31/18 Deposit Report |
| 8/17/2018 | Rousseau, Anne | Jamaica Plain | CFO | Metro Boston Ho | $250.00 | 16408 | Tyler, Chynah | 2018 Pre-Primary Report |
| 9/28/2018 | Rousseau, Anne | Jamaica Plain | Chief Financial Offic | Metropolitan Bos | $250.00 | 16957 | Rollins, Rachael | 9/28/18 Deposit Report |
| 11/5/2018 | Rousseau, Anne | Jamaica Plain | CFO | Metropolitan Bos | $200.00 | 15618 | Essaibi George, Annissa | 11/5/18 Deposit Report |
| 12/12/2018 | Rousseau, Anne | Jamaica Plain | CEO | MBHP CEO | $250.00 | 13232 | Malia, Elizabeth A. | 2018 Year-end Report |
| 12/15/2018 | Rousseau, Anne | Jamaica Plain | Chief Financial Offic | Metropolitan Bos | $500.00 | 14571 | Chang-Diaz, Sonia | 2018 Year-end Report |
| 12/21/2018 | Rousseau, Anne | Jamaica Plain | Chief Financial Offic | Metropolitan Bos | $500.00 | 17101 | St. Guillen, Alejandra | 12/21/18 Deposit Report |
| 12/31/2018 | Rousseau, Anne | Jamaica Plain | CFO | Metropolitan Bos | $245.00 | 15618 | Essaibi George, Annissa | 12/31/18 Deposit Report |
| 1/7/2019 | Rousseau, Anne | Jamaica Plain | Chief Financial Offic | Metropolitan Bos | $500.00 | 14571 | Chang-Diaz, Sonia | 2019 Mid-Year Report |
| 1/23/2019 | Rousseau, Anne | Jamaica Plain | Chief Financial Offic | Metropolitan Bos | $500.00 | 14571 | Chang-Diaz, Sonia | 2019 Mid-Year Report |
| 3/21/2019 | Rousseau, Anne | Jamaica Plain | Chief Financial Offic | Metropolitan Bos | $500.00 | 17098 | Halbert, David | 3/21/19 Deposit Report |
| 4/18/2019 | Rousseau, Anne | Boston | CFO | Metropolitan Bos | $200.00 | 13720 | Arroyo, Felix D. | 4/18/19 Deposit Report |
| 4/25/2019 | Rousseau, Anne | Boston | Chief Financial Offic | Metropolitan Bos | $250.00 | 17101 | St. Guillen, Alejandra | 4/25/19 Deposit Report |
| 4/25/2019 | Rousseau, Anne | Jamaica Plain | Chief Financial Offic | Metropolitan Bos | $250.00 | 17101 | St. Guillen, Alejandra | 4/25/19 Deposit Report |
| 5/14/2019 | Rousseau, Anne | Jamaica Plain | CFO | Metropolitan Bos | $250.00 | 15618 | Essaibi George, Annissa | 5/14/19 Deposit Report |
| 6/27/2019 | Rousseau, Anne | Jamaica Plain | CFO | Metropolitan Bos | $500.00 | 14092 | O'Malley, Matthew J. | 6/27/19 Deposit Report |
| 6/27/2019 | Rousseau, Anne | Jamaica Plain | CFO | Metropolitan Bos | -$19.75 | 14092 | O'Malley, Matthew J. | 6/27/19 Deposit Report |
| 6/28/2019 | Rousseau, Anne | Jamaica Plain | Chief Financial Offic | Metropolitan Bos | $250.00 | 17101 | St. Guillen, Alejandra | 6/28/19 Deposit Report |

Appx. 060

| Date | Contributor | City | Occupation | Employer | Amount | CPF ID | Recipient | Source Description |
|---|---|---|---|---|---|---|---|---|
| 9/11/2019 | Rousseau, Anne | Newton | none | none | $500.00 | 15563 | Wu, Michelle | 9/11/19 Deposit Report |
| 9/26/2019 | Rousseau, Anne | Jamaica Plain | CFO | Metropolitan Bos | $40.00 | 14092 | O'Malley, Matthew J. | 9/26/19 Deposit Report |
| 9/26/2019 | Rousseau, Anne | Jamaica Plain | CFO | Metropolitan Bos | -$1.58 | 14092 | O'Malley, Matthew J. | 9/26/19 Deposit Report |
| 10/20/2019 | Rousseau, Anne | Jamaica Plain | Chief Financial Offic | Metropolitan Bos | $250.00 | 17101 | St. Guillen, Alejandra | 10/20/19 Deposit Report |
| 1/2/2020 | Rousseau, Anne | Boston | Chief Financial Offic | Metropolitan Hou | $500.00 | 17411 | Meehan, Jordan C. | 1/2/20 Deposit Report |
| 1/27/2020 | Rousseau, Anne | Jamaica Plain | Chief Financial Offic | Metropolitan Bos | $250.00 | 15563 | Wu, Michelle | 1/27/20 Deposit Report |
| 2/24/2020 | Rousseau, Anne | Jamaica Plain | Chief Financial Offic | Metropolitan Bos | $1,000.00 | 14571 | Chang-Diaz, Sonia | 2/24/20 Deposit Report |
| 2/26/2020 | Rousseau, Anne | Jamaica Plain | Chief Financial Offic | Metropolitan Bos | $250.00 | 17266 | Rose, Jarred P. | 2/26/20 Deposit Report |
| 6/3/2020 | Rousseau, Anne | Jamaica Plain | Chief Financial Offic | Metropolitan Bos | $250.00 | 15563 | Wu, Michelle | 6/3/20 Deposit Report |
| 6/25/2020 | Rousseau, Anne | Jamaica Plain | Chief Financial Offic | Metropolitan Bos | $250.00 | 16957 | Rollins, Rachael | 6/25/20 Deposit Report |
| 7/27/2020 | Rousseau, Anne | Boston | Chief Financial Offic | Metropolitan Hou | $250.00 | 17411 | Meehan, Jordan | 7/27/20 Deposit Report |
| 7/31/2020 | Rousseau, Anne | Jamaica Plain | Chief Financial Offic | Metropolitan Bos | $250.00 | 16694 | Elugardo, Nika Carlene | 7/31/20 Deposit Report |
| 8/17/2020 | Rousseau, Anne | Jamaica Plain | Chief Financial Offic | Metropolitan Bos | $100.00 | 17436 | Uyterhoeven, Erika | 8/17/20 Deposit Report |
| 8/19/2020 | Rousseau, Anne | Jamaica Plain | Chief Financial Offic | Metropolitan Bos | $108.00 | 16668 | Mossalam, Nichole | 8/19/20 Deposit Report |
| 8/26/2020 | Rousseau, Anne | Jamaica Plain | Chief Financial Offic | Metropolitan Bos | $250.00 | 16856 | Van Ness, Gretchen | 8/26/20 Deposit Report |
| 8/26/2020 | Rousseau, Anne | Jamaica Plain | Chief Financial Offic | Metropolitan Bos | $250.00 | 15563 | Wu, Michelle | 8/26/20 Deposit Report |
| 12/30/2020 | Rousseau, Anne | Jamaica Plain | Chief Financial Offic | Metropolitan Bos | $1,000.00 | 17098 | Halbert, David | 12/30/20 Deposit Report |
| 12/31/2020 | Rousseau, Anne | Boston | Chief Financial Offic | Metropolitan Bos | $250.00 | 17597 | Jaramillo, Juan Pablo | 12/31/20 Deposit Report |
| 3/26/2021 | Rousseau, Anne M | Jamaica Plain | Chief Financial Offic | Metropolitan Bos | $1,000.00 | 15710 | Healey, Maura T. | 3/26/21 Deposit Report |
| 3/29/2021 | Rousseau, Anne | Jamaica Plain | Chief Financial Offic | Metropolitan Bos | $250.00 | 17555 | Hicks, Kendra | 3/29/21 Deposit Report |
| 3/29/2021 | Rousseau, Anne | Jamaica Plain | Chief Financial Offic | Metropolitan Bos | $100.00 | 16537 | Janey, Kim | 3/29/21 Deposit Report |
| 3/31/2021 | Rousseau, Anne | Jamaica Plain | Chief Financial Offic | Metropolitan Bos | $250.00 | 17669 | Loujeune, Ruthzee | 3/31/21 Deposit Report |
| 4/14/2021 | Rousseau, Anne | Jamaica Plain | Chief Financial Offic | Metropolitan Bos | $100.00 | 17633 | Bates, Kelly | 4/14/21 Deposit Report |
| 4/19/2021 | Rousseau, Anne | Jamaica Plain | Chief Financial Offic | Boston Housing P | $50.00 | 17669 | Loujeune, Ruthzee | 4/19/21 Deposit Report |
| 4/22/2021 | Rousseau, Anne | Jamaica Plain | Chief Financial Offic | Metropolitan Bos | $250.00 | 16537 | Janey, Kim | 4/22/21 Deposit Report |
| 4/29/2021 | Rousseau, Anne | Jamaica Plain | Chief Financial Offic | Metropolitan Bos | $250.00 | 17555 | Hicks, Kendra | 4/29/21 Deposit Report |
| 4/30/2021 | Rousseau, Anne | Jamaica Plain | Chief Financial Offic | Metropolitan Bos | $250.00 | 14571 | Chang-Diaz, Sonia | 4/30/21 Deposit Report |
| 4/30/2021 | Rousseau, Anne | Jamaica Plain | Chief Financial Offic | Metropolitan Bos | $500.00 | 14571 | Chang-Diaz, Sonia | 4/30/21 Deposit Report |
| 6/17/2021 | Rousseau, Anne | Jamaica Plain | Chief Financial Offic | Metropolitan Bos | $500.00 | 16537 | Janey, Kim | 6/17/21 Deposit Report |
| 6/28/2021 | Rousseau, Anne | Jamaica Plain | Chief Financial Offic | Metropolitan Bos | $66.40 | 16537 | Janey, Kim | 6/28/21 Deposit Report |
| 7/6/2021 | Rousseau, Anne | Jamaica Plain | Chief Financial Offic | Metropolitan Bos | $250.00 | 14571 | Chang-Diaz, Sonia | 7/6/21 Deposit Report |
| 7/19/2021 | Rousseau, Anne | Jamaica Plain | Chief Financial Offic | Metropolitan Bos | $35.55 | 16537 | Janey, Kim | 7/19/21 Deposit Report |
| 7/28/2021 | Rousseau, Anne | Jamaica Plain | Chief Financial Offic | Metropolitan Bos | $100.00 | 16537 | Janey, Kim | 7/28/21 Deposit Report |

Appx. 061

| Date | Contributor | City | Occupation | Employer | Amount | CPF ID | Recipient | Source Description |
|------|-------------|------|------------|----------|--------|--------|-----------|--------------------|
| 8/2/2021 | Rousseau, Anne | Jamaica Plain | Chief Financial Offic | Metropolitan Bos | $500.00 | 17669 | Louijeune, Ruthzee | 8/2/21 Deposit Report |
| 9/20/2021 | Rousseau, Anne | Jamaica Plain | Chief Financial Offic | Met. Boston Hous | $200.00 | 17669 | Louijeune, Ruthzee | 9/20/21 Deposit Report |
| 9/27/2021 | Rousseau, Anne | Jamaica Plain | Chief Financial Offic | Metropolitan Bos | $500.00 | 17098 | Halbert, David | 9/27/21 Deposit Report |
| 10/4/2021 | Rousseau, Anne | Jamaica Plain | Chief Financial Offic | Metropolitan Bos | $500.00 | 15563 | Wu, Michelle | 10/4/21 Deposit Report |
| 10/12/2021 | Rousseau, Anne | Jamaica Plain | Chief Financial Offic | Metropolitan Bos | $250.00 | 17654 | Monteiro, Carla | 10/12/21 Deposit Report |
| 10/25/2021 | Rousseau, Anne | Jamaica Plain | Chief Financial Offic | Metropolitan Bos | $250.00 | 17654 | Monteiro, Carla | 10/25/21 Deposit Report |
| 12/31/2021 | Rousseau, Anne M | Boston | C F O | Metropolitan Bos | $100.00 | 17922 | Liss-Riordan, Shannon | 12/31/21 Deposit Report |
| 1/11/2022 | Rousseau, Anne | Jamaica Plain | Chief Financial Offic | Metropolitan Bos | $500.00 | 16694 | Elugardo, Nika Carlene | 1/11/22 Deposit Report |
| 1/21/2022 | Rousseau, Anne | Jamaica Plain | Chief Financial Offic | Metropolitan Bos | $1,000.00 | 17954 | Sullivan, Tanisha | 1/21/22 Deposit Report |
| 1/24/2022 | Rousseau, Anne | Jamaica Plain | Chief Financial Offic | Metropolitan Bos | $1,000.00 | 14571 | Chang-Díaz, Sonia | 1/24/22 Deposit Report |
| 1/25/2022 | Rousseau, Anne | Jamaica Plain | Chief Financial Offic | Metropolitan Bos | $100.00 | 17948 | Martinez, Mark | 1/25/22 Deposit Report |
| 3/21/2022 | Rousseau, Anne | Jamaica Plain | Chief Financial Offic | Metropolitan Bos | $100.00 | 16894 | Gouveia, Tami L. | 3/21/22 Deposit Report |
| 3/30/2022 | Rousseau, Anne | Jamaica Plain | Chief Financial Offic | Metropolitan Bos | $200.00 | 17967 | Montano, Samantha | 3/30/22 Deposit Report |
| 7/17/2022 | Rousseau, Anne | Jamaica Plain | Chief Financial Offic | Metropolitan Bos | $490.00 | 16694 | Elugardo, Nika Carlene | 7/17/22 Deposit Report |
| 7/25/2022 | Rousseau, Anne | Jamaica Plain | Chief Financial Offic | Metropolitan Bos | $500.00 | 17669 | Louijeune, Ruthzee | 7/25/22 Deposit Report |

$ 48,698.14

Appx. 062

Page 39

1   mind.  Is this the same one that you talked about

2   earlier?  If I remember correctly, you said it was

3   late 2020, early 2021?

4       A    Yeah.  That's the one.  I think it -- it

5   must have been 2021.

6       Q    Okay.  Well, I don't really care.  Can we

7   just --

8       A    Yeah.

9       Q    -- that was 2021.  If it turns out it was --

10      A    I think it was probably early 2021; this one

11  in particular.

12      Q    Okay.  So this particular event, it's early

13  2021.  You were at the church.  Is that correct?

14      A    Yep.  Yep --

15      Q    How did you get to the church?

16      A    I'm sure I drove my car.

17      Q    Okay.  You probably drove.  Do you remember

18  what time of day the event was in terms of morning,

19  noon, night?

20      A    I -- I don't know what time of day it was

21  but it was day, not night.

22      Q    Okay.  So it was daytime?

23      A    We were outside; yeah.

24      Q    Was it early day or late morning or

25  afternoon?

Page 40

```
 1      A    I -- that I couldn't tell you.

 2      Q    Okay.  You mentioned that --

 3      A    I would say, like, it was -- it wasn't --

 4 there was no issue with light or anything.

 5      Q    So we're talking not twilight and not

 6 nighttime; it's daytime?

 7      A    Right.  Right.  And probably not super early

 8 in the morning.

 9      Q    Okay.  Was that the first --

10      A    That maybe leaves us with midday.  Let's

11 call it midday.

12      Q    Sure.  I don't much care.

13      A    Yeah.

14      Q    I'm trying to envision it in my mind as

15 we're going through it.

16      A    Right.

17      Q    So it's midday.  You drive there.  Is that

18 the first thing you do that day or did you do

19 something else beforehand that you recall?

20      A    I can't tell you.  I have no idea.

21      Q    That's fine.  Do you remember why you were

22 -- like, as you were driving there, do you remember

23 that your intention is to go to this particular place

24 or are you just kind of roaming the streets looking

25 for --
```

Page 41

```
 1       A     No.  I'm sure it was on my schedule.

 2       Q     Okay.  So it was a scheduled matter?

 3       A     Yep.

 4       Q     Do you recall how it got scheduled?  Like,

 5   mechanically; who called who, et cetera?

 6       A     No.

 7       Q     If you were to investigate that matter, what

 8   would you reference to make that determination?

 9       A     Say that -- ask that again.  I'm sorry.

10       Q     If you were to research or investigate --

11       A     Oh, I'm sure they either called -- the

12   organizers of the event either called my office and

13   asked me to attend in my capacity as a city councilor

14   or they reached out if it was during a campaign, to my

15   campaign team.  So it would have ended up on either my

16   -- so the official schedule or on my campaign

17   schedule.

18       Q     So depending on whether you are in councilor

19   mode or mayoral race mode --

20       A     Yeah.

21       Q     -- someone called your people --

22       A     Yes.

23       Q     -- and told you go to this place, and that's

24   how you got there?

25       A     Yes.  Yes.
```

Page 42

1          Q    Okay.  All right.  So you mentioned it was

2    outside.  You first arrive, it's outside, tell me what

3    is it that you see?

4          A    A lot of people.  A lot of community

5    members.  Other elected officials.

6          Q    So these people who called your people, they

7    called other political people as well?  This was --

8          A    Yeah.  Yeah.  Community members, I'm certain

9    were there.  Yep.

10         Q    Was this church, was it in Boston Proper or

11   was it just --

12         A    Mattapan.

13         Q    I'm sorry?

14         A    Mattapan, which is a neighborhood of Boston.

15         Q    Okay.  So that's another neighborhood of

16   Boston?

17         A    Yep.

18         Q    Have you ever engaged in any of these kind

19   of political engagements outside of Boston city

20   limits?

21         A    Not something like this, I don't think.

22         Q    And when you say, "something like this" --

23         A    I've attended, for example, the democratic

24   -- the mass democratic party, whether it's our

25   convention, which often happens outside of the city of

Page 43

1   Boston.  But I haven't -- I'm trying to just sort of

2   recall when I've attended something like this outside

3   of the city and the --

4       Q    If I can put words in your mouth.  When you

5   say "like this," is it fair to say, like this means

6   more particularly, generally politicking in the course

7   of being a city councilor or a mayoral candidate?

8       A    Exactly.

9       Q    Okay.  Now, you mentioned also some kind of

10  a political forum at a Baptist church.

11      A    Yeah.

12      Q    When was that?

13      A    That's actually has happened several times;

14  Morning Star Baptist Church is a -- it's a -- it's a

15  large congregation in our city.  It is also a large

16  physical space in which community meetings and events

17  also often happen at.  And Morning Star hosted -- and

18  actually, I don't know if it was the church itself,

19  although they were host, whether they were directly

20  involved in coordinating the forum.  It could have

21  been -- and now that I'm saying it out loud, likely

22  community groups that came together to -- to organize

23  these forums.

24      Q    I'm not sure if I'm mishearing you.  Are you

25  saying Morning Star as in Venus?

Page 44

1      A     No.  The name of the church is Morning Star

2   Baptist Church.  I'm not sure -- they're referencing

3   as Morning Star.  The name of the church is Morning

4   Star.

5      Q     Literally, morning as opposed to, say, night

6   or nighttime --

7      A     Yes.

8      Q     And then, star as opposed to, say, moon?

9      A     Right.

10     Q     Okay.  I did not know other people used

11  these terminology.  I'm sorry.

12          So going back to this Morning Star Baptist

13  Church, I gather they're generically, politically

14  engaged.  They have a large congregation.  So they

15  have repeat political-ish matters.  Is that correct?

16     A     I think that they are -- I mean, they're a

17  large congregation but they're also a large physical

18  -- they have a large physical space so they also host

19  other events, and political forums are -- have been

20  part of that.  But what I'm saying is, I don't know

21  whether Morning Star formally -- although they were

22  formally the host, how much work they put into

23  organizing these political and candidate events.

24          So they would pull together forums where

25  candidates running for different offices would come

Page 116

1    and whoever's in the chamber is not necessarily asked,

2    stands on their own, if they're able.  So I actually

3    don't know whether I'd say that's normal.  But I think

4    there's an expectation that people generally stand

5    during the prayer, if they're --

6         Q    Okay.  And then after the prayer --

7         A    -- yep --

8         Q    -- remark, after the opening remarks while

9    the Pledge of Allegiance is given, I noticed the

10   superimposed American flag waiving during the

11   presentation of the Pledge of Allegiance.  Is that

12   normal?

13        A    I actually don't know whether that's normal.

14   I generally don't watch the council meetings,

15   especially during that time, I was in the chamber, so

16   I wasn't watching them.  And today, watching it, I

17   said, oh, that's kind of a cool graphic that they did

18   that.  So I don't know whether or not that's normal.

19        Q    Now the time duration between the remark and

20   the Pledge of Allegiance is essentially zero.  Is that

21   normal?

22        A    That's normal.  We generally move from that

23   opening prayer, remark, or blessing, whatever it is,

24   into the Pledge.

25        Q    Okay.  So insofar as the remarks and the