## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **THE SATANIC TEMPLE, INC.** | **CASE NO.** 21-CV-10102 |
| PLAINTIFF, | |
| *V.* | **MOTION TO CONTINUE STATUS CONFERENCE** |
| **CITY OF BOSTON, MA** | |
| DEFENDANT. | |

Plaintiff, by and through counsel of record, hereby moves for an order to continue the Status Conference set for May 11, 2023 at 12:00 PM EST (Doc. 97). This motion is stipulated by opposing counsel.

1. This matter is set for a remote status conference proceeding.

2. On May 11, undersigned counsel, Matt Kezhaya, has an in-person oral argument before the United States Court of Appeals for the Eighth Circuit (22-2183, *Matthew Kezhaya v. City of Belle Plaine*).

3. On April 7, the Eighth Circuit issued a notice setting 22-2183 for argument on May 11 at 9:00am CST, with Matt's case to be the third heard for oral argument that day.

4. Good cause exists to continue the hearing to permit counsel to fulfill his obligation to the United States Court of Appeals for the Eighth Circuit.

5. The parties hereby stipulate to continue the hearing set for March 11. Undersigned counsel and Defendant's counsel stipulated to a continuance and provide the Court with the below shared availability for the week after May 11 for a new hearing date:

- May 16

- May 19

6. Correspondence between counsel showing that counsel agree to reschedule the hearing is included as Exhibit 1.

Respectfully submitted,



**Matt Kezhaya**                                   matt@crown.law
Ark. # 2014161                          direct: (479) 431-6112
Minn. # 0402193                      general: (612) 276-2216

121 Washington Ave. N., 4th Floor, Minneapolis, MN 55401

# Certificate of service

NOTICE IS GIVEN that I, Matt Kezhaya, efiled the foregoing document by uploading it to the Court's CM/ECF system on May 3, 2023, which sends service to registered users, including all other counsel of record in this cause.

*s/ Matt Kezhaya*

# EXHIBIT 1

Stipulation to continue the March 11, 2023 Status Conference

| From: | Edward Whitesell |
|---|---|
| To: | Matt Kezhaya |
| Cc: | Elizabeth Bostwick; Sonia Kezhaya; John Hayden |
| Subject: | Re: Fw: Activity in Case 1:21-cv-10102-AK The Satanic Temple, Inc. v. City of Boston, Notice of Hearing |
| Date: | Wednesday, April 26, 2023 6:25:03 PM |

Matt, I will assent to a motion to continue the May 11 conference.  I can do pretty much any date/time the following week, as I recently had a trial come off the schedule.

We should also schedule a time to have a Rule 7.1 motion on the City's motion for summary judgment.  Let me know if you have availability tomorrow or Friday - I have a meeting Friday morning but am otherwise available.

Thanks,
Ted

I'm fine with moving the

**Edward F. Whitesell, Jr.**
Senior Assistant Corporation Counsel
City of Boston Law Department
City Hall, Room 615
Boston, MA 02201
(617) 635-4045
edward.whitesell@boston.gov

The information contained in this electronic transmission ("e-mail"), including any attachment (the "Information"), may be confidential or otherwise exempt from disclosure.  It is for the addressee only.  *This information may be privileged and confidential attorney work-product or a privileged and confidential attorney-client communication.*  The Information may also be deliberative and pre-decisional in nature.  As such, it is for internal use only.  The Information may not be disclosed without the prior written consent of the Corporation Counsel of the City of Boston.  If you have received this e-mail by mistake, please notify the sender and delete it from your system.  Please do not copy or forward it.  Thank you for your cooperation.

On Tue, Apr 25, 2023 at 9:27 PM Matt Kezhaya <matt@crown.law> wrote:

Ed and Liz,

This is a LR 7.1 good faith effort to confer before filing a motion to continue the below status conference. I have a prearranged oral argument before the Eighth Circuit on the morning of May 11. Please let me know if Boston will stipulate to a continuance on this matter. If so, please provide your availability around May 11.

**From:** ECFnotice@mad.uscourts.gov <ECFnotice@mad.uscourts.gov>
**Sent:** Tuesday, April 25, 2023 4:20 PM
**To:** CourtCopy@mad.uscourts.gov <CourtCopy@mad.uscourts.gov>
**Subject:** Activity in Case 1:21-cv-10102-AK The Satanic Temple, Inc. v. City of Boston, Notice of Hearing

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.**

**However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

### United States District Court

### District of Massachusetts

## Notice of Electronic Filing

The following transaction was entered on 4/25/2023 at 5:20 PM EDT and filed on 4/25/2023

**Case Name:**          The Satanic Temple, Inc. v. City of Boston,
**Case Number:**        1:21-cv-10102-AK
**Filer:**
**Document Number:** 97(No document attached)

**Docket Text:**
**ELECTRONIC NOTICE of Hearing.**

This hearing will be conducted by video conference. Counsel of record will receive a video conference invite at the email registered in CM/ECF. If you have technical or compatibility issues with the technology, please notify the courtroom deputy of the session as soon as possible.

Access to the hearing will be made available to the media and public. In order to gain access to the hearing, you must sign up at the following address: https://forms.mad.uscourts.gov/courtlist.html.

For questions regarding access to hearings, you may refer to the general orders and public notices of the Court available on www.mad.uscourts.gov or contact media@mad.uscourts.gov.

Status Conference set for 5/11/2023 12:00 PM in Remote Proceeding : Boston before District Judge Angel Kelley. (Lara, Miguel)


**1:21-cv-10102-AK Notice has been electronically mailed to:**

Elizabeth L. Bostwick      elizabeth.bostwick@boston.gov

Edward F. Whitesell, Jr    edward.whitesell@boston.gov, ethan.katz@boston.gov

Brendan Durrigan      brendandurriganesq@gmail.com

Robert S. Arcangeli      robert.arcangeli@boston.gov

Matt Kezhaya     matt@crown.law, 1339929420@filings.docketbird.com, bill@crown.law, john@crown.law, jordan@crown.law, nick@crown.law, sonia@crown.law

**1:21-cv-10102-AK Notice will not be electronically mailed to:**

Nailah A. Freeman

Ogletree Deakins Nash Smoak & Stewart, P.C.
One Boston Place
Suite 3500
Boston, MA 02108

Nicole M. O'Connor
City Of Boston Law Department
One City Hall Plaza
Room 615
Boston, MA 02201