**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **THE SATANIC TEMPLE, INC.** <br><br> PLAINTIFF, <br><br> V. <br><br> **CITY OF BOSTON, MA** <br><br> DEFENDANT. | **CASE NO.** 21-CV-10102 <br><br> **NOTICE OF UNAVAILABILITY** |

**PLEASE TAKE NOTICE** that Matt Kezhaya, counsel for Plaintiff, will be absent from his office and unavailable during the following dates:

- May 8
- The afternoon of May 10
- May 11
- May 15
- May 17 - 18
- May 26
- May 30
- June 1
- June 6
- June 8
- June 30 - July 7

– 1 –
NOTICE OF UNAVAILABILITY

The undersigned requests that no hearings or other matters requiring response or attention by him be scheduled for the dates listed. Should this request be ignored or overlooked, this Notice of Unavailability also serves as a notice of a request for an extension of time and/or continuance.

Respectfully submitted,



| **Matt Kezhaya** | matt@crown.law |
|---|---:|
| Ark. # 2014161 | direct: (479) 431-6112 |
| Minn. # 0402193 | general: (612) 276-2216 |

121 Washington Ave. N., 4th Floor, Minneapolis, MN 55401

## Certificate of service

**NOTICE IS GIVEN** that I, Matt Kezhaya, efiled the foregoing document by uploading it to the Court's CM/ECF system on May 3, 2023, which sends service to registered users, including all other counsel of record in this cause.

*s/ Matt Kezhaya*