IN THE UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE SATANIC TEMPLE, INC.<br>PLAINTIFF,<br>V.<br>CITY OF BOSTON, MA<br>DEFENDANT. | CASE NO. 21-CV-10102<br><br>MOTION TO EXCUSE<br>APPEARANCE OF COUNSEL |

**COMES NOW** Brendan Durrigan, sponsoring attorney for Matt Kezhaya, who requests this Honorable Court excuse his attendance at the hearing on motions for summary judgment set for June 28, 2023 at 11:00am. As reasons for such request, I state the following:

1. That I am a single parent and have an important and unavoidable family commitment which will occupy my time on June 28, 2023.

2. I have conferred with Matt Kezhaya, and he will appear in person at the appointed time fully capable of addressing all issues that may arise.

Therefore, I ask that the Court excuse me from attending the scheduled conference.

Respectfully submitted on
June 23, 2023,

*s/ Brendan Durrigan*

By: Brendan Durrigan, MA BBO#668680

169 North Franklin Street, Suite 7
Holbrook, MA 02343

phone: (781) 726-0763

email: brendandurriganesq@gmail.com

### CERTIFICATE AND NOTICE OF SERVICE

**NOTICE IS GIVEN** that I, Matt Kezhaya, efiled the foregoing document by uploading it to the Court's CM/ECF system on June 23, 2023, which sends service to registered users, including all other counsel of record in this cause.

*s/ Matt Kezhaya*