

**Matt Kezhaya**  
150 S. Fifth St., Suite 1850  
Minneapolis, MN 55401

matt@crown.law  
Direct: (479) 431-6112  
General: (612) 276-2216

June 28, 2023

Hon. Angel Kelley  
By ECF only

Re: *Satanic Temple v. Boston* (21-cv-10102) – supplemental citation

Dear Judge :

 During oral argument, the Court requested a citation for testimony surrounding the City's decision to change the pray-for-pay scheme. The general citation is Depo. Boston, at 162:23-166:20 (available at ECF 104-1, at 34-38). More particularly:

- The determination was prompted by TST's request for invite. ECF 104-1, at 35 (Depo. Boston, at 163:19-23);

- The purpose was to diminish the likelihood of liability in the event of a lawsuit. Id., at 37-38 (Id., at 165:18-4); and

- Wu made the decision, which would require a deposition of her to further refine the facts. Id., at 39 (Id., at 166:15-20).

 Please let me know if I can provide anything further.

Sincerely,

*s/Matt Kezhaya*

CC: Opposing counsel (through ECF)

## CERTIFICATE OF SERVICE

**NOTICE IS GIVEN** that I, Matt Kezhaya, efiled the foregoing document by uploading it to the Court's CM/ECF system on June 28, 2023, which sends service to registered users, including all other counsel of record in this cause. *s/ Matt Kezhaya*