UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| The Satanic Temple, Inc., )<br>)<br>Plaintiff, )<br>)<br>)<br>v. )<br>)<br>City of Boston, )<br>)<br>Defendant. )<br>) | Civil Action No. 21-CV-10102-AK |

## **JUDGMENT**

**A. KELLEY, D.J.**

In accordance with the Court's Memorandum and Order dated July 31, 2023 (Dkt. No. 119), granting the City's motion for summary judgment and denying TST's motion for summary judgment, it is hereby ORDERED:

Judgment entered for City of Boston.

Dated: July 31, 2023                                         /s/ Miguel A. Lara
                                                                              Deputy Clerk

1