IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

THE SATANIC TEMPLE, INC.

                  PLAINTIFF,

     V.

CITY OF BOSTON, MA

                  DEFENDANT.

CASE NO. 21-CV-10102


NOTICE OF APPEAL


**NOTICE IS GIVEN** that Plaintiff-Appellant The Satanic Temple, Inc. respectfully appeals to the United States Court of Appeals for the First Circuit from the following orders from this Court:

- The final order, granting Boston summary judgment and denying TST summary judgment (ECF 119, dated July 31, 2023) and judgment (ECF 120, dated July 31, 2023);

- The order denying TST's motion for discovery sanctions (ECF 88, dated February 14, 2023);

- The order denying reconsideration as to the dismissal of the Free Speech / Free Exercise claim (ECF 76, dated December 6, 2022);

- The order denying TST's motion to recuse (ECF 75, dated December 6, 2022)

- The order granting Boston's motion to prohibit the deposition of Michelle Wu (ECF 47, dated April 6, 2022), and related orders:

    o The order denying reconsideration (ECF 78, dated December 23, 2022);

    o The order granting attorney's fees (ECF 87, dated February 14, 2023);

    o The order granting motion to quash (ECF 63, dated September 16, 2022); and

    o The order denying certificate of appealability (ECF 51, dated April 15, 2022).

There being a final judgment, appellate jurisdiction is founded on 28 USC § 1291.

Respectfully submitted,



**Matt Kezhaya**                          matt@crown.law
Ark. # 2014161                 direct: (479) 431-6112
Minn. # 0402193               general: (612) 276-2216

150 S. Fifth St., Suite 1850, Minneapolis, MN 55402

## CERTIFICATE OF SERVICE

**NOTICE IS GIVEN** that I, Matt Kezhaya, efiled the foregoing document by uploading it to the Court's CM/ECF system on August 2, 2023, which sends service to registered users, including all other counsel of record in this cause. *s/ Matt Kezhaya*