**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

**CLERK'S CERTIFICATE AND APPEALS COVER SHEET**

**ABBREVIATED ELECTRONIC RECORD**

---

Case Caption: The Satanic Temple, Inc. v. City of Boston

District Court Number: 21cv10102-AK

---

Fee:   Paid?   Yes _X_   No ____   Government filer ____   *In Forma Pauperis* Yes ____   No ____

---

Motions Pending         Yes ____ No _X_            Sealed documents       Yes ____ No _X_
*If yes, document #* _____              *If yes, document #* _____

*Ex parte* documents    Yes ____ No _X_            Transcripts            Yes ____ No _X_
*If yes, document #* _____              *If yes, document #* _____

---

Notice of Appeal filed by: Plaintiff/Petitioner _X_   Defendant/Respondent ____   Other: ____

Appeal from:

#47, #51, #63, #75, #76, #78, #87, #88, #119, #120

Other information:

---

  I, Robert M. Farrell, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

#47, #51, #63, #75, #76, #78, #87, #88, #119, #120, and #122

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal # _122_ filed on _August 2, 2023_.

  In testimony whereof, I hereunto set my hand and affix the seal of this Court on _August 3, 2023_.


**ROBERT M. FARRELL**
Clerk of Court

/s/Matthew A. Paine
Deputy Clerk

---

**PLEASE RETURN TO THE USDC CLERK'S OFFICE**